Mark Brnovich
Attorney General

Christopher J. Feasel (#033301)
Timothy Watson (#018685)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7641
Fax: (602) 542-3393
DefensePhx@azag.gov
defensephx@azag.gov
Christopher.Feasel@azag.gov
Timothy.Watson@azag.gov

*Attorney for State Defendants*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JESSICA PLOOF, and individual, | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | Maricopa County Court Case No.: CV2020-017046 |
| vs. | |
| STATE OF ARIZONA, a government entity; ARIZONA DEPARTMENT OF CHILD SAFETY, a governmental entity; MEAGAN TAFOYA, individually and as an employee with the State of Arizona Department of Child Safety and JOHN DOE TAFOYA, her spouse; SARAH GREENWAY, individually and as an employee with the State of Arizona Department of Child Safety and JOHN DOE GREENWAY, her spouse; PAIGE SZYMKOWSKI, individually and as an employee with the State of Arizona Department of Child Safety and JOHN DOE SZYMKOWSKI, her spouse; CLAUDIA HOFF, individually and as an employee with the State of Arizona Department of Child Safety and JOHN DOE HOFF, her spouse; NICK BREEDING, individually and as an employee with the State of Arizona Department of Child Safety and JANE DOE BREEDING, his spouse; GREGORY MCKAY, as former Director, Arizona Department of Child Safety; JAMES THAL, individually and as a services provider for the State of Arizona Department of Child | **DEFENDANTS' DEMAND FOR JURY TRIAL** |

Safety and JANE DOE THAL, his spouse; JOHN and JANE DOES 1-5; and BLACK ENTITLES 1-5

Defendants.

**To**: Thomas A. Connelly, Attorney for Plaintiff:

Please take notice that, pursuant to Fed. R. Civ. P. 38, Defendants State of Arizona, the Arizona Department of Child Safety, Megan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay and Michael Faust now demand a jury trial in this action.

DATED this 13th day of May, 2021.

                                          Mark Brnovich
                                          Attorney General

                                          /s/ *Christopher J. Feasel*
                                          Christopher J. Feasel
                                          Timothy J. Watson
                                          Assistant Attorney General
                                          *Attorney for State Defendants*

| | |
|---|---|
| 1 | I certify that I electronically transmitted the attached document |
| 2 | to the Clerk's Office using the CM/ECF System for filing and |
| 3 | transmittal of a Notice of Electronic Filing to the following, if CM/ECF |
| 4 | registrants, and mailed a copy of same to any non-registrants, this |
| 5 | 13th day of May, 2021: |

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

DeeAn Gillespie Strub, Esq.
Kristina Reeves, Esq.
GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiff*

Charles S. Hoover, III, Esq.
RENAUD COOK DRURY MESAROS, PA
One North Central Avenue, Suite 900
Phoenix AZ 85004
*Attorney for Defendant Thal*

/s/ Lisa Santa Cruz
LMS20-0389/ G202020721-1/#9255973

3