Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Kristina Reeves (AZ Bar #031171)
**GILLESPIE SHIELDS GOLDFARB & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>                    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**STATUS REPORT REGARDING DEFENDANT JAMES THAL** |

Pursuant to this Court's Order dated 24 November 2021 (Doc. 11), Plaintiff reports as status to this Court that Defendant James Thal filed an answer in Maricopa County Superior Court on 24 March 2021, before this matter was removed to federal court. Defendant Thal, through his counsel, received notification of the removal from state court to federal court. *See* Doc. 1 at 5. Plaintiff has also notified Defendant Thal, through his counsel via email, of this Court's Order directing Plaintiff to file this Status Report or to seek entry of default against Defendant Thal within seven days of the Court's Order for failing to file an answer in this Court pursuant to the applicable federal rules.

**DATED** this 25th day of November 2021.

MILLS & WOODS LAW PLLC

By  /s/ Thomas A. Connelly
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS, GOLDFARB, & TAYLOR
DeeAn Gillespie
Kristina Reeves
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiff Jessica Ploof*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2021, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

Christopher Feasel
Timothy Watson
OFFICE OF ARIZONA ATTORNEY GENERAL
2005 N. Central Ave.
Phoenix, AZ 85004
*Attorneys for State Defendants and Gregory McKay*

Charles S. Hoover, III
RENAUD COOK DRURY MESAROS, PA
One N. Central Ave., Ste. 900
Phoenix, AZ 85004-4417
*Attorneys for Defendant James Thal*

        /s/ Thomas A. Connelly