Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub  (AZ Bar #009987)
Kristina Reeves (AZ Bar #031171)
**GILLESPIE, SHIELDS, GOLDFARB & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**NOTICE OF APPEAL**<br><br>(Assigned to Hon. John J. Tuchi) |

　　　　Pursuant to Federal Rule of Appellate Procedure 4, Plaintiff hereby gives notice of her appeal to the United States Court of Appeals for the Ninth Circuit from the entry of Judgment in favor of Defendants (DKT. #14), from the district court's order granting the Defendant's motion to dismiss Plaintiff's claims numbered 1 through 9 and 14, and from the district court's order remanding Plaintiff's claims numbered 10 through 13 to the Superior Court of Arizona in and for Maricopa County.

**DATED** this 7th day of January 2022.

MILLS & WOODS LAW PLLC

By  */s/ Thomas A. Connelly*
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014

GILLESPIE, SHIELDS, GOLDFARB, & TAYLOR
DeeAn Gillespie
Kristina Reeves
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiff Jessica Ploof*

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2022, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   */s/ Thomas A. Connelly*

2