Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**ORDER**<br><br>(Assigned to Hon. John J. Tuchi) |

　　　This matter coming before the Court on the *Motion to Stay Proceedings Pending Appeal* filed by Plaintiff and State Defendants, and good cause appearing,

　　　IT IS HEREBY ORDERED granting that motion and staying all proceedings in this matter. The parties shall notify this Court when the state court appeal regarding Defendant Thal is finally resolved.