Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
jhunter@wwhgd.com
docketing-PHX@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile:  (602) 307-5853
*Counsel for Defendant James Thal*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>                        Plaintiff,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5,<br><br>                        Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**NOTICE OF CHANCE OF FIRM ASSOCIATION** |

1  Please take notice that effective August 1, 2023, the following firm association has
2  changed for Jeffrey S. Hunter, Esq. to the following:

>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>1 North Central Avenue, Suite 900
>Phoenix, Arizona 85004
>Telephone: (602) 256-3015
>Email: jhunter@wwhgd.com

Dated this *23rd* day of August, 2023.

>WEINBERG, WHEELER, HUDGINS,
>  GUNN & DIAL, LLC
>
>By *s/ Jeffrey S. Hunter*
>      Jeffrey S. Hunter, Esq.
>1 North Central Avenue, Suite 900
>Phoenix, Arizona 85004
>*Counsel for Defendant James Thal*

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>23rd</u> day of August, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov

Jennifer J. Sanders
Office of the Attorney General
416 W. Congress, St, 2nd Floor
Tucson, Arizona 85701-1315
*Attorneys for State Defendants*
*Jennifer.sanders@azag.gov*

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:

By *s/ meb* _____