Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
jhunter@wwhgd.com
docketing-PHX@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile:  (602) 307-5853
*Counsel for Defendant James Thal*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5,<br><br>　　　　　　Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**DEFENDANT JAMES THAL'S RESPONSE TO MOTION TO STAY PROCEEDINGS PENDING APPEAL** |

COMES NOW, James Thal, by and through the undersigned counsel, and files his response to the Motion to Stay Proceedings Pending Appeal, opposes same, and states:

Dr. Thal obtained Summary Judgment on the pending State Court action for negligence on the basis of expiration of the Statute of Limitations and that Dr. Thal had no duty to Plaintiff, Jessica Ploof. That Summary Judgment is on appeal and fully briefed. Counsel for Dr. Thal and Counsel for Plaintiff discussed prior to the filing of the Motion to Stay what if any effect the appellate affirmance or reversal would have on the pending actions before this Court. Plaintiff affirmed her position that affirmance or reversal of the Summary Judgment in the State Court matter would have no effect on the claims before this Court, that is, affirmance would not be an estoppel of the claims either via res judicata or collateral estoppel. Obviously, Dr. Thal disagrees with Plaintiff's position.

Counsel for Plaintiff and Co-Defendants assert judicial economy as a basis for a stay of this matter. However, this argument seems to be without merit. The parties can easily stipulate that any discovery completed before this Court can be utilized in the State Court matter.

There does not appear to be a meritorious basis for the Plaintiff and Co-Defendants to seek a stay of this matter given the enumerated basis in the Motion. Neither Plaintiff nor Co-Defendants are prejudiced by this matter not being stayed. The only party that would be prejudiced is Dr. Thal, the only party not requesting a stay of proceedings.

Accordingly, Dr. Thal respectfully requests the Court deny the Motion to Stay these proceedings.

Respectfully submitted this *23rd* day of August, 2023.

                                                  WEINBERG, WHEELER, HUDGINS,
                                                    GUNN & DIAL, LLC

By *s/ Jeffrey S. Hunter*
      Jeffrey S. Hunter, Esq.
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Counsel for Defendant James Thal*

# CERTIFICATE OF SERVICE

I hereby certify that on this *23rd* day of August, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov

Jennifer J. Sanders
Office of the Attorney General
416 W. Congress, St, 2nd Floor
Tucson, Arizona 85701-1315
*Attorneys for State Defendants*
*Jennifer.sanders@azag.gov*

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:

By *s/ meb*