Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub  (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL**<br><br>(Assigned to Hon. John J. Tuchi) |

For the additional reasons stated below, Plaintiff respectfully requests that this Court enter an order staying all proceedings in this matter pending final resolution of the state court appeal regarding the state law claims against Defendant Thal.

Although Defendant Thal opposes the Joint Motion by Plaintiff and State Defendants [Doc. 33], suggesting that he would be prejudiced by a stay of these proceedings, he does not identify or articulate any prejudice. *See* Doc. 35. Beyond that, Defendant Thal offers no cogent reasons to deny the requested stay.

On 28 August 2023, the state court entered an order staying the state court proceedings pending resolution of the appeal regarding the state law claims against Defendant Thal. It makes sense for these two closely related matters to proceed apace together to avoid duplication of efforts or Plaintiff having to litigate once with the State Defendants and then again later with Defendant Thal.

For these additional reasons, Plaintiff respectfully requests the Court to stay these proceedings pending resolution of the state court appeal as to Defendant Thal.

Alternatively, if this Court does not grant the Joint Motion to Stay Proceedings, Plaintiff respectfully requests that the Court vacate the Pretrial Scheduling Conference currently scheduled for 7 September 2023 and reset that conference in approximately thirty (30) days. This request is made in good faith and not for purposes of delay. On 5 August 2023, the mother of Plaintiff's lead counsel passed away unexpectedly. Counsel spent the following three weeks in Illinois dealing with related family, estate, and probate issues, and is only now back in the office getting caught up on case management issues in several state and federal court matters. Counsel was not able to meet and confer with defense counsel or prepare a draft Joint Proposed Case Management Plan for circulation to and input from defense counsel while he was out of state and now, due to rescheduled depositions and other scheduling events in other matters taking place this week, counsel needs additional time to accomplish those tasks. Consequently, there is not sufficient time this week to comply with the current deadline of 31 August 2023 for the filing of the Joint Proposed Case Management Plan in advance of the 7 September 2023 Pretrial Scheduling Conference.

For all the foregoing reasons, Plaintiff respectfully requests the Court to grant the Joint Motion to Stay these Proceedings; or, alternatively, vacate the Pretrial Scheduling Conference currently set for 7 September 2023 and reschedule it approximately thirty (30) days from that date.

**RESPECTFULLY SUBMITTED** this 28th day of August 2023.

                                                MILLS & WOODS LAW PLLC

                                        By  */s/ Thomas A. Connelly*
                                                  Thomas A. Connelly
                                                  Robert T. Mills
                                                  Sean A. Woods
                                                  5055 North 12th Street, Suite 101
                                                  Phoenix, Arizona 85014

                                                  GILLESPIE, SHIELDS & TAYLOR
                                                  DeeAn Gillespie
                                                  7319 North 16th Street
                                                  Phoenix, Arizona 85020
                                                  *Attorneys for Plaintiff Jessica Ploof*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

    */s/ Thomas A. Connelly*