KRISTIN K. MAYES
ATTORNEY GENERAL

JULIE M. RHODES (016313)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov

JENNIFER J. SANDERS (020657)
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson, Arizona  85701-1315
Telephone: (520) 638-2801
DefenseTuc@azag.gov
Jennifer.Sanders@azag.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND DEADLINE FOR JOINT REPORT AND RESET SEPTEMBER 7, 2023 SCHEDULING CONFERENCE** |
| State of Arizona, Meagan Tafoya,; Sarah Greenway; Paige Szymkowski; Claudia Hoff; Nick Breeding; Gregory McKay, former Director, Arizona Department of Child Safety; James Thal; John and Jane Does 1-5; and Black Entities 1-5, | |
| Defendants. | (Assigned to the Hon. John J. Tuchi) |

Defendants, State of Arizona, Arizona Department of Child Safety, Megan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay and Michael Faust ("State Defendants"), Plaintiff, and Defendant Thal jointly move this Court to vacate and reset the Pretrial Scheduling Conference currently scheduled September 7, 2023 (*see* Doc. 32), for approximately 30 days for the reasons

1  stated in Plaintiffs Reply (Doc. 36) in support of Plaintiff's and State Defendants'
2  Motion to Stay Proceedings Pending Appeal (Doc. 33). This is the first request.
3      It is finally requested the Joint Report due August 31. 2023 be extended to 7 days
4  prior to the reset Pretrial Scheduling Conference.
5      This joint motion is made in good faith and not for purposes of delay, but rather
6  as an accommodation due Plaintiff's counsel's recent loss.
7      RESPECTFULLY SUBMITTED this 1st day of September 2023.

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/ *Julie M. Rhodes*
Julie M. Rhodes
Jennifer J. Sanders
Assistant Attorneys General
*Attorneys for State Defendants*

/s/ *Thomas A. Connelly( With Permission)*
Thomas A. Connelly
Mills + Woods Law PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie
7319 North 16th Street
Phoenix, Arizona 85020

/s/ *Jeffrey S. Hunter( With Permission)*
Jeffrey S. Hunter
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Attorney for Defendant Thal*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 1st day of September, 2023:

/s/ *B. Rojo*
LMS20-0389/G202020721-1/#11493733