1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**IN AND FOR THE DISTRICT OF ARIZONA**

11

| | |
|---|---|
| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| State of Arizona, Meagan Tafoya,; Sarah Greenway;  Paige  Szymkowski;  Claudia Hoff;  Nick  Breeding;  Gregory  McKay, former  Director,  Arizona  Department  of Child  Safety;  James  Thal;  John  and  Jane Does 1-5; and Black Entities 1-5, | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

12
13
14
15
16
17
18
19
20

At issue is the Joint Motion to Extend Deadline for Joint Report and to Reset the

September 7, 2023 Joint Pretrial Conference. Upon review and good cause appearing,

21
22

**IT IS ORDERED** vacating the Pretrial Scheduling Conference scheduled

23

September 7, 2023 and resetting to _____.

24

**IT IS FURTHER ORDERED** vacating the August 31, 2023 deadline for the

25

Joint Report. The revised deadline is seven (7) days prior to the Pretrial Scheduling

26

Conference.

27
28

Dated this _____ day of _____ 2023.

_____
Honorable John J. Tuchi
United States District Judge