IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | No. CV-21-00853-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

At issue is the Motion to Stay Proceedings Pending Appeal (Doc. 33) filed by Plaintiffs and Defendants State of Arizona, Arizona Department of Child Safety, Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay, and Michael Faust (the "State Defendants"). In their Motion, Plaintiff and the State Defendants request the Court enter an Order staying all proceedings in this matter pending final resolution of the state court appeal regarding the state law claims against Defendant Thal. Defendant Thal opposes the Motion. (Doc. 35.)

Good cause appearing in support of the Motion, and Defendant Thal having failed to articulate how he will be prejudiced by the requested stay, the Court will grant the Motion. Having done so, the Court will deny as moot the parties' Joint Motion to Extend Deadline for Joint Report and Reset September 7, 2023 Scheduling Conference (Doc. 37).

**IT IS THEREFORE ORDERED** granting Plaintiff and the State Defendants' Motion to Stay Proceedings Pending Appeal (Doc. 33). Proceedings in this matter are stayed pending final resolution of the state court appeal regarding the state law claims

against Defendant Thal. The parties promptly shall notify the Court when the state court appeal regarding Defendant Thal is finally resolved.

**IT IS FURTHER ORDERED** vacating the August 31, 2023 deadline for the Joint Report and the Pretrial Scheduling Conference currently scheduled for September 7, 2023.

**IT IS FURTHER ORDERED** denying as moot the parties' Joint Motion to Extend Deadline for Joint Report and Reset September 7, 2023 Scheduling Conference (Doc. 37).

Dated this 1st day of September, 2023.

Honorable John J. Tuchi
United States District Judge