KRISTIN K. MAYES
ATTORNEY GENERAL

JULIE M. RHODES (016313)
DEBORAH L. GARNER (026161)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Telephone: (602) 542-8050
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for State Defendants*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Ploof, <br><br> Plaintiff, <br><br> vs. <br><br> State of Arizona, Meagan Tafoya,; Sarah Greenway; Paige Szymkowski; Claudia Hoff; Nick Breeding; Gregory McKay, former Director, Arizona Department of Child Safety; James Thal; John and Jane Does 1-5; and Black Entities 1-5, <br><br> Defendants. | Case No: 2:21-cv-00853-JJT <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN THE FIRM** <br><br> (Assigned to the Hon. John J. Tuchi) |

Notice is given that Assistant Attorney General Deborah Garner, is substituted as counsel in place of Assistant Attorney General Jennifer J. Sanders as the attorney of record representing State Defendants. Please direct all documents and communications to the addresses, phone numbers, and emails listed below. Assistant Attorney General Julie M. Rhodes is currently listed as counsel of record and shall remain as such for State Defendants.

Deborah L. Garner
Assistant Attorney General
Office of the Attorney General
2005 North Central Avenue
Phoenix, AZ  85004
Phone: (602) 542-8050

Fax: (602) 542-3393
Deborah.Garner@azag.gov

RESPECTFULLY SUBMITTED this 4th day of December, 2023.

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/  Deborah L. Garner
Julie M. Rhodes
Deborah L. Garner
Assistant Attorneys General
*Attorneys for State Defendants*

Original of the foregoing electronically
Filed this 4th day of December, 2023, with:
Clerk of the United States District Court
using the CM/ECF System for filing and
Transmittal of a Notice of Electronic Filing
to the following registrants:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

DeeAn Gillespie Strub, Esq.
Sandra Daussin, Esq.
GILLESPIE, SHIELDS, GOLDFARB
& TAYLOR
7319 North 16th Street
Phoenix, Arizona  85020
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC.
One North Central Avenue, Suite 900
Phoenix, Arizona  85004
*Attorneys for Defendant Thal*

/s/ Lisa Santa Cruz
LMS20-0389/G202020721-1/#11727591