Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>　　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**JOINT NOTICE RE: RESOLUTION OF STATE COURT APPEAL**<br><br>(Hon. John J. Tuchi) |

Pursuant to this Court's Order dated 1 September 2023 (Doc. 38), the parties hereby notify the Court that the state court appeal taken by Plaintiff regarding the state laws claims asserted against Defendant James Thal is finally resolved. The parties request that the stay in this matter be lifted, the matter be placed back on the active calendar, and a scheduling conference set.

**RESPECTFULLY SUBMITTED** this 17th day of January 2024.

MILLS + WOODS LAW PLLC

By  */s/ Thomas A. Connelly*
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014

GILLESPIE, SHIELDS, & TAYLOR
DeeAn Gillespie
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiff Jessica Ploof*

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By  */s/ Julie M. Rhodes*
   Julie M. Rhodes
   Deborah Garner
   2005 N. Central Ave.
   Phoenix, Arizona 85004
   *Attorneys for Defendants State of Arizona, Arizona Department of Child Safety, Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay, and Michael Faust*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By  */s/ Jeffrey S. Hunter*
   Jeffrey S. Hunter
   One North Central Avenue, Suite 900
   Phoenix, Arizona 85004
   *Attorneys for Defendant James Thal*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

　　　*/s/*　　*Michelle Feltes*