# Exhibit 1

KRISTIN K. MAYES
ATTORNEY GENERAL

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | |
| vs. | **NONDISCLOSURE AGREEMENT REGARDING PROTECTIVE ORDER TO ALLOW LIMITED DISCLOSURE OF CONFIDENTIAL INFORMATION** |
| State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Breeding, his spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust and James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse; John and Jane Does 1-5; and Black Entities 1-5, | |
| Defendants. | (Assigned to the Hon. John J. Tuchi) |

1. I have received and read a copy of the Court's Protective Order Regarding Confidential Information (the "Order") entered in this case.

2. I understand that by receiving Arizona Department of Economic Security (DES) or Department of Child Safety (DCS) records, I am subject to the Order.

3. These records contain confidential or sensitive information about children and families and may reference educational, medical, psychological, mental-health, or court records or other private information pertaining to the parties.

4. I promise that I will use any and all Confidential information, as defined in the Order, given to me only in a manner authorized by the Order, and only to assist Counsel in the litigation of this matter.

5. I promise that I will not disclose or discuss such Confidential information with anyone other than the persons described in the Order.

6. I acknowledge that, by signing this agreement, I am subjecting myself to the jurisdiction of the Arizona Superior Court with respect to the enforcement of the Order.

7. I understand that any disclosure or use of Confidential information in any manner contrary to the provisions of the Protective Order may subject me to sanctions for contempt of court.

8. I will destroy and/or return all Confidential materials to the attorney who provided it to me, and I shall not retain any copies of said Confidential materials or any information contained within the Confidential materials.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this _____ day of _____, 2024.

[Name and Title]

  /s/_____

[Name, Address, Contact Information]

2

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this _____ day of March, 2024:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
One North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Attorneys for Defendant Thal*

/s/ _____
LMS20-0389/G202020721-1/#11934677

3