KRISTIN K. MAYES
ATTORNEY GENERAL

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Breeding, his spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust and James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse; John and Jane Does 1-5; and Black Entities 1-5, | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the Parties on April 19, 2024:

1. State Defendants' Initial Disclosure Statement.

RESPECTFULLY SUBMITTED this <u>19th</u> day of April, 2024.

                KRISTIN K. MAYES
                ATTORNEY GENERAL

                /s/*Julie M. Rhodes*
                Julie M. Rhodes
                Deborah Garner
                Assistant Attorneys General
                *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 19th day of April. 2024:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

/s/*slf*
LMS20-0389/G202020721-1/#12066638