Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-CV-00853-JJT-PHX<br><br>**NOTICE OF SERVICE OF DISCOVERY**<br><br>(Assigned to Hon. John J. Tuchi) |

　　　　PLEASE TAKE NOTICE that on April 22, 2024, Plaintiff served *Plaintiff's Initial Rule 26(A)(1) Disclosure Statement,* on all counsel of record via email.

　　　　**RESPECTFULLY SUBMITTED** this 24th day of April 2024.

　　　　　　　　　　　　　　**MILLS + WOODS LAW PLLC**

　　　　　　　　　　　　　　Thomas A. Connelly
　　　　　　　　　　　　　　Robert T. Mills
　　　　　　　　　　　　　　Sean A. Woods
　　　　　　　　　　　　　　5055 North 12th Street, Suite 101
　　　　　　　　　　　　　　Phoenix, AZ 85014

**GILLESPIE, SHIELDS &TAYLOR**

By  /s/ Jenny D. Jansch

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Jenny D. Jansch*