| | |
|---|---|
| 1 | KRISTIN K. MAYES<br>ATTORNEY GENERAL |
| 2 | |
| 3 | JULIE M. RHODES (016313)<br>DEBORAH GARNER (026161) |
| 4 | Assistant Attorneys General<br>2005 North Central Avenue |
| 5 | Phoenix, Arizona 85004<br>Telephone: (602) 542-7612 |
| 6 | Fax: (602) 542-7670<br>DefensePhx@azag.gov |
| 7 | Julie.Rhodes@azag.gov<br>Deborah.Garner@azag.gov |
| 8 | *Attorneys for State Defendants* |

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>         Plaintiff,<br><br>   vs.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Breeding, his spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust and James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse; John and Jane Does 1-5; and Black Entities 1-5,<br><br>         Defendants. | Case No: 2:21-cv-00853-JJT<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF NOTIFICATION**<br><br>(Assigned to the Hon. John J. Tuchi) |

1  Undersigned counsel advises the Court that effective Friday, January 5, 2024
2  Assistant Attorney General Jennifer J. Sanders has left the employment of the Arizona
3  Attorney General's Office. As a result, this office is filing this notice to withdraw Ms.
4  Sanders as an attorney of record in this matter. Assistant Attorneys General Julie M.
5  Rhodes and Deborah Garner are currently listed as counsel of record and shall remain as
6  such for State Defendants. Ms. Sanders also requests to be removed from the electronic
7  filing notification list in this matter. A proposed order to remove Ms. Sanders from ECF
8  notifications has been filed with this pleading.

RESPECTFULLY SUBMITTED this 25th day of April, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/ *Julie M. Rhodes*
Julie M. Rhodes
Deborah Garner
Assistant Attorneys General
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 25th day of April, 2024:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Plaintiff*

1. Jeffrey S. Hunter, Esq
2. WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
3. jhunter@wwhgd.com
   *Attorneys for Defendant Thal*
4. 
5. /s/slf
   LMS20-0389/G202020721-1/#12073756