**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Ploof, <br><br> Plaintiff, <br><br> vs. <br><br> State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Breeding, his spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust and James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse; John and Jane Does 1-5; and Black Entities 1-5, <br><br> Defendants. | Case No: 2:21-cv-00853-JJT <br><br> **ORDER FOR REMOVAL FROM ECF NOTIFICATION** <br><br> (Assigned to the Hon. John J. Tuchi) |

The Court having considered the Notice of Withdrawal of Counsel and Request for Removal from the ECF Notification (Notice) and good cause appearing,

**IT IS HEREBY ORDERED** that Jennifer J. Sanders shall be removed from receiving electronic Notice of Filing/CM/ECF notifications in this matter.