Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**STIPULATED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND FIRST AMENDED ANSWERS WITH CONSENT**<br><br>(Hon. John J. Tuchi) |

Plaintiff, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), hereby seeks leave of this Court to file her First Amended Complaint, attached hereto as **Exhibit 1**,[1] to remove claims and parties that were dismissed by this Court on December 9, 2021, [*see* Doc. 14], and affirmed on appeal by the Ninth Circuit on

---

[1] Exhibit 1 is a clean version of the proposed First Amended Complaint. **Exhibit 2** is a redlined version of the First Amended Complaint showing the changes made to the existing Complaint.

or about May 5, 2023, while retaining claims and parties that the Ninth Circuit reinstated on appeal. No new claims or parties are added by these amendments.

State Defendants and Defendant Thal are also seeking leave of this Court to file their First Amended Answers pursuant to Federal Rules of Civil Procedure 15(a)(3) within fourteen days.

Plaintiff has provided a copy of these amendments to State Defendants and Defendant Thal, the Defendants remaining in this action, to seek their consent and all have given such consent. Therefore, this Motion is unopposed.

For the foregoing reasons, the parties respectfully request that this unopposed motion be granted in its entirety and that the proposed First Amended Complaint and First Amended Answers be allowed.

**RESPECTFULLY SUBMITTED** this 6th day of June 2024.

MILLS & WOODS LAW PLLC

By  */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie Strub
Jenny D. Jansch
*Attorneys for Plaintiff Jessica Ploof*

WEINGERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By */s/   Jeffrey S. Hunter*
Jeffrey S. Hunter
*Attorneys for Defendant Thal*

KRISTEN K. MAYES
ARIZONA ATTORNEY GENERAL

By */s/   Julie M. Rhodes*
Julie M. Rhodes
Deborah Garner
*Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Thomas A. Connelly