Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>   Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**ORDER**<br><br>(Hon. John J. Tuchi) |

This matter coming before the Court on the stipulation of the parties to allow Plaintiff to file a First Amended Complaint and Defendants to file First Amended Answers, and good cause appearing,

IT IS HEREBY ORDERED allowing Plaintiff to file a First Amended Complaint and directing the clerk to accept and enter into the docket Exhibit 1 as Plaintiff's First Amended Complaint;

IT IS FURTHER ORDERED that Defendants shall file their respective First Amended Answers within fourteen (14) days of this Order.

DATED this ____ day of June 2024.

_____
Hon. John J. Tuchi
District Court Judge