# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | No. CV-21-00853-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

At issue is the Stipulated Motion for Leave to File First Amended Complaint and First Amended Answers with Consent (Doc. 52). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulated Motion for Leave to File First Amended Complaint and First Amended Answers with Consent (Doc. 52)

**IT IS FURTHER ORDERED** that Plaintiff shall file her First Amended Complaint by **June 10, 2024**.

**IT IS FURTHER ORDERED** that Defendants shall file their respective First Amended Answers within 14 days of the filing of the First Amended Complaint.

Dated this 7th day of June, 2024.

Honorable John J. Tuchi
United States District Judge