Kristin K. Mayes
Attorney General

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for DCS Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | Case No.  2:21-cv-00853-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF FILING FIRST AMENDED ANSWER** |
| State of Arizona, Meagan Tafoya,; Sarah Greenway; Paige Szymkowski; Claudia Hoff; Nick Breeding. | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

**NOTICE IS HERBY** given that State of Arizona, Department of Child Safety, Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, (DCS Defendants), have filed their First Amended Answer in response to Plaintiff's First Amended Complaint pursuant the Court Order dated June 7, 2024 (Doc. 53).  A copy of the redlines and clean version of the First Amended Answer is attached hereto as Exhibits A & B as required by LRCiv 15.1(b).

RESPECTFULLY SUBMITTED this 11th day of June, 2024.

Kristin K. Mayes
ATTORNEY GENERAL

*/s/Julie M. Rhodes*
Julie M. Rhodes
Deborah Garner
Assistant Attorneys General
*Attorneys for DCS Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 11th day of June, 2024:


Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch Esq.
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona  85020
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
One North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Attorneys for Defendant Thal*

*/s/samantha linley*
LMS20-0389/G202020721-1/#12097963

2