# EXHIBIT B

# EXHIBIT B

KRISTIN K. MAYES
ATTORNEY GENERAL

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85007-2926
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for DCS Defendants*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | |
| vs. | **FIRST AMENDED ANSWER** |
| State of Arizona, Meagan Tafoya,; Sarah Greenway; Paige Szymkowski; Claudia Hoff; Nick Breeding. | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

Defendants State of Arizona, Department of Child Safety, Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, (DCS Defendants), in response to Plaintiff's First Amended Complaint ("FAC")[1] hereby admit, deny and allege as follows:

### JURISDICTION AND VENUE

1.    DCS Defendants admit ¶ 1.

2.    DCS Defendants deny ¶ 2.

---

[1] This Court granted dismissal of Counts One (ADA claim), Three (unconstitutional seizure), and Fourteen (DCS as Defendant) (Doc. 14: ¶¶ 256-280; 297-306; 404-412). Plaintiff did not appeal the dismissal of these claims. The Ninth Circuit dismissed Count Two (unconstitutional seizure) which was not appealed. *Ploof v. Arizona*, 23-cv-00853-JJT, WL 2929314 (9th Cir. April 13, 2023) (mem. dec.).

3.      DCS Defendants admit ¶ 3.

4.      DCS Defendants admit ¶ 4.

5.      DCS Defendants admit that venue lies in this Court, but deny that A.R.S. § 12-123 is the controlling statute in ¶ 5.

## THE PARTIES

6.      DCS Defendants admit ¶ 6.

7.      DCS Defendants deny ¶ 7 as to DCS Defendants only.

8.      DCS Defendants deny ¶ 8 as to DCS Defendants only.

9.      DCS Defendants admit ¶ 9.

10.     DCS Defendants admit ¶ 10.

11.     DCS Defendants admit ¶ 11.

12.     DCS Defendants admit ¶ 12.

13.     DCS Defendants admit ¶ 13.

14.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 14 and therefore deny same.

15.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 15 and therefore deny same.

16.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 16 and therefore deny same.

## FACTUAL ALLEGATIONS

**I.      BACKGROUND**

17.     DCS Defendants admit ¶ 17.

18.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 18 and therefore deny same.

19.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 19 and therefore deny same.

20.     DCS Defendants admit ¶ 20.

21.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 21 and therefore deny same.

22.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 22 and therefore deny same.

23.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 23 and therefore deny same.

24.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 24 and therefore deny same.

25.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 25 and therefore deny same.

26.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 26 and therefore deny same.

27.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 27 and therefore deny same.

28.     The allegations in ¶ 28 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

29.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 29 and therefore deny same.

30.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 30 and therefore deny same.

31.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 31 and therefore deny same.

32.     DCS Defendants are without information or knowledge sufficient to from a belief as to the allegations in ¶ 32 and therefore deny same.

33.     DCS Defendants admit the allegations in ¶ 33 in part. The term "certain developmental disabilities" is vague and DCS Defendants are without sufficient information to admit or deny the allegation regarding this term.

34.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 34 and therefore deny same.

35.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 35 and therefore deny same.

36.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 36 and therefore deny same.

37.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 37 and therefore deny same.

38.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 38 and therefore deny same.

39.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 39 and therefore deny same.

40.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 40 and therefore deny same.

41.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 41 of the FAC and therefore deny same.

42.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 42 and therefore deny same.

43.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 43 and therefore deny same.

43.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 43 and therefore deny same. (Numbering error in Answer (Doc. 31.)

44.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 44 and therefore deny same.

45.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 45 and therefore deny same.

46.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 46 and therefore deny same.

47.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 47 and therefore deny same.

48.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 48 and therefore deny same.

49.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 49 and therefore deny same.

50.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 50 and therefore deny same.

51.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 51 and therefore deny same.

52.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 52 and therefore deny same.

53.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 53 and therefore deny same.

54.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 54 and therefore deny same.

55.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 55 and therefore deny same.

56.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 56 and therefore deny same.

57.     DCS defendants are without knowledge sufficient to form a belief regarding the accuracy of the allegations in ¶ 57 and therefore deny same.

58.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 58 and therefore deny same.

59.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 59 and therefore deny same.

60.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 60 and therefore deny same.

61.     DCS Defendants deny ¶ 61.

**II.      THE REMOVAL OF H.P.**

62.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 62 and therefore deny same.

63.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 63 and therefore deny same.

