1  Jeffrey S. Hunter, Esq.
   Arizona Bar No. 024426
2  jhunter@wwhgd.com
   docketing-PHX@wwhgd.com
3  WEINBERG, WHEELER, HUDGINS,
     GUNN & DIAL, LLC
4  1 North Central Avenue, Suite 900
   Phoenix, Arizona 85004
5  Telephone: (602) 256-3015
   Facsimile:  (602) 307-5853
6  *Counsel for Defendant James Thal*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION** |
| State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5, | |
| Defendants. | |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30(b)(1), Fed R. Civ. P., the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify this person or the particular class or group to which this person belongs is given below.

| | |
|---|---|
| PERSON TO APPEAR: | **Jessica Ploof** |
| DATE AND TIME OF APPEARANCE: | **August 21, 2024 @ 9:30 a.m.** |
| PLACE OF APPEARANCE: | **Gillespie, Shields, & Taylor**<br>**7319 N. 16th Street**<br>**Phoenix, AZ 85020** |
| IDENTITY OF PERSON RECORDING: | **Court Reporter** |

Respectfully submitted this *18th* day of June, 2024.

WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC

By *s/ Jeffrey S. Hunter*
Jeffrey S. Hunter, Esq.
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Counsel for Defendant James Thal*

**CERTIFICATE OF SERVICE**

I hereby certify that on this *18th* day of June, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov

Magna Legal Services
*Court Reporter*

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:

By *s/ meb*