Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
jhunter@wwhgd.com
docketing-PHX@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile:  (602) 307-5853
*Counsel for Defendant James Thal*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **NOTICE OF DEPOSITION** |
| State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5, | |
| Defendants. | |

1    YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30(b)(1), Fed R. Civ. P.,

2   the deposition will be taken upon oral examination of the person whose name is stated

3   below at the time and place stated below before an officer authorized by law to

4   administer oaths. If the name is not known, a general description sufficient to identify

5   this person or the particular class or group to which this person belongs is given below.

6   PERSON TO APPEAR:                    **Brendi Ploof**

7   DATE AND TIME OF APPEARANCE:         **August 22, 2024 @ 9:30 a.m.**

8   PLACE OF APPEARANCE:                 **Gillespie, Shields, & Taylor**
                                         **7319 N. 16th Street**
9                                        **Phoenix, AZ 85020**

10

11  IDENTITY OF PERSON RECORDING:        **Court Reporter**

12

13      Respectfully submitted this _18th_ day of June, 2024.

14                                      WEINBERG, WHEELER, HUDGINS,
                                          GUNN & DIAL, LLC
15

16                                      By _s/ Jeffrey S. Hunter_
                                            Jeffrey S. Hunter, Esq.
17                                      1 North Central Avenue, Suite 900
                                        Phoenix, Arizona 85004
18                                      *Counsel for Defendant James Thal*

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this _18th_ day of June, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

_Attorneys for Plaintiff_

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
_Attorneys for State Defendants_
julie.rhodes@azag.gov
deborah.garner@azag.gov

Magna Legal Services
_Court Reporter_

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:

By _s/ meb_____