Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile: (602) 307-5853
*Counsel for Defendant James Thal*

jhunter@wwhgd.com
docketing-PHX@wwhgd.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT JAMES THAL'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5, | |
| Defendants. | |

WEINBERG WHEELER
HUDGINS GUNN & DIAL

1   For his Answer to Plaintiff's First Amended Complaint, Defendant James Thal,

2   ("Defendant") admits, denies and alleges as follows:

3   **JURISDICTION AND VENUE**

4   1.  Admit for jurisdictional purposes only, otherwise denied.

5   2.  Admit for jurisdictional purposes only, otherwise denied.

6   3.  Admit for jurisdictional purposes only, otherwise denied.

7   4.  Admit for jurisdictional purposes only, otherwise denied.

8   5.  Admit for jurisdictional purposes only, otherwise denied.

9   **THE PARTIES**

10  6.  Admit.

11  7.  Admit.

12  8.  Admit.

13  9.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

14  10.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

15  11.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

16  12.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

17  13.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

18  14.  Denied.

19  15.  Denied.

20  16.  Denied.

21  **FACTUAL ALLEGATIONS**

22  **I.  BACKGROUND**

23  17. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

24  18.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

25  19.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

26

27

28

20.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

21.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

22.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

23.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

24.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

25.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

26.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

27.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

28. Admit.

29. Admit.

30.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

31.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

32.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

33.   Admit.

34.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

35.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

36.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

37.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

38.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

39.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

40.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

41.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

42.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

43.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

44.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

45.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

46.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

47.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

48.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

49.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

50.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

51.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

52.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

53.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

54.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

55.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

56.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

57.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

58.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

59.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

60.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

61.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

**II.  THE REMOVAL OF H.P.**

62.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

63.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

64.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

65.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

66.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

67.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

68.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

69.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

70.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

71.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

72.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

73.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

74.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

75.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

76.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

77.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

78.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

79.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

80.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

81.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

82.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

83.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

84.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

85.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

86.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

87.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

88.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

89.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

90.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

91.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

92.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

93.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

94.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

95.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

96.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

97.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

98.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

99.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

100.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

101.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

102.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

103.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

104.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

105.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

106.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

107.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

108.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

109.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

110.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

111.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

112.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

113.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

114.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

115.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

116.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

117.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

118.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

119.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

120.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

121.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

122.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

123.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

124.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

125.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

126.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

127.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

## III.  AGENTS OF DCS CONTINUE TO VIOLATE THE LAW.

128.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

129.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

130.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

131.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

132.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

133.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

134.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

135.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

136.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

137.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

138.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

139.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

140.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

141.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

142.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

143.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

144.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

145.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

146.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

147.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

148.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

149.   This Defendant has no knowledge thereof and accordingly demands strict proof

thereof, otherwise denied.

150. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

151. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

152. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

153. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

154. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

155. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

156. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

157. Admit.

158. Admit.

159. Admit.

160. Admit.

161. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

162. Denied as phrased.

163. Denied as phrased.

164. Admit.

165. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

166. Denied.

167. Denied.

168. Admit.

169. Denied as phrased.

170. Denied as phrased.

171. Admit.

172. Denied as phrased.

173.  Denied.

174.  Admit.

175.  Denied as phrased.

176.  Denied as phrased.

177.  Denied as phrased.

178.  Denied as phrased.

179.  Denied as phrased.

180. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

181. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

182.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

183.  Admit.

184. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

185.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

186.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

187.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

188.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

189.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

190.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

191.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

192.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

193.  This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

194.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

195.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

196.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

197.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

198.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

199.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

200.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

201.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

202.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

203.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

204.  Denied as phrased.

205. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

206.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

207.  Denied as phrased.

208.  Denied as phrased.

209.  Denied as phrased.

210.  Denied.

211.  Denied.

212.  Denied.

213.  Denied.

214.  Denied.

215.  Denied.

WEINBERG WHEELER
HUDGINS GUNN & DIAL

216. Denied as phrased.

217. Denied.

218. Denied.

219. Denied.

220. Denied.

221. Denied.

222. Denied.

223. Denied.

224. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

225. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

226. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

227. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

228. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

229. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

230. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

231. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

232. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

233. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

234. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

235. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

236. This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

237. This Defendant has no knowledge thereof and accordingly demands strict proof

thereof, otherwise denied.

238.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

239.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

240.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

241.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

242.   This Defendant has no knowledge thereof and accordingly demands strict proof thereof, otherwise denied.

## CLAIMS

### CLAIM FOUR
**(Under 42 U.S.C. § 1983, Defendant Szymkowski is liable for violating Jessica's right to Due Process under the Fourth and Fourteenth Amendments for making misrepresentations and/or omissions to the court which were deliberate falsehoods and/or which demonstrated a reckless disregard for the truth.)**

243.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

244.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

245.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

246.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

247.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

248.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

249.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

250.   These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are

denied.

