Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>        Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**STIPULATION TO EXTEND EXPERT DISCLOSURE DEADLINES**<br><br>(Hon. John J. Tuchi) |

The parties, by and through their respective counsel, hereby request the Court to extend the Rule 16 Scheduling Order (Doc. 45) expert disclosure deadlines in this case for two weeks. The parties make this request in good faith and not for purposes of delay. Due to counsel's respective trial schedules, as well as the request of each party's expert for a short extension, the parties respectfully request the following extensions:

- Initial expert disclosures from 10/18/2024 to 11/01/2024, and
- Rebuttal expert disclosures from 11/26/2024 to 12/10/2024.

All other deadlines to remain as set in the Rule 16 Scheduling Order (Doc. 45).

**RESPECTFULLY SUBMITTED** this 16th day of October 2024.

MILLS & WOODS LAW PLLC

By  */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiff Jessica Ploof*

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By  */s/ Julie M. Rhodes*
Julie M. Rhodes
Deborah Garner
2005 N. Central Ave.
Phoenix, Arizona 85004
*Attorneys for Defendants State of Arizona, Arizona Department of Child Safety, Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay, and Michael Faust*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By  */s/ Jeffrey S. Hunter*
Jeffrey S. Hunter
One North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Attorneys for Defendant James Thal*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*