# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**ORDER EXTENDING EXPERT DISCLOSURE DEADLINES**<br><br>(Hon. John J. Tuchi) |

Before the Court is the parties' Stipulation to Extend Expert Disclosure Deadlines, with good cause appearing,

**IT IS HEREBY ORDERED** extending the initial expert disclosure deadline from 10/10/2024 up to and including 11/01/2024.

**IT IS FURTHER ORDERED** extending the rebuttal expert disclosure deadline from 11/26/2024 up to and including 12/10/2024.

All other deadlines in the Rule 16 Scheduling Order (Doc. 45) shall remain as previously ordered.

**DONE** this _____ day of _____ 2024.

_____
Honorable John J. Tuchi
United States District Judge