# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　Defendants. | No. CV-21-00853-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulation to Extend Expert Disclosure Deadlines (First Request) (Doc. 64). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Expert Disclosure Deadlines (First Request) (Doc. 64) and modifying the deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| Initial expert disclosure | 10/18/2024 | 11/01/2024 |
| Rebuttal expert disclosure | 11/26/2024 | 12/10/2024 |

All other aspects of the Court's March 22, 2024, Rule 16 Scheduling Order (Doc. 45) shall remain in effect.

Dated this 16th day of October, 2024.

Honorable John J. Tuchi
United States District Judge