Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile: (602) 307-5853
*Counsel for Defendant James Thal*

jhunter@wwhgd.com
docketing-PHX@wwhgd.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5,<br><br>　　　　　　Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**STIPULATION TO EXTEND CERTAIN DEADLINES FROM THE COURT'S SCHEDULING ORDERS**<br><br>**(Dkts. 45 & 65)** |

The parties, by and through their respective counsel undersigned, hereby request the Court to extend certain deadlines set forth in the Rule 16 Scheduling Order (Doc. 45) and in the Court's Order extending expert deadlines (Doc. 65) for sixty days. The parties make this request in good faith and not for the purpose of delay. Counsel for the parties had some unusual circumstances occur, such as a death in the family and a prolonged trial. Further, there was a concomitant action in the Maricopa County Superior Court in the State of Arizona between Plaintiff and the State of Arizona (this Court remanded the state law causes of action to the Maricopa County Superior Court on or about December 14, 2021, Doc. No. 29). That action was resolved in Dr. Thal's favor via Summary Judgment with a subsequent affirmance by the court of Appeal; the State law claims against the State of Arizona were recently dismissed. Accordingly, the only claims pending are Plaintiff's U.S. § 1983 claims against these Defendants. As a result, the pending allegations requiring discovery have been delineated and discovery is now ongoing. The depositions of the parties and lay witnesses are scheduled or being scheduled. The deposition of Plaintiff was taken on October 30, 2024. Depositions of State Defendant employees and lay witness are expected to be completed by mid-December. As a result, the parties agree to extend the following deadlines:

- Initial Expert Disclosures from November 1, 2024 to January 20, 2025
- Rebuttal Expert disclosures from December 10, 2024 to February 20, 2025.
- The parties are to complete all pre-trial disclosures required under Fed.R.Civ.P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial on or before May 25, 2025.
- All discovery will be completed by June 25, 2025.
- Good faith settlement discussions shall be held no later than June 25, 2025.
- Dispositive motions, including Daubert motions, will be filed no later than July 30, 2025.

For the reasons set forth above, the parties respectfully request that this Court grant

the Stipulation and extend the deadlines set forth above.

Respectfully Submitted this 1st day of November, 2024.

        WEINBERG, WHEELER, HUDGINS,
          GUNN & DIAL, LLC

        By *s/ Jeffrey S. Hunter*
          Jeffrey S. Hunter, Esq.
          1 North Central Avenue, Suite 900
          Phoenix, Arizona 85004
          *Counsel for Defendant James Thal*

MILLS & WOODS LAW PLLC

By *s/Thomas Connelly w/ permission*
    Thomas A Connelly, Esq.
    Robert T. Mills, Esq.
    Sean A. Woods, Esq.
    5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie, Esq.
Jenny D. Jansch, Esq.
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiff Jessica Ploof*

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By *s/Julie M. Rhodes w/ permission*
    Julie M. Rhodes, Esq.
    Deborah Garner, Esq.
    2005 N. Central Avenue
    Phoenix, Arizona 85004
    *Attorneys for defendants State of Arizona Arizona Department of Child Safety Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay, and Michael Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov


By *s/ Connie Traslavina*