IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | No. CV-21-00853-PHX-JJT<br><br>**ORDER** |

At issue is the Parties' Stipulation to Extend Certain Deadlines from the Court's Scheduling Orders (Second Request) (Doc. 66). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation to Extend Certain Deadlines from the Court's Scheduling Orders (Second Request) (Doc. 66) and extending the deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| Initial Expert Disclosures | 11/01/2024 | 1/20/2025 |
| Rebuttal expert disclosure | 12/10/2024 | 2/20/2025 |
| All discovery must be completed by | 3/28/2025 | 6/25/2025 |
| The parties must complete all pre-trial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before | 2/28/2025 | 5/25/2025 |
| Good faith settlement discussions shall be held no later than | 3/28/2025 | 6/25/2025 |

| Deadline | Current | New |
|---|---|---|
| All dispositive motions, including *Daubert* motions, shall be filed no later than | 5/30/2025 | 7/30/2025 |

All other aspects of the Court's March 22, 2024, Rule 16 Scheduling Order (Doc. 45; Modified at Doc. 65) shall remain in effect.

Dated this 1st day of November, 2024.

_____
Honorable John J. Tuchi
United States District Judge