Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS &TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>   Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF DEFENDANT JAMES THAL**<br><br>(Hon. John J. Tuchi) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oath.

**PERSON TO BE EXAMINED:**   James Thal

**DATE OF EXAMINATION**:   25 February 2025

|   |   |
|---|---|
| **TIME OF EXAMINATION**: | 10:00 a.m. |
| **PLACE OF EXAMINATION**: | Gillespie, Shields & Taylor |
|   | 7319 North 16th Street |
|   | Phoenix, Arizona 85020 |
| **COURT REPORTER**: | Carrie Reporting LLC |
| **METHOD OF RECORDING**: | Transcription |

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**DATED** this 11th day of January 2025.

        **MILLS + WOODS LAW PLLC**

        By   */s/ Thomas A. Connelly*
              Thomas A. Connelly
              Robert T. Mills
              Sean A. Woods
              5055 North 12th Street, Suite 101
              Phoenix, AZ 85014

        **GILLESPIE, SHIELDS & TAYLOR**
            DeeAn Gillespie Strub
            Jenny D. Jansch
            7319 North 16th Street
            Phoenix, AZ 85020

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record

With an email copy to:

Carrie Reporting LLC
2415 E. Camelback Rd., Ste. 700
Phoenix, Arizona 85016
carrie@carriereporting.com


        /s/ Thomas A. Connelly