1  JULIE M. RHODES (016313)
   DEBORAH GARNER (026161)
2  Assistant Attorneys General
   2005 North Central Avenue
3  Phoenix, Arizona 85004
   Telephone: (602) 542-7612
4  Fax: (602) 542-7670
   DefensePhx@azag.gov
5  Julie.Rhodes@azag.gov
   Deborah.Garner@azag.gov
6
   *Attorneys for State Defendants*
7
                  **UNITED STATES DISTRICT COURT**
8
                  **IN AND FOR THE DISTRICT OF ARIZONA**
9

| | |
|---|---|
| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety and Jane Doe Breeding, his spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust and James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse; John and Jane Does 1-5; and Black Entities 1-5, | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on December 20, 2024 and January 10, 2025:

1. State Defendants' Fourth Supplemental Disclosure Statement; and
2. State Defendants' Fifth Supplemental Disclosure Statement.

RESPECTFULLY SUBMITTED this 13th day of January, 2025.

Arizona Attorney General's Office

/s/*Julie M. Rhodes*
Julie M. Rhodes
Deborah Garner
Assistant Attorneys General
*Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 13th day of January, 2025:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

and

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

/s/*slf*