Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile: (602) 307-5853
*Counsel for Defendant James Thal*

jhunter@wwhgd.com
docketing-PHX@wwhgd.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **THIRD STIPULATION TO EXTEND CERTAIN DEADLINES FROM THE COURT'S SCHEDULING ORDER** |
| State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5, | **(Dkt. 67)** |
| Defendants. | |

The parties, by and through their respective counsel undersigned, hereby request the Court to extend certain deadlines set forth in the Court's Order extending expert deadlines (Doc. 67) for sixty days. The parties make this request in good faith and not for the purpose of delay. The deposition of Defendant James Thal, Ph.D. has been scheduled for February 25, 2025. All experts will need to review Dr. Thal's deposition testimony prior to finalizing their expert reports. Further, the experts' rebuttal reports will also need to be moved to a date after Dr. Thal's deposition has been completed. As a result, the parties agree to extend the following deadlines:

- Initial Expert disclosures from January 20, 20025 to March 25, 2025.
- Rebuttal Expert disclosures from February 20, 2025 to April 25, 2025.

For the reasons set forth above, the parties respectfully request that this Court grant the Stipulation and extend the deadlines set forth above.

Respectfully Submitted this 20th day of January, 2025.

> WEINBERG, WHEELER, HUDGINS,
>   GUNN & DIAL, LLC
>
> By *s/ Jeffrey S. Hunter*
>   Jeffrey S. Hunter, Esq.
>   1 North Central Avenue, Suite 900
>   Phoenix, Arizona 85004
>   *Counsel for Defendant James Thal*
>
> MILLS & WOODS LAW PLLC
>
> By *s/Thomas A. Connelly, Esq. w/ permission*
>   Thomas A Connelly, Esq.
>   Robert T. Mills, Esq.
>   Sean A. Woods, Esq.
>   5055 North 12th Street, Suite 101
>   Phoenix, Arizona 85014

| | |
|---|---|
| 1 | GILLESPIE, SHIELDS & TAYLOR |
| 2 | DeeAn Gillespie, Esq. |
|   | Jenny D. Jansch, Esq. |
| 3 | 7319 North 16th Street |
|   | Phoenix, Arizona 85020 |
| 4 | *Attorneys for Plaintiff Jessica Ploof* |

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By *s/Julie M. Rhodes, Esq w/ permission*
   Julie M. Rhodes, Esq.
   Deborah Garner, Esq.
   2005 N. Central Avenue
   Phoenix, Arizona 85004
   *Attorneys for Defendants State of Arizona Arizona Department of Child Safety Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay, and Michael Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov


By *s/ Connie Traslavina*