1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **PROPOSED ORDER** |
| State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5, | |
| Defendants. | |

Upon review of the parties Stipulation to Extend Certain Deadlines and good cause appearing thereto,

IT IS HEREBY ORDER granting the parties Stipulation and extend the deadlines as follows:

- Deadline for Initial Expert Disclosures is January 20, 2025

- Deadline for Rebuttal Expert Disclosures is February 20, 2025.

- The deadline to complete all pre-trial disclosures required under Fed.R.Civ.P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial is May 25, 2025.

- All discovery will be completed by June 25, 2025.

- Good faith settlement discussions shall be held no later than June 25, 2025.

- Dispositive motions, including Daubert motions, will be filed no later than July 30, 2025.