IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>   Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>   Defendants. | No. CV-21-00853-PHX-JJT<br><br>**ORDER** |

At issue is the Parties' Stipulation to Extend Certain Deadlines from the Court's Scheduling Order (Third Request) (Doc. 73). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation to Extend Certain Deadlines from the Court's Scheduling Order (Third Request) (Doc. 73) and extending the deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| Initial Expert Disclosures | 1/20/2025 | 3/25/2025 |
| Rebuttal expert disclosure | 2/20/2025 | 4/25/2025 |

All other aspects of the Court's March 22, 2024, Rule 16 Scheduling Order (Doc. 45; Modified at Docs. 65, 67) shall remain in effect.

Dated this 22nd day of January, 2025.

Honorable John J. Tuchi
United States District Judge