1  Jeffrey S. Hunter, Esq.
   Arizona Bar No. 024426
2  jhunter@wwhgd.com
   docketing-PHX@wwhgd.com
3  WEINBERG, WHEELER, HUDGINS,
     GUNN & DIAL, LLC
4  1 North Central Avenue, Suite 900
   Phoenix, Arizona 85004
5  Telephone: (602) 256-3015
   Facsimile:  (602) 307-5853
6  *Counsel for Defendant James Thal*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5,<br><br>　　　　　　　Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**NOTICE OF SERVICE OF DEFENDANT THAL'S SECOND SUPPLEMENTAL DISCLOSURE STATEMENT** |

1  Defendant James Thal, by and through undersigned counsel, hereby gives notice
2  that he served Defendant James Thal's Second Supplemental Disclosure Statement on
3  April 1, 2025.
4  Respectfully submitted this 1st day of April, 2025.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

By *s/ Jeffrey S. Hunter*
Jeffrey S. Hunter, Esq.
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Counsel for Defendant James Thal*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov


By *s/ Connie Traslavina*