Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile: (602) 307-5853
*Counsel for Defendant James Thal*

jhunter@wwhgd.com
docketing-PHX@wwhgd.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>                              Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>                              Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**FOURTH STIPULATION TO EXTEND CERTAIN DEADLINES FROM THE COURT'S SCHEDULING ORDER**<br><br>**(Dkts. 45, 67 & 74)** |

The parties, by and through their respective counsel undersigned, hereby request the Court to extend certain deadlines set forth in the Court's Orders (Docs. 45, 67 & 74). The parties make this request in good faith and not for the purpose of delay. The parties were awaiting Defendant James Thal, Ph.D.'s deposition to be completed. Dr. Thal's deposition testimony was taken on two separate dates, with part one of his deposition testimony taken on April 2, 2025, and part two of his deposition testimony which was taken on May 8, 2025. The parties are now awaiting receipt of part two of Dr. Thal's deposition transcript. All experts will require additional time to review Dr. Thal's deposition testimony in its entirety prior to finalizing their expert reports. Also, expert rebuttal reports will need to be moved. Further, fact discovery, pretrial disclosures, mediation, and dispositive motion deadlines will also need to be moved. As a result, the parties agree to extend the following deadlines:

- Initial Expert disclosures shall be exchanged by June 20, 2025

- Rebuttal Expert disclosures shall be exchanged by July 21, 2025.
- Fact Discovery shall be completed by August 30, 2025.
- Discovery, including depositions of parties, witnesses and experts and all discovery responses and supplemental responses shall be completed by August 30, 2025
- Pretrial Disclosures shall be completed by August 15, 2025.
- Mediation is scheduled for July 1, 2025. State Defendants are not participating in the mediation but instead have forwarded a good faith settlement offer to Plaintiff and are willing to participate in good faith settlement conversations.
- Dispositive Motions including *Daubert* Motions shall be completed by September 29, 2025.

For the reasons set forth above, the parties respectfully request that this Court grant the Stipulation and extend the deadlines set forth above.

Respectfully Submitted this 28th day of May, 2025.

          WEINBERG, WHEELER, HUDGINS,
            GUNN & DIAL, LLC

          By *s/ Jeffrey S. Hunter*
            Jeffrey S. Hunter, Esq.
            1 North Central Avenue, Suite 900
            Phoenix, Arizona 85004
            *Counsel for Defendant James Thal*

          MILLS & WOODS LAW PLLC

          By *s/Thomas A. Connelly, Esq. w permission*
            Thomas A Connelly, Esq.
            Robert T. Mills, Esq.
            Sean A. Woods, Esq.
            5055 North 12th Street, Suite 101
            Phoenix, Arizona 85014

|   |   |
|---|---|
| 1 | GILLESPIE, SHIELDS & TAYLOR |
| 2 | DeeAn Gillespie, Esq. |
|   | Jenny D. Jansch, Esq. |
| 3 | 7319 North 16th Street |
|   | Phoenix, Arizona 85020 |
| 4 | *Attorneys for Plaintiff Jessica Ploof* |
| 5 | OFFICE OF THE ARIZONA ATTORNEY GENERAL |
| 6 |   |
| 7 |   |
| 8 | By *s/Julie M. Rhodes, Esq. w permission* |
|   |     Julie M. Rhodes, Esq. |
| 9 |     Deborah Garner, Esq. |
|   |     2005 N. Central Avenue |
| 10 |     Phoenix, Arizona 85004 |
| 11 |     *Attorneys for Defendants State of Arizona Arizona Department of Child Safety Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay, and Michael Faust* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub, Esq.
Mark Shields, Esq.
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes, Esq.
Deborah Garner, Esq.
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov


By *s/ Connie Traslavina*