# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | No. CV-21-00853-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

At issue is the Parties' Stipulation to Extend Certain Deadlines from the Court's Scheduling Order (Fourth Request) (Doc. 82). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation to Extend Certain Deadlines from the Court's Scheduling Order (Fourth Request) (Doc. 82) and extending the deadlines as follows:

| **Deadline** | **Current** | **New** |
|---|---|---|
| Initial Expert Disclosures | 3/25/2025 | **6/20/2025** |
| The parties shall disclose the identity of all rebuttal expert testimony no later than | 4/25/2025 | **7/21/2025** |
| Fact discovery shall be completed by | 3/28/2025 | **8/30/2025** |
| All discovery must be completed by | 6/25/2025 | **8/30/2025** |
| The parties must complete all pre-trial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before | 5/25/2025 | **8/15/2025** |

| Deadline | Current | New |
|---|---|---|
| Mediation is scheduled for | | **7/1/2025** |
| All dispositive motions, including *Daubert* motions, shall be filed no later than | 7/30/2025 | **9/29/2025** |

All other aspects of the Court's March 22, 2024, Rule 16 Scheduling Order (Doc. 45; Modified at Docs. 65, 67, 74) shall remain in effect.

    Dated this 29th day of May, 2025.

                                 Honorable John J. Tuchi
                                 United States District Judge