Case 2:21-cv-00853-JJT   Document 84   Filed 06/20/25   Page 1 of 2

Kristin K. Mayes
Attorney General

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | Case No: 2:21-cv-00853-JJT<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Hon. John J. Tuchi) |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on June 20, 2025:

　　1.  State Defendants' Ninth Supplemental Disclosure Statement.

　　RESPECTFULLY SUBMITTED this 20th day of June, 2025.

　　　　　　　　　　　　　　　　　　Kristin K. Mayes
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　/s/*Julie M. Rhodes*
　　　　　　　　　　　　　　　　　　Julie M. Rhodes
　　　　　　　　　　　　　　　　　　Deborah Garner
　　　　　　　　　　　　　　　　　　Assistant Attorneys General
　　　　　　　　　　　　　　　　　　*Attorneys for State Defendants*

# CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 20th day of June, 2025:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

and

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

/s/*slf*