```
 1  Kristin K. Mayes
    Attorney General
 2
    JULIE M. RHODES (016313)
 3  DEBORAH GARNER (026161)
    Assistant Attorneys General
 4  2005 North Central Avenue
    Phoenix, Arizona 85004
 5  Telephone: (602) 542-7612
    Fax: (602) 542-7670
 6  DefensePhx@azag.gov
    Julie.Rhodes@azag.gov
 7  Deborah.Garner@azag.gov
 8  Attorneys for State Defendants
```

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| State of Arizona, et al., | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on July 21, 2025:

1. State Defendants' Tenth Supplemental Disclosure Statement.

RESPECTFULLY SUBMITTED this 21st day of July, 2025.

        Kristin K. Mayes
        Attorney General

        /s/*Julie M. Rhodes*
        Julie M. Rhodes
        Deborah Garner
        Assistant Attorneys General
        *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 21st day of July, 2025:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

and

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

/s/slf