Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JESSICA PLOOF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ARIZONA, et al<br><br>Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**NOTICE OF SERVICE** |

Plaintiff Jessica Ploof, by and through undersigned counsel, hereby gives notice that Plaintiff has, on this date, served Plaintiff's Ninth Supplemental Rule 26(a) Disclosure Statement on all counsel via email.

///

///

**RESPECTFULLY SUBMITTED** this 22nd day of July, 2025.

       **MILLS + WOODS LAW PLLC**

       Thomas A. Connelly
       Robert T. Mills
       Sean A. Woods
       5055 North 12th Street, Suite 101
       Phoenix, AZ 85014

       **GILLESPIE, SHIELDS, & TAYLOR**

       By */s/ Jenny D. Jansch*

       DeeAn Gillespie Strub
       Jenny D. Jansch
       7319 North 16th Street
       Phoenix, AZ 85020

       *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Julie M. Rhodes
Deborah Garner
2005 N. Central Avenue
Phoenix, AZ 85004
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov
*Attorneys for State Defendants*

Jeff S. Hunter
Weinberg, Wheeler, Hudgins, Gunn & Dial
One N. Central Avenue, Ste 900
Phoenix, AZ 85004
jhunter@wwhgd.com
*Attorney for Defendant Thal*

*/s/ Jenny D. Jansch*

2