Kristin K. Mayes
Attorney General

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| State of Arizona, et al., | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on August 19, 2025:

1. State Defendants' Eleventh Supplemental Disclosure Statement.
2. State Defendants' Third Amended Response to Plaintiff's First Set of Request for Production of Documents.

RESPECTFULLY SUBMITTED this 25th day of August, 2025.

                          Kristin K. Mayes
                          Attorney General

                          /s/*Julie M. Rhodes*
                          Julie M. Rhodes
                          Deborah Garner
                          Assistant Attorneys General
                          *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 25th day of August, 2025:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiff*

and

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Plaintiff*

Jeffrey S. Hunter, Esq
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC.
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

*/s/slf*