| | |
|---|---|
| 1 | Jeffrey S. Hunter, Esq. |
| 2 | Arizona Bar No. 024426 |
|   | WEINBERG, WHEELER, HUDGINS, |
| 3 |   GUNN & DIAL, LLC |
|   | 1 North Central Avenue, Suite 900 |
| 4 | Phoenix, Arizona 85004 |
|   | Telephone: (602) 256-3015 |
| 5 | Facsimile: (602) 307-5853 |
|   | *Counsel for Defendant James Thal* |
| 6 | jhunter@wwhgd.com |
|   | docketing-PHX@wwhgd.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINES FROM THE COURT'S SCHEDULING ORDERS** |
| State of Arizona, et al., | |
| Defendants. | **(Dkts. 45, 67, 74, and 83)** |

Comes now the Parties, by and through their undersigned counsel, and hereby stipulate to extend certain scheduling deadlines as agreed and reflected below and as grounds therefore state:

The Parties have been cooperating and working together to complete necessary discovery in this matter. Unfortunately, there has been a delay in completion of discovery secondary to a number of medical issues concerning various witnesses and counsel for Dr. Thal resulting in cancellation and the need to reschedule depositions. The Parties have met in good faith and believe that all essential depositions, whether lay or expert, that the Parties wish to take have in fact been scheduled and/or have agreed to complete the depositions no later than November 30, 2025. In light of the limited amount of discovery to be completed, the Parties do not believe and avow to the Court that they will not seek any further extension of deadlines absent exigent circumstances. Further, the Parties have

disclosed their experts and expert reports.

The Parties further stipulate that they have had good faith discussions regarding resolution of this matter and no Party has been able to enter into a resolution of the case or specific causes of action.

Wherefore, in order to allow completion of the remaining critical witness depositions, the parties request the Court to extend the deadlines as follows:

1. The Parties shall disclose the identity of all rebuttal expert testimony no later than October 30, 2025;

2. Fact discovery shall be completed by October 30, 2025;

3. All discovery shall be completed by November 30, 2025;

4. All expert depositions shall be completed by November 30, 2025;

5. The Parties must complete all pretrial disclosures required under Fed. R. Civ. P. 26 (a)(3) of all exhibits to be used and all witnesses be called at trial on or before November 15, 2025;

6. All dispositive motions, including Daubert motions, should be filed no later than December 5, 2025.

Respectfully Submitted this *26th* day of September, 2025.

        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

        By *s/ Jeffrey S. Hunter*
           Jeffrey S. Hunter, Esq.
           *Counsel for Defendant James Thal*

        MILLS & WOODS LAW PLLC

        By *s/ Thomas A. Connelly*
           Thomas A. Connelly, Esq.
           Robert T. Mills, Esq.
           Sean A. Woods, Esq.

GILLESPIE, SHIELDS & TAYLOR
    DeeAn Gillespie, Esq.
    Jenny D. Jansch, Esq.
*Counsel for Plaintiff Jessica Ploof*

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By *s/ Julie M. Rhodes*
    Julie M. Rhodes, Esq.
    Deborah Garner, Esq.
*Counsel for Defendants State of Arizona Arizona Department of Child Safety Meagan Tafoya, Sarah Greenway, Paige Szymkowski, Claudia Hoff, Nick Breeding, Gregory McKay, and Michael Faust*

**CERTIFICATE OF SERVICE**

I hereby certify that on this *26th* day of September, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

-and -

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Counsel for Plaintiff*

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Counsel for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov


By *s/ meb*