IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **ORDER EXTENDING DEADLINES** |
| State of Arizona, et al. | |
| Defendants. | |

Pursuant to the Stipulation of the Parties, and good cause appearing,

IT IS ORDERED, the current deadlines are extended as follows:

1. The Parties shall disclose the identity of all rebuttal expert testimony no later than October 30, 2025;

2. Fact discovery shall be completed by October 30, 2025;

3. All discovery shall be completed by November 30, 2025;

4. All expert depositions shall be completed by November 30, 2025;

5. The Parties must complete all pretrial disclosures required under Fed. R. Civ. P. 26 (a)(3) of all exhibits to be used and all witnesses be called at trial on or before November 15, 2025; and

6. All dispositive motions, including Daubert motions, should be filed no later than December 5, 2025.

Dated this _____ day of September, 2025.

_____
Honorable John J. Tuchi
United States District Judge