# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　Defendants. | No. CV-21-00853-PHX-JJT<br><br>**ORDER** |

At issue is the Parties' Stipulation to Extend Deadlines from the Court's Scheduling Orders (Fifth Request) (Doc. 92). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the Parties' Stipulation to Extend Deadlines from the Court's Scheduling Orders (Fifth Request) (Doc. 92) and extending the deadlines as follows:

| Deadline | Current | New |
|---|---|---|
| The parties shall disclose the identity of all rebuttal expert testimony no later than | 7/21/2025 | **10/30/25** |
| Fact discovery shall be completed by | 8/30/2025 | **10/30/25** |
| All discovery must be completed by | 8/30/2025 | **11/30/25** |
| All expert depositions | | **11/30/25** |
| The parties must complete all pre-trial disclosures required under Fed. R. Civ. P. 26(a)(3), of all exhibits to be used and all witnesses to be called at trial, on or before | 8/15/2025 | **11/15/25** |

| Deadline | Current | New |
|---|---|---|
| All dispositive motions, including *Daubert* motions, shall be filed no later than | 9/29/2025 | **12/5/25** |

All other aspects of the Court's March 22, 2024, Rule 16 Scheduling Order (Doc. 45; Modified at Docs. 65, 67, 74, 83) shall remain in effect.

Dated this 1st day of October, 2025.

Honorable John J. Tuchi
United States District Judge