Kristin K. Mayes
Attorney General

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>　　　　　Plaintiff,<br><br>   vs.<br><br>State of Arizona, et al.,<br><br>　　　　　Defendants. | Case No: 2:21-cv-00853-JJT<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Hon. John J. Tuchi) |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on October 14, 2025:

1. State Defendants' Twelfth Supplemental Disclosure Statement.
2. State Defendants' Fourth Amended Response to Plaintiff's First Request for the Production of Documents.

RESPECTFULLY SUBMITTED this 14th day of October, 2025.

　　　　　　　　　　　　　　　　　　Kristin K. Mayes
　　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　　　　　　/s/Julie M. Rhodes
　　　　　　　　　　　　　　　　　　Julie M. Rhodes
　　　　　　　　　　　　　　　　　　Deborah Garner
　　　　　　　　　　　　　　　　　　Assistant Attorneys General
　　　　　　　　　　　　　　　　　　*Attorneys for State Defendants*