Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
jhunter@wwhgd.com
docketing-PHX@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile:  (602) 307-5853
*Counsel for Defendant James Thal*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5,<br><br>Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**NOTICE OF DEPOSITION DUCES TECUM** |

1  YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30(b)(1), Fed R. Civ. P., the deposition will be taken upon oral examination of the person whose name is stated below at the time and place stated below before an officer authorized by law to administer oaths. If the name is not known, a general description sufficient to identify this person or the particular class or group to which this person belongs is given below.

| | |
|---|---|
| PERSON TO APPEAR: | **Andrew Clark, M.D.*** |
| DATE AND TIME OF APPEARANCE: | **November 5, 2025 @ 2:00 p.m.** |
| PLACE OF APPEARANCE: | **Gillespie, Shields, & Taylor**<br>**7319 N. 16th Street**<br>**Phoenix, AZ 85020** |
| IDENTITY OF PERSON RECORDING: | **Court Reporter** |

**\* Please produce the documents listed in Exhibit A below on/or before the day of the deposition.**

Respectfully submitted this *23rd* day of October, 2025.

                                                      WEINBERG, WHEELER, HUDGINS,
                                                        GUNN & DIAL, LLC

                                                   By *s/ Jeffrey S. Hunter*
                                                       Jeffrey S. Hunter, Esq.
                                                    1 North Central Avenue, Suite 900
                                                    Phoenix, Arizona 85004
                                                    *Counsel for Defendant James Thal*

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>23rd</u> day of October, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Julie Rhodes
Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
julie.rhodes@azag.gov
deborah.garner@azag.gov

Magna Legal Services
*Court Reporter*

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:


By *s/ meb*

**EXHIBIT "A"**

1. Any and all correspondence from or to Plaintiff's counsel or any other person, firm, or corporation concerning the subject litigation and/or Defendant(s).

2. Any and all notes, records, documents, or other memoranda in your possession, custody, or control concerning the subject litigation and/or Plaintiff(s).

3. Any and all notes, records, or other memoranda reflecting telephone conversations with any person, firm, or corporation concerning the subject matter of this litigation.

4. Any and all records, documents, or other memoranda reflecting your opinions and conclusions in this cause.

5. Any and all depositions reviewed by you which form the basis in whole or in part of your opinions and conclusions.

6. Any and all time records or billings reflecting the work performed by you concerning the subject litigation.

7. Any and all records, documents, or other memoranda which indicate facts known, mental impressions, and opinions acquired or developed by you in anticipation of your opinions, and conclusions in this cause or in anticipation of litigation.

8. All tangible reports, physical models, compilations of data, or other material prepared by you or for you in anticipation of your trial and/or deposition testimony or materials prepared by an expert used for consultation which form a basis either in whole or in part of the opinions and conclusions rendered or to be rendered by you.

9. All tangible reports, physical models, compilations of data, or other material relied on by you in forming your mental impressions and/or opinions and/or conclusions.

10. Any calculations prepared by you concerning your opinions and conclusions or upon which your opinions and conclusions have or will be based.

11. Any books, articles, or other writings and/or publications relied upon by you in reaching your opinions and conclusions.

12. Any and all trial exhibits upon which you intend to rely or use as demonstrative evidence.

13. Any reports upon which you have relied in obtaining information which was relevant to your opinions and conclusions in this case.

14. Any and all history or information provided to you or developed by you with regard to the incident in question.

15. Your curriculum vitae.

16. Copies of any depositions reflecting similar cases in which you have been involved and/or given testimony.

17. Any medical records and/or medical charts pertaining to Plaintiff(s).

18. Any records kept by you evidencing:

a) The number of depositions you have given in the past two years;
b) Copies of depositions you have given in the past two years;
c) The number of times you have testified in court in the past two years;
d) The number and/or names of legal cases in which you have been consulted or retained during the past two years; and
e) Your income for the past two years generated from consulting on legal cases.
f) Documents evidencing cases in which you have conferred with and/or been retained by any law firm that has represented any Defendant in this case.

19. Any and all records, documents, or other writings evidencing your employment by Defendant's attorneys in any other personal injury litigation matter.

20. Any and all checklists and/or information provided to you by Defendant's counsel relative to this cause.

21. A copy of the contract executed by you and any other party to this action regarding your employment and/or testimony in this cause.

22. Your entire file on the subject litigation.

23. Any and all codes, rules, regulations, guidelines