1 | Kristin K. Mayes
Attorney General

JULIE M. RHODES (016313)
DEBORAH GARNER (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-7612
Fax: (602) 542-7670
DefensePhx@azag.gov
Julie.Rhodes@azag.gov
Deborah.Garner@azag.gov

*Attorneys for State Defendants*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| Jessica Ploof, | Case No: 2:21-cv-00853-JJT |
|---|---|
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | |
| State of Arizona, et al., | (Assigned to the Hon. John J. Tuchi) |
| Defendants. | |

**NOTICE IS HEREBY** given that the following documents were served upon the parties on October 27, 2025:

1. State Defendants' Fifteenth Supplemental Disclosure Statement.
2. State Defendants' Seventh Amended Response to Plaintiff's First Request for the Production of Documents.

RESPECTFULLY SUBMITTED this 28th day of October, 2025.

    Kristin K. Mayes
    Attorney General

    /s/Julie M. Rhodes
    Julie M. Rhodes
    Deborah Garner
    Assistant Attorneys General
    *Attorneys for State Defendants*