1  KRISTIN K. MAYES
   Attorney General
2
3  Julie M. Rhodes (016313)
   Deborah Garner (026161)
   Assistant Attorneys General
4  2005 North Central Avenue
   Phoenix, Arizona 85004-1592
5  Phone: (602) 542-7612
   Fax: (602) 542-3393
6  DefensePhx@azag.gov
   Julie.Rhodes@azag.gov
7  Deborah.Garner@azag.gov
   *Attorneys for DCS Defendants*
8

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF ARIZONA

| Jessica Ploof | Case No: 2:21-cv-00853-JJT |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF NOTIFICATION** |
| State of Arizona, et al., | |
| Defendants. | (Hon. John J. Tuchi) |

Defendants Department of Child Safety (DCS) Defendants Tafoya, Greenway, Szymkowski, Hoff, and Breeding (DCS Defendants), through undersigned counsel, pursuant to LRCiv 83.3(b), gives notice that Assistant Attorney General Julie M. Rhodes withdraws as counsel of record for DCS Defendants. Assistant Attorney General Deborah Garner will remain as counsel of record. Ms. Rhodes also requests to be removed from the electronic filing notification list in this matter. A proposed order to remove Ms. Rhodes from ECF notifications has been filed with this pleading.

//

//

//

RESPECTFULLY SUBMITTED this 20th day of November, 2025.

Kristin K. Mayes
Attorney General

/s/Julie M. Rhodes
Julie M. Rhodes
Deborah Garner
Assistant Attorneys General
*Attorneys for DCS Defendants*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, this 20th day of November, 2025:

| | |
|---|---|
| Thomas A. Connelly, Esq. | DeeAn Gillespie Strub, Esq. |
| Robert T. Mills, Esq. | Jenny D. Jansch, Esq. |
| Sean A. Woods, Esq. | GILLESPIE, SHIELDS & TAYLOR |
| MILLS + WOODS LAW, PLLC | dgillespie@gillaw.com |
| tconnelly@millsandwoods.com | jjansch@gillaw.com |
| rmills@millsandwoods.com | *Attorneys for Ploof* |
| swoods@millsandwoods.com | |
| *Attorneys for Ploof* | |

Jeffrey S. Hunter, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

/s/slf
LMS20-0389