1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                     **IN AND FOR THE DISTRICT OF ARIZONA**

8   Jessica Ploof                          Case No: 2:21-cv-00853-JJT

9                    Plaintiff,

10  v.                                      **ORDER FOR REMOVAL FROM ECF
                                            NOTIFICATION**
11  State of Arizona, et al.,
                                                 (Hon. John J. Tuchi)
12                   Defendants.

13
        The Court having considered the Notice of Withdrawal of Counsel and Request for
14
    Removal from the ECF Notification (Notice) and good cause appearing,
15
        **IT IS HEREBY ORDERED** that Julie M. Rhodes shall be removed from
16
    receiving electronic Notice of Filing/CM/ECF notifications in this matter.
17

18

19

20

21

22

23

24

25

26

27

28

1