Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub  (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>(Assigned to Hon. John J. Tuchi) |

  The parties, by and through their respective undersigned counsel, hereby request to extend the deadline for dispositive motions, including *Daubert* motions, from December 5, 2025 to January 23, 2026 (Doc. 93). The parties make this request in good faith and not for the purpose of delay.

  The deposition of Plaintiff's Expert Dr. Andrew Clark was taken on November 5, 2025. The deposition of State Defendants' witnesses Kylah Ross-Mount and Melissa Compain were taken on November 18, 2025. The Parties are awaiting the deposition

1  transcripts for use in briefing their dispositive motions.  With the holidays, the parties will
2  need additional time.
3     For the reasons set forth above, the parties respectfully request that this Court grant
4  the Stipulation and extend the dispositive motion deadline to January 23, 2026.

**RESPECTFULLY SUBMITTED** this 1st day of December 2025.

MILLS & WOODS LAW, PLLC

    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, Arizona  85014

GILLESPIE, SHIELDS & TAYLOR

By  /s/ Jenny D. Jansch
    DeeAn Gillespie
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, Arizona 85020
    *Attorneys for Plaintiff*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By /s/ Jeffrey S. Hunter
    Jeffrey S. Hunter, Esq.
    1 North Central Avenue, Suite 900
    Phoenix, Arizona 85004
    *Counsel for Defendant James Thal*

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By /s/ Deborah Garner
    Deborah Garner, Esq.
    2005 N. Central Avenue
    Phoenix, Arizona 85004
    *Attorneys for State of Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Jenny D. Jansch