# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>State of Arizona, et *al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**ORDER**<br><br>(Assigned to Hon. John J. Tuchi) |

Before the Court is the parties' Stipulation to Extend All Dispositive Motions deadlines, including the deadline for *Daubert* motions (Doc. 93), with good cause appearing,

**IT IS HEREBY ORDERED** the deadline for all dispositive motions, including *Daubert* motions shall be filed no later than January 23, 2026.

All other deadlines in the Order (Doc. 93) and shall remain as previously ordered.

Dated this __ day of December 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge