IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>   Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>   Defendants. | No. CV-21-00853-PHX-JJT<br><br>**ORDER** |

  At issue is the parties' Stipulation to Extend Dispositive Motion Deadline (Sixth Request) (Doc. 101). Upon review and good cause appearing,

  **IT IS HEREBY ORDERED** granting the Parties' Stipulation to Extend Dispositive Motion Deadline (Sixth Request) (Doc. 101).

  **IT IS FURTHER ORDERED** the deadline for all dispositive motions, including *Daubert* motions, shall be filed no later than **January 23, 2026**.

  All other aspects of the Court's March 22, 2024, Rule 16 Scheduling Order (Doc. 45; Modified at Docs. 65, 67, 74, 83, 93) shall remain in effect.

  Dated this 3rd day of December, 2025.

                Honorable John J. Tuchi
                United States District Judge