Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS ONLY**<br><br>(Hon. John J. Tuchi) |

The Parties, by and through their counsel undersigned, and pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., hereby stipulate to the voluntary dismissal with prejudice of Claims: **Seven** (Medical Decisions), **Eight** (Medical Treatment) and **Nine** (Educational Decisions) only. The parties shall incur their own attorneys' fees and costs incurred regarding these claims.

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**DATED** this 15th day of January 2026.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By */s/ Jenny D. Jansch*
    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

    *Attorneys for Plaintiffs*

**OFFICE OF THE ARIZONA ATTORNEY
GENERAL**

By */s/ Deborah Garner*
    Deborah Garner, Esq.
    2005 N. Central Avenue
    Phoenix, Arizona 85004
    *Attorneys for State of Defendants*

**WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC**

By */s/ Jeffrey S. Hunter*
    Jeffrey S. Hunter, Esq.
    1 North Central Avenue, Suite 900
    Phoenix, Arizona 85004
    *Counsel for Defendant James Thal*

MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record

*/s/ Jenny D. Jansch*

MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556