UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br>    Plaintiff,<br>v.<br><br>State of Arizona, *et al.*,<br>    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**ORDER**<br><br>(Hon. John J. Tuchi) |

This matter comes before the Court on the parties' Stipulation of Voluntary Dismissal of Certain Claims only, and good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the stipulation and dismissing with prejudice Claims: **Seven** (Medical Decisions), **Eight** (Medical Treatment) and **Nine** (Educational Decisions) only, the parties to incur their own attorneys' fees and costs.

**DATED** this ___ day of January 2026.

_____
Honorable John J. Tuchi
United States District Court