# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | No. CV-21-00853-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation of Voluntary Dismissal of Certain Claims only (Doc. 103), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 103) and dismissing with prejudice Claims: **Seven** (Medical Decisions), **Eight** (Medical Treatment) and **Nine** (Educational Decisions) only, the parties to bear their own attorneys' fees and costs.

Dated this 15th day of January, 2026.

Honorable John J. Tuchi
United States District Judge