KRIS MAYES
Attorney General

Deborah Garner (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Phone: (602) 542-8050
Fax: (602) 542-3393
DefensePhx@azag.gov
Deborah.Garner@azag.gov
*Attorney for DCS Defendants*

# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof | Case No: 2:21-cv-00853-JJT |
| Plaintiff, | |
| v. | **MOTION TO FILE EXHIBITS UNDER SEAL** |
| State of Arizona, et al., | (Hon. John J. Tuchi) |
| Defendants. | |

Department of Child Safety ("DCS") Defendants Tafoya, Greenway, Szymkowski, Hoff, and Breeding ("DCS Defendants"), through counsel, moves this Court to order that the following exhibits to their Motion for Summary Judgment be filed under seal:

Exhibits Nos. 1-24, 27-37.

The Exhibits contain information that is protected, including the full name of the minor party, full names of non-party minors, addresses, personal phone numbers, medical records, and other sensitive information regarding the minor party and the parties regarding the underlying dependency matter. This Court previously protected this information with its Protective Order (Doc. 46), filed March 22, 2024. Among the state and federal statutes and rules recognizing the confidentiality of these records is A.R.S. § 41-1959(A), which prohibits releasing "files that contain information related to investigations conducted by child protective services." Additionally, "records of . . . dependency proceeding[s] shall not be open to public inspection." A.R.S. § 8-208(F). State laws that protect the confidentiality of records in child-protective cases provide

compelling reasons to grant a motion to seal in a related case brought in federal court. *See T.T. v. Cnty. of San Diego*, 2020 WL 6118781, at *1 (S.D. Cal. Oct. 16, 2020) (allowing juvenile court records to be sealed, which were statutorily protected by state law). Accordingly, these exhibits, which contain sensitive information and are records from the underlying dependency proceedings, should be filed under seal pursuant to L.R.Civ. 5.6.

For the reasons set forth above, DCS Defendants respectfully request this Court order that Exhibits 1-24 and 27-37 to their Motion for Summary Judgment be filed under seal.

DATED this 23rd day of January, 2026.

Kristin K. Mayes
Attorney General

*/s/ Deborah Garner*
Deborah Garner
Assistant Attorney General
*Attorney for DCS Defendants*

ORIGINAL/COPY of the foregoing emailed this 23rd day of January, 2026, to:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Ploof*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Ploof*

Jeffrey S. Hunter, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

/s/ Sarah Wolfe
LMS20-0389

#12114093                          2