UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | Case No: 2:21-cv-00853-JJT<br><br>**ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL**<br><br>(Hon. John J. Tuchi) |

　　　On motion of counsel and good cause appearing.

　　　**IT IS ORDERED** that Exhibits 1-24 and 27-37 to DCS Defendants' Motion for Summary Judgment shall be filed separately from the Motion and SEALED pursuant to L.R.Civ 5.6.

1