Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>              Plaintiff,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>              Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE DISPOSITIVE MOTION**<br><br>(Assigned to Hon. John J. Tuchi) |

       The parties, by and through their respective undersigned counsel, hereby request to extend the deadline for Plaintiff to file her dispositive motions, including *Daubert* motions, from January 23, 2026, until January 28, 2026. The parties make this request in good faith and not for the purpose of delay.

       Plaintiff has most of her motion and supporting papers drafted but counsel had to take care of some emergency business in other matters that was unexpected and has delayed

the process of finalizing the motion and supporting papers. Counsel has a full-day deposition scheduled on Monday, January 26, 2026, and a long-standing medical appointment on Tuesday, January 27, 2026, meaning there will be little time on those days to finalize the motion and supporting papers. Additionally, counsel has been experiencing technical computer and network issues that have hampered and delayed the team's collaborative process in finalizing the motion and supporting papers.

For the reasons set forth above, the parties respectfully request that this Court grant the Stipulation and extend the dispositive motion deadline for Plaintiff to file her dispositive motions to Wednesday, January 28, 2026.

**RESPECTFULLY SUBMITTED** this 23rd day of January 2026.

MILLS & WOODS LAW PLLC

By  */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR

    DeeAn Gillespie
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, Arizona 85020
    *Attorneys for Plaintiff*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By *s/ Jeffrey S. Hunter*
    Jeffrey S. Hunter, Esq.
    1 North Central Avenue, Suite 900
    Phoenix, Arizona 85004
    *Counsel for Defendant James Thal*

2

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

OFFICE OF THE ARIZONA ATTORNEY GENERAL

By *s/ Deborah Garner*
   Deborah Garner, Esq.
   2005 N. Central Avenue
   Phoenix, Arizona 85004
   *Attorneys for State of Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   */s/ Thomas A. Connelly*

3