# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br>    Plaintiff,<br>v.<br>State of Arizona, et *al.*,<br>    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br>**ORDER**<br>(Assigned to Hon. John J. Tuchi) |

Before the Court is the parties' Stipulation to Extend Deadline for Plaintiff to File Dispositive Motions (Doc. 110), with good cause appearing,

**IT IS HEREBY ORDERED** the deadline for Plaintiff to file dispositive motions, including *Daubert* motions, shall be no later than January 28, 2026.

All other deadlines in the Order (Doc. 93) and shall remain as previously ordered.

Dated this _____ day of January 2026.

_____
Honorable John J. Tuchi
United States District Judge