# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | No. CV-21-00853-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

At issue is the parties' Stipulation to Extend Deadline for Plaintiff to File Dispositive Motions (Doc. 110). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Deadline for Plaintiff to File Dispositive Motions (Doc. 110). Plaintiff has until **January 28, 2026**, to file dispositive motions, including *Daubert* motions.

All other deadlines in the Court's March 22, 2024, Rule 16 Scheduling Order (Doc. 45; Modified at Docs. 65, 67, 74, 83, 93, 102) and shall remain as previously ordered.

Dated this 26th day of January, 2026.

Honorable John J. Tuchi
United States District Judge