Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile: (602) 307-5853
*Counsel for Defendant James Thal*

jhunter@wwhgd.com
docketing-PHX@wwhgd.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | Case No.: CV-21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **NOTICE OF FILING EXHIBITS B & M TO DEFENDANT THAL'S STATEMENT OF FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT PURSUANT TO THIS COURT'S ORDER DATED JANUARY 27, 2026** |
| State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5, | **(DOCS. 114 & 116)** |
| Defendants. | |

1  Defendant James Thal, pursuant to this Court's Order (Doc. 116) dated January 27,
2  2026, hereby files Exhibits B and M to his Statement of Facts in Support of Motion for
3  Summary Judgment (Doc. 114) attached herein.
4  Respectfully submitted this 27th day of January, 2026.

WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC

By *s/Jeffrey S. Hunter*
   Jeffrey S. Hunter, Esq.
   1 North Central Avenue, Suite 900
   Phoenix, Arizona 85004
   *Counsel for Defendant James Thal*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
julie.rhodes@azag.gov
deborah.garner@azag.gov
*Attorneys for State Defendants*

By *s/Connie Traslavina*