64.     DCS Defendants deny ¶ 64.

65.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 65 and therefore deny same.

66.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 66 and therefore deny same.

67.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 67 and therefore deny same.

68.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 68 and therefore deny same. Because no time frame was provided in the allegations, DCS Defendants are unable to determine if the policy stated was the policy in effect during the events giving rise to this litigation.

69.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 69 and therefore deny same.

70.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 70 and therefore deny same.

71.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 71 and therefore deny same.

72.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 72 and therefore deny same.

73.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 73 and therefore deny same.

74.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 74 and therefore deny same.

75.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 75 and therefore deny same.

76.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 76 and therefore deny same.

77.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 77 and therefore deny same.

78.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 78 and therefore deny same.

79.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 79 and therefore deny same.

80.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 80 and therefore deny same.

81.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 81 and therefore deny same.

82.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 82 and therefore deny same.

83.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 83 of and therefore deny same.

84.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 84 and therefore deny same.

85.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 85 and therefore deny same.

86.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 86 and therefore deny same.

87.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 87 and therefore deny same.

88.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 88 and therefore deny same.

89.     The allegations in ¶ 89 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

90.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 90 and therefore deny same.

91.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 91 and therefore deny same.

92.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 92 and therefore deny same.

93.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 93 and therefore deny same.

94.     DCS Defendants admit ¶ 94.

95.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 95 and therefore deny same.

96.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 96 and therefore deny same.

97.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 97 and therefore deny same.

98.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 98 and therefore deny same.

99.     DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 99 and therefore deny same.

100.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 100 and therefore deny same.

101.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 101 and therefore deny same.

102.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 102 and therefore deny same.

103.   The allegations in ¶ 103 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

104.   DCS Defendants admit ¶ 104.

105.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 105 and therefore deny same.

106.   The allegations in ¶ 106 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

107.   The allegations in ¶ 107 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

108.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 108 and therefore deny same.

109.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 109 and therefore deny same.

110.   The allegations in ¶ 110 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

111.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 111 and therefore deny same.

112.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 112 and therefore deny same.

113.   DCS Defendants deny ¶ 113.

114. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 114 and therefore deny same.

115. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 115 and therefore deny same.

116. Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 116 and therefore deny same.

117. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 117 and therefore deny same.

118. DCS Defendants deny ¶ 118.

119. DCS Defendants deny ¶ 119.

120. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 120 and therefore deny same.

121. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 121 and therefore deny same.

122. DCS Defendants deny ¶ 122.

123. DCS Defendants deny ¶ 123.

124. DCS Defendants deny ¶ 124.

125. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 125 and therefore deny same.

126. DCS Defendants deny ¶ 126.

127. DCS Defendants deny ¶ 127.

## III.   AGENTS OF DCS CONTINUE TO VIOLATE THE LAW.

128. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 128 and therefore deny same.

129. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 129 and therefore deny same.

130. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 130 and therefore deny same.

131.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 131 and therefore deny same.

132.   DCS Defendants deny ¶ 132.

133.   The allegations in ¶ 133 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

134.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 134 and therefore deny same.

135.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 135 and therefore deny same.

136.   DCS Defendants deny ¶ 136.

137.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 137 and therefore deny same.

138.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 138 and therefore deny same.

139.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 139 and therefore deny same.

140.   DCS Defendants deny ¶ 140.

141.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 141 and therefore deny same.

142.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 142 and therefore deny same.

143.   DCS Defendants deny ¶ 143.

144.   DCS Defendants deny ¶ 144.

145.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 145 and therefore deny same.

146.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 146 and therefore deny same.

147.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 147 and therefore deny same.

148.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 148 and therefore deny same.

149.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 149 and therefore deny same.

150.    DCS Defendants deny ¶ 150.

151    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 151 and therefore deny same.

152.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 152 and therefore deny same.

153.    DCS Defendants deny ¶ 153.

154.    DCS Defendants deny ¶ 154.

155.    DCS Defendants deny ¶ 155.

156.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 156 and therefore deny same.

157.    DCS Defendants deny ¶ 157.

158.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 158 and therefore deny same.

159.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 159 and therefore deny same.

160.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 160 and therefore deny same.

161.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 161 and therefore deny same.

162.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 162 and therefore deny same.

1   163.   DCS Defendants are without information or knowledge sufficient to form
2   a belief as to the truth of the allegations in ¶ 163 and therefore deny same.