251.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

## CLAIM FIVE
**(Under 42 U.S.C. § 1983, Szymkowski, Hoff, and Thal are liable for conspiring to violate Jessica's right to Due Process under the Fourth and Fourteenth Amendments to be free from misrepresentations and/or omissions to the court which were deliberate falsehoods and/or which demonstrated a reckless disregard for the truth.)**

252. Answer to the prior allegations are hereby incorporated by reference as if fully stated herein.

253.  Denied.

254.  Denied.

255.  Denied.

256.  Denied.

257.  Denied.

258.  Denied.

## CLAIM SIX
**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, Breeding, and Hoff are liable for violating Jessica's right to Due Process under the Fourth and Fourteenth Amendments for failing to make reasonable efforts to preserve the family relationship.)**

259. These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

260.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

261.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

262.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

263.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

264.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are

WEINBERG WHEELER
HUDGINS GUNN & DIAL

denied.

265.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

266.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

267.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

268. These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

269.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

270.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

271.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

272.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

273.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

274.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

275.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

276.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

277.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

278.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are

WEINBERG WHEELER
HUDGINS GUNN & DIAL

denied.

279.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

### CLAIM SEVEN
**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, Breeding, and Hoff are liable for violating Jessica's Due Process under the Fourteenth Amendment to the U.S. Constitution to make medical decisions for H.P.)**

280. These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

281.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

282.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

283.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

284.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

285.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

286.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

287.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

### CLAIM EIGHT
**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, Breeding, and Hoff are liable for violating Jessica's Due Process Right under the Fourteenth Amendment to the U.S. Constitution to be with H.P. during medical treatment.)**

288. These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

289.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

290.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

291.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

292.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

**CLAIM NINE**
**(Under 42 U.S.C. § 1983, Defendants Tafoya, Greenway, Szymkowski, and Breeding are liable for violating Jessica's Due Process Right under the Fourteenth Amendment to the U.S. Constitution to make educational decisions for H.P.)**

293.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are denied.

294.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are Denied.

295.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are Denied.

296.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are Denied.

297.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are Denied.

298.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are Denied.

299.  These allegations do not pertain to this Defendant and therefore no answer is required, but to the extent these allegations are construed to pertain to this Defendant, they are Denied.

## <u>JURY DEMAND</u>

Defendant requests a jury trial as to all triable issues.

## <u>AFFIRMATIVE DEFENSES</u>

In further responding to Plaintiff's Complaint, Defendant sets forth the following affirmative defenses:

1. Plaintiff's Complaint, and each count thereof, fails to state a claim upon which relief can be granted.

2. Plaintiff's claims may be barred by the applicable statute(s) of limitations.

3. Plaintiff's claims are limited and/or barred by the doctrines of comparative fault and/or contributory negligence and/or assumption of risk.

4. Plaintiff's alleged injuries and/or damages may have been caused or contributed to be caused by the negligence and/or fault of others over whom Defendant had no control, including, but not limited to, non-parties to this action, and such negligence and/or fault reduces and/or bars Plaintiff's alleged rights to recover against Defendant.

5. Plaintiff may have failed to mitigate her alleged damages.

6. Plaintiff's alleged injuries and/or the damages may have been the result of independent, superseding, and/or intervening causes.

7. Plaintiff's claims may be limited due to collateral source benefits or payments.

8. Plaintiff's alleged injuries and/or damages, if any, may have been caused, in whole.

9. Plaintiff's alleged injuries and/or damages, if any, may have been caused, in whole or in part, as the result of an unavoidable accident or a sudden emergency, which serves to reduce and/or preclude any liability of Defendant.

10. Plaintiffs may have failed to join all necessary and proper parties.

11. As discovery has not yet been conducted in this case, new or additional affirmative defenses may be discovered during the course of continued discovery.

Defendant reserves the right to amend this Answer to include any additional affirmative defenses and/or matters of avoidance set forth in Ariz.R.Civ.P. 8(c), 9, and/or 12 or other law, if and when, they become applicable during the course of continued discovery.



WEINBERG WHEELER
HUDGINS GUNN & DIAL

1

2       WHEREFORE, having fully answered Plaintiff's First Amended Complaint,

3  Defendant requests this Court enter judgment in Defendant's favor and against Plaintiff,

4  that Plaintiff take nothing thereby, that Defendant be awarded his recoverable attorneys'

5  fees and costs incurred in this action, and for such other and further relief as the Court

6  deems just and proper.

7

8       Respectfully submitted this _21st_ day of June, 2024.

9                                    WEINBERG, WHEELER, HUDGINS,
                                       GUNN & DIAL, LLC
10

11                              By _s/ Jeffrey S. Hunter_
                                       Jeffrey S. Hunter, Esq.
12                                  1 North Central Avenue, Suite 900
                                    Phoenix, Arizona 85004
13                                  *Counsel for Defendant James Thal*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this *21st* day of June, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:

By *s/ meb* _____