3   164.   DCS Defendants are without information or knowledge sufficient to form
4   a belief as to the truth of the allegations in ¶ 164 and therefore deny same.

5   165.   DCS Defendants are without information or knowledge sufficient to form
6   a belief as to the truth of the allegations in ¶ 165 and therefore deny same.

7   166.   DCS Defendants are without information or knowledge sufficient to form
8   a belief as to the truth of the allegations in ¶ 166 and therefore deny same.

9   167.   DCS Defendants are without information or knowledge sufficient to form
10  a belief as to the truth of the allegations in ¶ 167 and therefore deny same.

11  168.   DCS Defendants are without information or knowledge sufficient to form
12  a belief as to the truth of the allegations in ¶ 168 and therefore deny same.

13  169.   DCS Defendants deny ¶ 169.

14  170.   DCS Defendants are without information or knowledge sufficient to form
15  a belief as to the truth of the allegations in ¶ 170 and therefore deny same.

16  171.   DCS Defendants are without information or knowledge sufficient to form
17  a belief as to the truth of the allegations in ¶ 171 and therefore deny same.

18  172.   DCS Defendants are without information or knowledge sufficient to form
19  a belief as to the truth of the allegations in ¶ 172 and therefore deny same.

20  173.   DCS Defendants are without information or knowledge sufficient to form
21  a belief as to the truth of the allegations in ¶ 173 and therefore deny same.

22  174.   DCS Defendants are without information or knowledge sufficient to form
23  a belief as to the truth of the allegations in ¶ 174 and therefore deny same.

24  175.   DCS Defendants are without information or knowledge sufficient to form
25  a belief as to the truth of the allegations in ¶ 175 and therefore deny same.

26  176.   DCS Defendants deny ¶ 176.

27  177.   DCS Defendants are without information or knowledge sufficient to form
28  a belief as to the truth of the allegations in ¶ 177 and therefore deny same.

178.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 178 and therefore deny same.

179.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 179 and therefore deny same.

180.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 180 and therefore deny same.

181.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 181 and therefore deny same.

182.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 182 and therefore deny same.

183.    DCS Defendants deny ¶ 183.

184.    DCS Defendants deny ¶ 184.

185.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 185 and therefore deny same.

186.    DCS Defendants deny ¶ 186.

187.    DCS Defendants deny ¶ 187.

188.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 188 and therefore deny same.

189.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 189 and therefore deny same.

190.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 190 and therefore deny same.

191.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 191 and therefore deny same.

192.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 192 and therefore deny same.

193.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 193 and therefore deny same.

194. DCS Defendants deny ¶ 194.

195. DCS Defendants deny ¶ 195.

196. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 196 and therefore deny same.

197. DCS Defendants deny ¶ 197.

198. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 198 and therefore deny same.

199. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 199 and therefore deny same.

200. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 200 and therefore deny same.

201. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 201 and therefore deny same.

202. The allegations in ¶ 202 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

203. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 203 and therefore deny same.

204. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 204 and therefore deny same.

205. DCS Defendants deny ¶ 205.

206. DCS Defendants deny ¶ 206.

207. DCS Defendants deny ¶ 207.

208. DCS Defendants deny ¶ 208.

209. DCS Defendants deny ¶ 209.

210. DCS Defendants deny ¶ 210.

211. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 211 and therefore deny same.

212.    DCS Defendants deny ¶ 212.

213.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 213 and therefore deny same.

214.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 214 and therefore deny same.

215.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 215 and therefore deny same.

216.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 216 and therefore deny same.

217.    DCS Defendants deny ¶ 217.

218.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 218 and therefore deny same.

219.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 219 and therefore deny same.

220.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 220 and therefore deny same.

221.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 221 and therefore deny same.

222.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 222 and therefore deny same.

223.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 223 and therefore deny same.

224.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 224 and therefore deny same.

225.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 225 and therefore deny same.

226.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 226 and therefore deny same.

227.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 227 and therefore deny same.

228.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 228 and therefore deny same.

229.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 229 and therefore deny same.

230.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 230 and therefore deny same.

231.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 231 and therefore deny same.

232.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 232 and therefore deny same.

233.   DCS Defendants deny ¶ 233.

234.   DCS Defendants deny ¶ 234.

235.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 235 and therefore deny same.

236.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 236 and therefore deny same.

237.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 237 and therefore deny same.

238.   The allegations in ¶ 238 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

239.   The allegations in ¶ 239 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

240.   The allegations in ¶ 240 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

241.   The allegations in ¶ 241 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

242.   The allegations in ¶ 242 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

243.   The allegations in ¶ 243 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

244.   DCS Defendants deny ¶ 244.

## CLAIMS

## CLAIM FOUR

**(Under 42 U.S.C. § 1983, Defendant Szymkowski is liable for violating Jessica's right to Due Process under the Fourth and Fourteenth Amendments for making misrepresentations and/or omissions to the court which were deliberate falsehoods and/or which demonstrated a reckless disregard for the truth.)**

245.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 245 and therefore deny same.

246.   The allegations in ¶ 246 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

247.   The allegations in ¶ 247 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

248. The allegations in ¶ 248 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

249. DCS Defendants deny ¶ 249.

250. DCS Defendants deny ¶ 250.

251. DCS Defendants deny ¶ 251.

252. DCS Defendants deny ¶ 252.

## CLAIM FIVE

**(Under 42 U.S.C. § 1983, Szymkowski, Hoff, and Thal are liable for conspiring to violate Jessica's right to Due Process under the Fourth and Fourteenth Amendments to be free from misrepresentations and/or omissions to the court which were deliberate falsehoods and/or which demonstrated a reckless disregard for the truth.)**

253. DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 253 and therefore deny same.

254. The allegations in ¶ 254 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

255. The allegations in ¶ 255 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

256. DCS Defendants deny ¶ 256.

257. DCS Defendants deny ¶ 257.

258. DCS Defendants deny ¶ 258.

259. DCS Defendants deny ¶ 259.

260. DCS Defendants deny ¶ 260.

## CLAIM SIX

**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, Breeding, and Hoff are liable for violating Jessica's right to Due Process under the Fourth**

19

**and Fourteenth Amendments for failing to make reasonable efforts to preserve the family relationship.)**

261.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 261 and therefore deny same.

262.    The allegations in ¶ 262 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

263.    The allegations in ¶ 263 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

264.    The allegations in ¶ 264 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

265.    The allegations in ¶ 265 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

266.    DCS Defendants deny ¶ 266.

267.    DCS Defendants deny ¶ 267.

268.    DCS Defendants deny ¶ 268.

269.    DCS Defendants deny ¶ 269.

270.    DCS Defendants deny ¶ 270.

271.    DCS Defendants deny ¶ 271.

272.    DCS Defendants deny ¶ 272.

273.    The allegations in ¶ 273 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

274.    The allegations in ¶ 274 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

275.    DCS Defendants deny ¶ 275.

276.    DCS Defendants deny ¶ 276.

277.    DCS Defendants deny ¶ 277.

278.    DCS Defendants deny ¶ 278.

279.    DCS Defendants deny ¶ 279.

280.    DCS Defendants deny ¶ 280.

281.    DCS Defendants deny ¶ 281.

## CLAIM SEVEN

**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, Breeding, and Hoff are liable for violating Jessica's Due Process under the Fourteenth Amendment to the U.S. Constitution to make medical decisions for H.P.)**

282.    DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 282 and therefore deny same.

283.    The allegations in ¶ 283 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

284.    The allegations in ¶ 284 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

285.    The allegations in ¶ 285 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

286.    The allegations in ¶ 286 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

287.   DCS Defendants deny ¶ 287.

288.   DCS Defendants deny ¶ 288.

289.   DCS Defendants deny ¶ 289.

## CLAIM EIGHT

**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, Breeding, and Hoff are liable for violating Jessica's Due Process Right under the Fourteenth Amendment to the U.S. Constitution to be with H.P. during medical treatment.)**

290.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 290 and therefore deny same.

291.   The allegations in ¶ 291 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

292.   DCS Defendants deny ¶ 292.

293.   DCS Defendants deny ¶ 293.

294.   DCS Defendants deny ¶ 294.

## CLAIM NINE

**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, and Breeding are liable for violating Jessica's Due Process Right under the Fourteenth Amendment to the U.S. Constitution to make educational decisions for H.P.)**

295.   DCS Defendants are without information or knowledge sufficient to form a belief as to the truth of the allegations in ¶ 295 and therefore deny same.

296.   The allegations in ¶ 296 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

297.   The allegations in ¶ 297 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

298.   The allegations in ¶ 298 are legal conclusions. Therefore, no response is necessary. To the extent that the allegations are intended to allege any liability or wrongdoing on the part of DCS Defendants, DCS Defendants deny the allegations.

299.   DCS Defendants deny ¶ 299.

300.   DCS Defendants deny ¶ 300.

301.   DCS Defendants deny ¶ 301.

<strong><u>GENERAL DENIAL</u></strong>

DCS Defendants deny each and every allegation of the Complaint that is not specifically admitted herein.

<strong><u>AFFIRMATIVE DEFENSES</u></strong>

For its separate and additional affirmative defenses, DCS Defendants, without conceding that it bears the burden of proof or persuasion as to any of them, allege as follows: As for its Affirmative Defenses, the DCS Defendants assert the following:

1.   Plaintiff's claims are barred by principles of absolute immunity.

2.   Plaintiff's claims are barred by principles of qualified immunity.

3.   Plaintiff's claims are barred by the immunities otherwise provided by A.R.S. §§ 12-820.01, -820.02, -820.04,-820.05, and 12-821.01.

4.   Plaintiff fails to state claims upon which relief can be granted.

5.   Plaintiff fails, as a matter of law, to allege sufficient affirmative and individual involvement of each of the DCS Defendants.

6.   At all times pertinent to this action, DCS Defendants acted in good faith and in the belief that their actions were in accordance with the Constitution and law of the United State of America.

7.   Plaintiff's claims are subject to principles of party and non-party comparative fault pursuant to A.R.S. §§ 12-2505 through -2506.

8.   Plaintiff's claims are barred by the lack of duty.

9.   Plaintiff's claims are barred by the lack of actual and proximate cause.

10. The doctrine of *Respondeat Superior* liability does not apply in a civil rights action.

11. Plaintiff fails to state a claim for supervisory liability.

12. If Plaintiff suffered damages, which DCS Defendants dispute, such damages resulted from the actions of others or from Plaintiff's own conduct, for which DCS Defendants are not responsible.

13. Plaintiff is barred from any recovery in this action and estopped from seeking the requested relief and recovery by her own acts, omissions, and course of conduct based on issue and/or claim preclusion.

14. Plaintiff fails to state a claim for actual, compensatory, special, or punitive damages, or prejudgment interest.

15. Plaintiff has failed to mitigate damages, if any.

16. Plaintiff waived any and all rights she had against DCS Defendants by her own acts, omission, and course of conduct.

17. The State of Arizona is entitled to immunity under the Eleventh Amendment and Plaintiff may not sue the State of Arizona here.

18. Plaintiff failed to allege the violation of any cognizable right due to her conclusory allegations which fail to meet Rule 8 and Rule 9(b) pleading standards under the law of the Ninth Circuit. To the extent that Plaintiff attempts to allege judicial deception, she failed under Rule 9(b) and the applicable pleading standards.

19. Policy or statutory violations do not give rise to a claim under 42 U.S.C. § 1983. Plaintiff must show a violation of a clearly established constitutional right by an individual actor. 42 U.S.C. § 1983.

20. Discovery may reveal additional supplemental answers to the Complaint that would support additional affirmative defenses available to, but currently unknown by the DCS Defendants, which may include defenses set forth in Fed. R. Civ. P. 8 and 12. DCS Defendants hereby reserve the right to amend the Answer and assert additional

defenses and any other matter constituting an avoidance or affirmative defense upon discovery of the same.

## DEMAND FOR JURY TRIAL

The DCS Defendants hereby demands a jury trial on all triable issues herein.

WHEREFORE; the DCS Defendants, having fully answered Plaintiff's Complaint, demand judgment as follows:

1.    That Plaintiff's Complaint against DCS Defendants be dismissed with prejudice and that Plaintiff take nothing thereon;

2.    That DCS Defendants be awarded its costs pursuant to A.R.S. § 12-341, and as otherwise provided by law;

3.    For interest on all amounts awarded at the highest legal rate from the date of judgment until paid in full; and

For such other and further relief that this Court deems just and proper.

RESPECTFULLY SUBMITTED  this 11th day of June, 2024.

KRISTIN K. MAYES
ATTORNEY GENERAL

/s/ *Julie  M. Rhodes*
Julie M. Rhodes
Deborah Garner
Assistant Attorneys General
*Attorneys for DCS Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 11th day of June, 2024:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiff*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona  85020
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
One North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Attorneys for Defendant Thal*


/s/*samantha linley*
LMS20-0389/G202020721-1/#12097839