KRIS MAYES
Attorney General

Deborah Garner (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Phone: (602) 542-8050
Fax: (602) 542-3393
DefensePhx@azag.gov
Deborah.Garner@azag.gov
*Attorneys for DCS Defendants*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Ploof,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | Case No: 2:21-cv-00853-JJT<br><br>**DCS DEFENDANTS' NOTICE OF FILING EXHIBITS 4 AND 6 TO STATE DEFENDANTS' STATEMENT OF FACTS**<br><br>(Hon. John J. Tuchi) |

Department of Child Safety Defendants Tafoya, Greenway, Szymkowski, Hoff, and Breeding, ("State Defendants") pursuant to this Court's Order (Doc. 116) dated January 27, 2026, hereby file Exhibits 4 and 6 to their Statement of Facts in Support of Motion for Summary Judgment (Doc. 107) attached hereto.

DATED this 28th day of January, 2026.

                                            Kristin K. Mayes
                                            Attorney General


                                            */s/ Deborah Garner*
                                            Deborah Garner
                                            Assistant Attorneys General
                                            *Attorneys for DCS Defendants*

ORIGINAL/COPY of the foregoing emailed this 28th day of January, 2026, to:

| | |
|---|---|
| Thomas A. Connelly, Esq.<br>Robert T. Mills, Esq.<br>Sean A. Woods, Esq.<br>MILLS + WOODS LAW, PLLC<br>tconnelly@millsandwoods.com<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>*Attorneys for Ploof* | DeeAn Gillespie Strub, Esq.<br>Jenny D. Jansch, Esq.<br>GILLESPIE, SHIELDS & TAYLOR<br>dgillespie@gillaw.com<br>jjansch@gillaw.com<br>*Attorneys for Ploof* |

Jeffrey S. Hunter, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
jhunter@wwhgd.com
*Attorneys for Defendant Thal*

/s/ *Sarah Wolfe*
LMS20-0389

2

# EXHIBIT 4



# Crystal Report Viewer
Page 1 of 1

**TASC TOXICOLOGY LABORATORY**
4610 N. Black Canyon Hwy – Phoenix, AZ 85017
Phone: (602) 254-7328
CLIA# 03D0936729 / CAP-LAP# 3201701
DIRECTOR: Dr. Gerald Clarkson, Ph.D.

| | | CLIENT ID: | C105-1 |
|---|---|---|---|
| DONOR NAME: | PROOF, JESSICA | DONOR ID: | |
| ACCESSION NUMBER: | | D.O.B.: | |
| COLLECTION DATE: | 12/21/16  12:21 | CALL-IN: | RANDOM |
| RECEIVED DATE: | 12/29/16 | | |
| REPORT DATE: | 12/29/16  08:16 | | |
| REFERRED BY: | JONES, MEAGAN | | |

### SCREENING TESTS

| TEST NAME | TEST RESULT / CONCENTRATION(UNNORMALIZED) | CUTOFF LEVEL | METHOD | MEDIA |
|---|---|---|---|---|
| AMPHETAMINES | POSITIVE | 500 PG/MG | ELISA | HAIR |
| COCAINE / METABOLITES | Negative | 500 PG/MG | ELISA | HAIR |
| MARIJUANA METABOLITE | POSITIVE | 1.0 PG/MG | ELISA | HAIR |
| OPIATES | Negative | 200 PG/MG | ELISA | HAIR |
| PHENCYCLIDINE | Negative | 300 PG/MG | ELISA | HAIR |

### CONFIRMATORY TESTS

| ANALYTE | TEST RESULT / QUANTITY | CUTOFF LEVEL | METHODOLOGY | MEDIA |
|---|---|---|---|---|
| AMPHETAMINE | Negative | 300 PG/MG | GCMS | HAIR |
| MDA | Negative | 50 PG/MG | GCMS | HAIR |
| MDMA | Negative | 50 PG/MG | GCMS | HAIR |
| METHAMPHETAMINE | POSITIVE | 4530 PG/MG | 500 PG/MG | GCMS | HAIR |
| THC METABOLITE | POSITIVE | 9.10 PG/MG | 0.10 PG/MG | GCMS | HAIR |

HAIR ANALYSIS PERFORMED BY OMEGA LABORATORIES

Container: INTERNET

Certified By: kandel 12/29/2016 08:16:18

Ex No.: 46
Tafoya, Meagan
05-30-2025  GR
Jennifer Honn, AZ 50885

ST-PLOOF-002607

https://www.tascaz.org/secure/reports/web_Final-2011v1_accn.rpt?rf=1&prompt=skip2...    12/29/2016

# EXHIBIT 6

Expert Report: David Engelhart, Ph.D., D-ABFT-FD
In the Matter of Ploof v. State of Arizona, et al.
USDC CV-21-00853-PHX-JJT
LMS20-0389/G202020721-1

June 19, 2025

My name is David A. Engelhart and I am employed by Omega Laboratories, Inc. (OMEGA) in Mogadore, Ohio USA which is a forensic drug testing facility that tests hair samples for drugs of abuse. My job title is Laboratory Director and I have been employed by OMEGA for over twenty years. I have over thirty years of experience in clinical and forensic toxicology. I earned a Ph.D. in Chemistry from the Case Western Reserve University and I am certified by the American Board of Forensic Toxicology as Diplomat-Forensic Drug. I have authored or co-authored several publications about drug testing and related subjects. I have testified as a witness in over 200 criminal and civil cases involving the analysis and interpretation of hair drug test results.

**Hair Testing Overview**

1. The techniques utilized by OMEGA to test hair specimens for drugs of abuse are well accepted by the scientific community as accurate and reliable means for detecting drug abuse. There are entire industries, countries, and court systems who have successfully demonstrated the scientific accuracy and repeatability of this methodology for decades. Additionally, various rigorous accreditation programs have implemented standards for hair testing, including the College of American Pathologists (CAP) and the International Organization for Standardization (ISO). The United Nations Office on Drugs and Crime has distributed published standards for hair testing for decades, with their most recent update coming in 2014. Robust standards have also been available for years from groups such as the European Workplace Drug Testing Society (EWDTS) and the Society of Hair Testing (SoHT) and multiple proficiency testing programs exist which demonstrate that hair testing is an accurate and repeatable science.
2. Drugs are mainly incorporated into the growing hair follicle via the bloodstream. Drugs have been detected in both sebum and sweat which bathe the follicle and hair shaft as they grow. Therefore, these secretions may also contribute to drugs being incorporated into the hair.
3. The average growth rate for head hair is approximately 0.5 inches (1.3 cm) per month. The industry standard specimen is 1.5 inches (3.9 cm) of head hair which can be interpreted as

ST-PLOOF-018279

   roughly three months of history for a donor within the median growth range. The actual time frame associated with a test will ultimately be determined by the true growth rate of an individuals' head hair which cannot be determined by Omega Laboratories, Inc.

4. It is not possible to determine how much or how often an individual may have used drugs based on the quantitative results of a hair test. Studies have demonstrated that the amount of drug detected in an individual's hair cannot be directly correlated with the amount of drug ingested due to factors such drug purity, frequency of drug use, different hair growth rates, age and varying metabolic rates for drug metabolism.

5. The standard industry cut-off levels utilized by OMEGA were established to rule out incidental exposure to drugs and will not typically detect a single dose of a drug. In general, hair testing is intended as a lifestyle test representing a donor's choices over a longer time period.

**Summary of Hair Testing for specimen ID 3807584**

OMEGA's testing of specimen Identification Number 3807584 is summarized as follows:

1. On December 23, 2016, OMEGA received a hair specimen from the TASC - AZ - Mesa (Donor:, Jessica Proof, specimen ID No. 3807584). According to the chain of custody, the specimen was head hair and was collected December 21, 2016.

2. The specimen ID number was verified against the external custody and control form and the tamper-evident specimen seal was intact. A unique laboratory accession number (LAN) 02677030 was assigned to the specimen and a bar code label was affixed to the specimen pouch for identification purposes.

3. A portion of the specimen with LAN 02677030 was weighed and tested by Enzyme-Linked Immunosorbent Assay (ELISA). The specimen was determined to be positive for the Methamphetamines and THC Metabolite drug panels.

4. An additional portion of the specimen with LAN 02677030 was weighed, washed to remove possible external contamination, and tested by Gas Chromatography/Mass Spectrometry (GC/MS) confirmatory testing for Methamphetamines. Analysis by GC/MS identified and confirmed the presence of methamphetamine at 4520 pg/mg. Amphetamine, the primary metabolite of methamphetamine, was present above the detection limit of 20 pg/mg.

5. An additional portion of the specimen with LAN 02677030 was weighed, washed to remove possible external contamination, and tested by Gas Chromatography/Tandem Mass

ST-PLOOF-018280

Spectrometry (GC/MS/MS) confirmatory testing for THC Metabolite. Analysis by GC/MS/MS identified and confirmed the presence of THC Metabolite at 8.83 pg/mg.

6. After review by a Certifying Scientist, the specimen with LAN 02677030 was reported on December 28, 2016, as positive for methamphetamine (4520 pg/mg) and THC Metabolite (8.83 pg/mg).

**Interpretation of Hair Test Results for specimen ID 3807584**

1. Methamphetamine Results

    a. Omega Laboratories utilizes the International Diagnostics Systems Corp One-Step Methamphetamine ELISA Kit for Hair Testing to screen hair specimens for the presence of d-methamphetamine and MDMA followed by GC/MS confirmation. This ELISA kit is specific for the d-isomer of methamphetamine which is the major component of elicit methamphetamine.

    b. Confirmatory testing utilizing GC/MS provides specific identification of both methamphetamine and amphetamine. Over the counter medications do not interfere with this testing and will not cause a false positive result.

    c. Along with washing the hair to remove any possible external sources of drug, OMEGA requires that amphetamine, the primary metabolite of methamphetamine, must also be present to report a positive methamphetamine result. The presence of the amphetamine metabolite demonstrates ingestion of drug in some manner. Amphetamine was detected in this specimen below the reporting limit. Since the amphetamine metabolite is typically present at levels of 1 - 10% of the methamphetamine level, in many instances as n this case, it is below the reporting limit of 500 pg/mg.

    d. As stated above, the methamphetamine level of 4520 pg/mg detected in this specimen, approximately 9 times the cut-off level of 500 pg/mg, would not be consistent with a one-time usage of the drug.

    e. Based on the stated facts, the results of this test are consistent with the ingestion of d-methamphetamine in some manner.

ST-PLOOF-018281

2. THC Metabolite Results

   a. To identify the use of marijuana, Omega Laboratories, Inc. identifies the carboxylic acid metabolite of THC (11-nor-9-carboxy-delta-9-tetrahydrocannabinol). The testing process involves an initial screen on the specimen using ELISA. All initial test presumptive positive results are confirmed utilizing GC/MS/MS testing. The GC/MS/MS technique specifically identifies the Δ-9-carboxy-THC metabolite and other readily available cannabinoids such as Δ-8-carboxy-THC, cannabidiol (CBD) and cannabinol (CBN) will not cause a false positive result.

   b. The Δ-9-carboxy-THC metabolite is only produced by the body and cannot be an environmental contaminant from marijuana or marijuana smoke. Therefore, identification of this metabolite demonstrates ingestion of the Δ-9-THC.

   c. As stated above, THC Metabolite level of 8.83 pg/mg detected in this specimen, approximately 88 times the cut-off level of 0.1 pg/mg, would not be consistent with a one-time usage of the drug.

   d. Based on the stated facts, the results of this test are consistent with the ingestion of Δ-9-THC in some manner.

**OMEGA Accreditations/Certifications**

1. ANSI National Accreditation Board – fulfills the requirements of ISO/IEC 17025:2017 for Forensic Testing & Calibration AR 3125:2019 – Certificate No. FT-0301.

2. College of American Pathologists (CAP). – LAP#: 6975901; AU-ID: 1366225.

3. Centers for Medicare & Medicaid Services, Clinical Laboratory Improvement Amendments (CLIA), Certificate of Compliance Clinical – ID No. 36D1009503.

4. New York State Department of Health – PFI: 8176.

5. Texas Forensic Science Commission Accreditation – based on national accreditation from ANAB – Certificate No. FT-0301.

6. Oklahoma State Department of Health Certification – License No. 8378.

7. Maryland Department of Health and Mental Hygiene Medical Laboratory Permit – No. 1316.

**Expert Report/Testimony Compensation**

OMEGA's fee for providing an expert report or testimony is $300/hr.

ST-PLOOF-018282

**Attachments**

1. OMEGA report for specimen ID 3807584.
2. Non-Federal Custody and Control Form for specimen ID 3807584
3. Curriculum Vitae
4. ABFT Certification
5. Testimony Log

*[signature]*

David Engelhart, Ph.D., D-ABFT-FD




Requesting Agency:
TASC - AZ - Mesa
423 N Country Club Dr Ste 19
Mesa, AZ 85201
Telephone: 480-898-1849

LAN: 02677030
Specimen ID: 3807584
Reason For Test: Other
Date Collected: 12/21/2016
Date Received: 12/23/2016
Date Reported: 12/28/2016

Donor Name: Proof, Jessica                SSN/ID: ███-██-6955

**Test(s) Requested: Hair 5 Drug Panel**
The Hair 5 Drug Panel Test includes the testing of the 5 major drug classes screened by ELISA and confirmed by GC/MS or GC/MS/MS.
These include:
Amphetamine - Amphetamine
Methamphetamines - Methamphetamine, Ecstasy (MDMA), MDA
Cocaine - Cocaine/Cocaine Metabolites
Opiates - Codeine, Morphine, Heroin Metabolite
Phencyclidine (PCP)
THC Metabolite (Marijuana)

## Hair 5 Drug Panel Test Result: Positive
A positive result indicates that the drug was identified at a level equal to or greater than the listed cutoff and was confirmed by GC/MS

| Drugs Tested For | Result | Screening Cut off | Screening Method | Confirmation Cut off | Confirmation Method | Quantitative Result |
|---|---|---|---|---|---|---|
| Amphetamine | Negative | 500 pg/mg | ELISA | 500 pg/mg | GC/MS | |
| Methamphetamines | Positive | 500 pg/mg | ELISA | 500 pg/mg | GC/MS | |
| Methamphetamine | Positive | | | 500 pg/mg | GC/MS | 4520 pg/mg |
| Cocaine/Metabolites | Negative | 500 pg/mg | ELISA | 500 pg/mg | GC/MS | |
| Opiates | Negative | 200 pg/mg | ELISA | 200 pg/mg | GC/MS | |
| Phencyclidine | Negative | 300 pg/mg | ELISA | 300 pg/mg | GC/MS | |
| THC Metabolite | Positive | 1.00 pg/mg | ELISA | 0.10 pg/mg | GC/MS/MS | 8.83 pg/mg |

**REPORT NOTATIONS**

1.5 inches (3.81 cm) - Head Hair.

Certified By: Jessica Lilly
Omega Result Report REV US.11.2016

Result Report Version: 2646287.13
- Page 1 of 1 -

David Engelhart, Ph.D.
Laboratory Director

Omega Laboratories, Inc. | 400 N. Cleveland Ave. | Mogadore, OH 44260

ST-PLOOF-018284

**NON FEDERAL DRUG TESTING CUSTODY AND CONTROL FORM**

3807584

SPECIMEN ID NO. 3612

OMEGA
(330) 628-5748
(800) 665-5569
Fax (330) 628-5803
ANAB

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Requesting Agency, I.D. No.
TASC – AZ – Mesa
423 N Country Club Dr Ste 19
Mesa, AZ 85201
480-898-1849

B. MRO Name, Address, Phone and Fax No.

C. Donor Name: PROOF JESSICA
(Last, First, Middle)

Donor SSN or Employee I.D. No. ██████ 69159

D. Reason for Test:
☐ Pre-employment  ☐ Random  ☐ Reasonable Suspicion/Cause  ☐ Post accident
☐ Return to Duty  ☐ Follow-up  ☒ Other (specify) DCS – CPS

E. Drug Tests to be Performed: ☒ Hair 5 Drug Panel  ☐ Hair 5 Drug Panel + Extended Opiates  ☐ Other (specify)

F. Collection Site Address:
TASC – AZ – Mesa
423 N Country Club Dr Ste 19
Mesa, AZ 85201
480-898-1849

**STEP 2: COMPLETED BY COLLECTOR**

☒ HEAD HAIR  ☐ BODY _____  REMARKS

STEP 3: Collector affixes seal to pouch. Donor initials and dates seal. Donor completes STEP 5.
STEP 4: CHAIN OF CUSTODY – INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY

X [signature] Natasha Hutchison  12/21  12/21/16

SPECIMEN RELEASED TO: COURIER

DO NOT WRITE IN THIS SECTION. FOR LABORATORY USE ONLY.

RECEIVED AT LAB:
X [signature] Susan Rodenbucher   12/31/16

Specimen Seal Intact  ☒ Yes  ☐ No, Enter Remark Below

SPECIMEN RELEASED TO:

Laboratory Remarks

**STEP 5: COMPLETED BY DONOR**

X [signature] Jessica Proof   JESSICA PROOF   12/21/16

Daytime Phone No. ██████  Evening Phone No. ██████  Date of Birth ██████ /94

**HAIR POUCH SEAL**
Form 100 – REV 1.76   PLEASE PLACE SEAL OVER FLAP ON HAIR SPECIMEN POUCH

COPY 1 – LABORATORY COPY

ST-PLOOF-018285

# CURRICULUM VITAE

David A. Engelhart
400 North Cleveland Avenue
Mogadore, Ohio 44260
(330) 628-5748

## EDUCATION

Ph.D. Chemistry, 1994, Case Western Reserve University - Cleveland, Ohio
M.S. Chemistry, 1993, Case Western Reserve University - Cleveland, Ohio
B.A. Chemistry, 1988, Hiram College - Hiram, Ohio

## CURRENT POSITIONS

<u>Laboratory Director</u>: February 2005 – present
Omega Laboratories, Inc.
400 N. Cleveland Avenue
Mogadore, OH  44260

- Responsible for creating and implementing strategies, policies, procedures and best practices to support the optimal performance of a forensic drug testing laboratory and ensuring that the facility operates within the regulatory confines of the organization, the government, and accrediting agencies. This includes the examination of data, the creation of reports, the management of staff, liaising with clients, development of new testing procedures/assays, and expert witness testimony.

## EXPERIENCE

<u>Associate Toxicologist</u>:  January 1999 – February 2005: Toxicology Laboratory
Office of the Cuyahoga County Coroner - 11001 Cedar Road - Cleveland, OH  44106

- Management of post mortem toxicology laboratory workstations including: supervision and training of Chemists; data review and reporting; assay validations; instrument maintenance; preparation of Standard Operating Procedure Manuals; expert testimony in a court of law
- Responsible for maintaining lab instrumentation to include: EMIT immunoassays, gas chromatography, gas chromatography/mass spectrometry, high pressure liquid chromatography, and ultraviolet/visible spectrophotometry.
- Responsible for Quality Assurance/Quality Control Program and management of laboratory proficiency testing
- Organization of laboratory data for maintaining ABFT Accreditation

<u>Post-Doctoral Toxicologist</u>:  April 1994 - December 1998:  Toxicology Laboratory
Office of the Cuyahoga County Coroner - 11001 Cedar Road - Cleveland, OH  44106

- Use of liquid/liquid and solid phase extraction techniques to isolate and quantitate therapeutic and abused drugs in biological matrices.
- Lab Instrumentation: EMIT immunoassays, gas chromatography (including headspace), gas chromatography/mass spectrometry, high pressure liquid chromatography, and ultraviolet/visible spectrophotometry.
- Participation in research projects and manuscript preparation

ST-PLOOF-018286

# CERTIFICATION

Diplomate of the American Board of Forensic Toxicology in Forensic Drug Toxicology

Laboratory Director, New York State Department of Health 2005 – present, Certificate CQ Code: ENGED1, Serial: CQP33719.

# PROFESSIONAL ACTIVITIES and AFFILIATIONS

Society of Forensic Toxicologists

Society of Hair Testing

Member of the Substance Abuse and Mental Health Services Administration (SAMHSA) Drug

Testing Advisory Board (DTAB) – May 2021-April 2025.

# PUBLICATIONS

### Peer-Reviewed

1. Sayre, L.M., Engelhart, D.A., Venkataraman, B., Babu, M.K.M., and McCoy, G.D., Generation and fate of enamines in the microsomal metabolism of cyclic tertiary amines. *Biochemical and Biophysical Research Communications,* **179**: 1368-1376 (1991).
2. Sayre, L.M., Engelhart, D.A., Nadkarni, D.V., Babu, M.K.M., Klein, M.E., and McCoy, G.D. Haemoprotein-mediated metabolism of enamines and the possible involvement of one-electron oxidations. *Xenobiotica*, **25**: 769-775 (1995).
3. Sayre, L.M., Engelhart, D.A., Nadkarni, D.V., Babu, M.K.M., Flammang, A.M., and McCoy, G.D. The role of iminium-enamine species in the toxication and detoxication of cyclic tertiary amines. In: *Pharmacokinetics, Metabolism, and Pharmaceutics of Drugs of Abuse.* Rapaka, R.S., Chiang, N., and Martin, B.R., eds. National Institute on Drug Abuse Research Monograph 173. NIH Pub. No. 97-4141. Washington, DC: Supt. of Docs., U.S. Govt. Print. Off., 1997. pp. 106-127.
4. Engelhart, D.A., Lavins, E.S., Seligman, S.F., and Sutheimer, C.A. Diltiazem and pentoxifylline determination in postmortem specimens. *J. Anal. Toxicol.* **21**: 576-579 (1997).
5. Engelhart, D.A., Lavins, E.S., Hazenstab, C.B., and Sutheimer, C.A. Unusual death attributed to the combined effects of chloral hydrate, lidocaine, and nitrous oxide. *J. Anal. Toxicol*. **22**: 246-247 (1998).
6. Engelhart, D.A., Lavins, E.S., and Sutheimer, C.A. Detection of drugs of abuse in nails. *J. Anal. Toxicol*. **22**: 314-318 (1998).
7. Engelhart, D.A. and Jenkins, A.J. Evaluation of an onsite alcohol testing device for use in postmortem forensic toxicology. *J. Anal. Toxicol*. **25**: 612-615 (2001).
8. Engelhart, D.A. and Jenkins, A.J. Detection of cocaine analytes and opiates in nails from postmortem cases. *J. Anal. Toxicol*. **26**: 489-492 (2002).
9. Homer, C.D., Lavins, E.S., Engelhart, D.A., and Jenkins, A.J., Carbon monoxide- related deaths in a metropolitan county in the USA – An 11 year study. *J. Forensic Sci. Int*. **149**: 159-165 (2005).
10. Armstrong, E.J., Engelhart, D.A., Jenkins, A.J., and Balraj, E.K. Homicidal ethylene glycol intoxication. *The American Journal of Forensic Medicine and Pathology* **27**: 151-155 (2006).
12. Jenkins, A.J., Engelhart, D.A. Pencyclidine Detection in Nails. *J. Anal. Toxicol.* **30**: 643-644 (2006).

13. Wyman, J.F., Lavins, E.S., Engelhart, D.A., Armstrong, E.J., Snell, K.D., Boggs, P.D., Taylor, S.M., Rindi, N.N., and Miller, F.P. Postmortem Tissue Distribution of MDPV Following Lethal Intoxication by "Bath Salts". *J. Anal. Toxicol*. **37**: 182-185 (2013).

**Abstracts**

1. Engelhart, DA and Jenkins, AJ. *Q.E.D.® saliva alcohol testing in postmortem cases.* The Society of Forensic Toxicologists Annual Meeting, October 9-14, 1999, San Juan, Puerto Rico.
2. Engelhart, DA and Jenkins, AJ. *Identification of cocaine, opiates and their metabolites in nails from postmortem cases.* Joint meeting of the Society of Forensic Toxicologists and The International Association of Forensic Toxicologists, October 5-9, 1998, Albuquerque, NM.
3. Engelhart, DA and Jenkins, AJ. *Comparison of Drug Concentrations in Postmortem Cerebrospinal Fluid and Blood Specimens.* American Academy of Forensic Sciences 54th Annual Meeting, February 11-16, 2002, Atlanta, GA.
4. Jenkins, AJ, Homer, CD, Engelhart, DA, and Lavins, ES. *Carbon monoxide-related deaths in Cuyahoga County, Ohio 1988 to 1998*. The Society of Forensic Toxicologists Annual Meeting, October 13-17, 2002, Dearborn, MI.
5. Armstrong, EJ, Engelhart, DA, Jenkins, AJ and Balraj, EK. *Homicidal ethylene glycol intoxication.* Annual Meeting of the National Association of Medical Examiners, September 2004, Nashville, TN.
6. Rohde, DE, Bligh-Glover, W, Rizzo, SG, Engelhart, DA and Jenkins, AJ. *Suicide by Acute Cyanide Ingestion in a 40 Year Old Male.* The American Academy of Forensic Sciences 57th Annual Meeting, February, 2005, New Orleans, LA.
7. Engelhart, DA, Feyerherm, F, Baumann, S and Rothweiler, B. *Rapid, Robust and Sensitive Detection of 11-nor-Delta-9-Tetrahydrocannabinol-9-Carboxylic Acid in Hair.* Agilent publication AN-5990-7535EN, 2011.
8. Wyman, JF, Lavins, ES, Sofalvi, S, Armstrong, EJ, Engelhart, DA, Boggs, PD, Taylor, SM, Naso, CK, Stibley, JM, Snell, KD, Wilkins, LD, Gubanich, KM, Mazzola, CD, Norris, RN and Miller, FP. *Death by "Bath Salts": Postmortem Tissue Distribution of MDPV Following Lethal Intoxication.* Joint meeting of the Society of Forensic Toxicologists and The International Association of Forensic Toxicologists, September 26-30, 2011, San Francisco, CA.
9. Minno, P, Soni, C, Engelhart, DA. *The Effects of Hemp Oil Consumption on Hair Drug Testing for the Presence of 11-nor-$\Delta^9$-tetrahydrocannabinol-9-carboxylic acid (THCA).* The Society of Forensic Toxicologists Annual Meeting - Tampa, Florida, October 31, 2013.
10. Auger, S, Picard, P, Birsan, A, Soni, C, Engelhart, DA. *High-Throughput Analysis of Cocaine in Hair Samples Using Laser Diode Thermal Desorption (LDTD) Combined with Mass Spectrometry.* The Society of Forensic Toxicologists Annual Meeting - Tampa, Florida, October 31, 2013.
11. Auger, S, Picard, P, Birsan, A, Fayad, P, Soni, C, Engelhart, DA. *High-Throughput Analysis of Opiates in Hair Samples Using Laser Diode Thermal Desorption (LDTD) Combined to Mass Spectrometry.* The Society of Forensic Toxicologists Annual Meeting – Grand Rapids, Michigan, October 22, 2014.
12. Lavins, ES, Shanks, KG, Engelhart, DA, Schueler, HE, Galita, D, McCollom, A, Soni, C, Boggs, PD, Rohde, DE, Naso-Kaspar, CK, Sofalvi1, S, Hansbrough, M, Carroll-Pankhurst, C and Gilson, TP. *Postmortem Tissue Distribution of AB-CHMINACA Following Lethal Intoxication Compared with ABCHMINACA Concentrations in Impaired Drivers*. The Society of Forensic Toxicologists Annual Meeting – Atlanta, Georgia, October 21, 2015.
13. Acheson, R, Darragh, J, Soni, C, Englehart, D, Rodriguez, ML, McConnell, RI, Fitzgerald, SP. *Simultaneous screening of common drugs of abuse from one hair sample using a biochip array platform*. The Society of Hair Testing Annual Meeting – Cardiff, Wales, UK, June 12-15, 2017.

ST-PLOOF-018288

# AMERICAN BOARD OF FORENSIC TOXICOLOGY

INCORPORATED 1976 IN THE DISTRICT OF COLUMBIA

THE AMERICAN BOARD OF FORENSIC TOXICOLOGY, INC., HEREBY DECLARES
THAT THE PROFESSIONAL EDUCATION, ATTAINMENTS,
AND COMPETENCE OF

## DAVID ENGELHART, Ph.D.

HAVE BEEN FOUND SATISFACTORY, AND THAT THE OTHER REQUIREMENTS OF
THIS BOARD HAVE BEEN FULFILLED; AND THEREFORE GRANTS THIS
CERTIFICATE OF QUALIFICATION IN FORENSIC DRUG TOXICOLOGY AS A

## DIPLOMATE

GRANTED THE FIRST DAY OF JANUARY, 2024
EXPIRES THE THIRTY-FIRST DAY OF DECEMBER, 2028


PRESIDENT
VICE-PRESIDENT




SECRETARY
TREASURER

CERTIFICATE NO. 1091

*The American Board of Forensic Toxicology is accredited by the Forensic Specialties Accreditation Board*

ST-PLOOF-018289

| | |
|---|---|
| 1/13/2021 | Ohio - Wayne Co. No. 2020 JUV-C 993 |
| 2/23/2021 | New Mexico - Bernalillo Co. No. D-202-DV-2021-00214 |
| 3/10/2021 | Arizona - Pima Co. No. JD20200627 |
| 3/12/2021 | Minnesota - Stearns Co. No. 73-JV-20-5456 |
| 3/26/2021 | Florida - 14th Judicial Circuit Bay Co. Florida Case No: 12017-217-DP |
| 4/6/2021 | Indiana - Lake Co. No. 45D06-1804-JC-000217 |
| 5/12/2021 | Indiana - Delaware Co. No. 18C02-1907-JP-000113, -0114, -0115 |
| 5/19/2021 | Tennessee - Dekalb Co. Juvenile Court No. 2020 JV-116 |
| 5/20/2021 | Indiana - Boone Co. No. 06C01-2102-JC-000023 thru 25 |
| 6/2/2021 | West Virginia - Webster Co. No. CC-51-2020-JA-35 |
| 6/11/2021 | North Dakota - Wells Co. No. 52-2021-JV-2 |
| 6/30/2021 | California - Fresno Co. No. 17CEPR01212 |
| 8/16/2021 | Montana - Gallatin Co. Cause No. DR-18-161A |
| 8/18/2021 | Idaho - Bonneville Co. No. CV10-21-4192 |
| 8/24/2021 | Tennessee - Warren Co. Juvenile Court No.JV 2023 |
| 9/3/2021 | New Mexico - Grant Co. No. D-608-JQ-2021-0001 |
| 9/14/2021 | West Virginia - Lewis Co. No. 18-D-57 |
| 10/5/2021 | California - Madera Co. No. MJP018623 |
| 10/7/2021 | Wisconsin - Jackson Co. No. 2021JC000029 |
| 11/17/2021 | Alabama - Calhoun Co. No. JU2021-143.02 |
| 12/17/2021 | Idaho - Butte Co. No. CV-2017-83 |
| 1/26/2022 | Tennessee - Knox Co. No. 170957 |
| 4/13/2022 | Arizona - Maricopa Co. No. JD41606 |
| 4/21/2022 | New Hampshire -Strafford County Co. No. 619-2020-DM-00252 |
| 6/1/2022 | West Virginia - Kanawha County Co. No. 21-JS-55 |
| 6/13/2022 | Minnesota - Itasca Co. No. 31-FA-19-448 |
| 6/24/2022 | New Mexico - Lea Co. No. D-506-JQ-2022-12-LAK |
| 6/28/2022 | Pennsylvania - Bucks Co. No. 2020-60759 |
| 7/18/2022 | Ohio - Holmes Co. No. 20N100 |
| 7/19/2022 | Missouri - Buchanan Co. No. 19BU-CV00136-02 |
| 8/3/2022 | Missouri - Dunklin Co. No. 22DU-JU00077 |
| 8/10/2022 | Iowa - Grundy Co. No. 01381 DRCV059989 |
| 8/24/2022 | Texas - Lubbock Co. No. DC-2021-FM-0190 |
| 9/13/2022 | Minnesota - Meeker Co. No. 47-JV-22-200 |
| 12/14/2022 | Iowa - Keokuk Co. No. JVJV005870 |
| 1/9/2023 | New Mexico - Lea Co. No. D-506-JQ-2022-16 |
| 1/18/2023 | Minnesota - Chippewa Co. No. 12-JV-21-709 |
| 2/6/2023 | California - Madera Co. No. MJP018623 |
| 2/6/2023 | New Mexico - Lea Co. No. D-506-JQ-2022-22-LAK |
| 3/30/2023 | New Mexico - Lea Co. No. D-506-JQ-2023-20-LAK |
| 4/6/2023 | Oregon - Wasco Co. No. 22DR20632 |
| 4/12/2023 | West Virginia - Nickolas Co. No. CC-34-2022-JA-13 |

| | |
|---|---|
| 4/13/2023 | Florida - 12th Judicial Circuit Desoto Co. Case No: 142022DP000158 |
| 4/20/2023 | Virginia - Roanoke County Co. No. JJ035832-05 |
| 4/27/2023 | Ohio - Ashland Co. No. 20193061 |
| 5/11/2023 | New Mexico - Lea Co. No. D-506-JQ-2022-24-LAK |
| 5/18/2023 | West Virginia - Kanawha County Co. No. 21-JA-148-149-150 |
| 5/22/2023 | New Mexico - Lea Co. No. D-506-JQ-2022-00016 |
| 5/22/2023 | New Mexico - Lea Co. No. D-506-JQ-2023-00003 |
| 8/10/2023 | Virginia - Roanoke County Co. No. JJ22-82, C122-83 |
| 8/21/2023 | Missouri - Dunklin Co. No. 23DU-JU00076 |
| 8/31/2023 | Canada New Brunswick MSD v. Jessica Doucet & Robert Daley-FDSJ-49-23 |
| 9/20/2023 | Florida - 12th Judicial Circuit Manatee Co. Case No: 2022-DP-110 Div. j |
| 9/21/2023 | New Mexico - Eddy Co. No. D-503-JQ-2023-13 |
| 10/2/2023 | New Mexico - Lea Co. No. D-506-JQ-2023-11-LAK |
| 10/23/2023 | Ohio - Lucas Co. No. JC21285757 |
| 1/5/2024 | Illinois - DCFS Champaign Co. No. 2023-S-00153 |
| 1/8/2024 | New Mexico - Lea Co. No. D-506-JQ-2023-15-LAK |
| 1/16/2024 | Indiana - Lawrence Co. No. 47D02-1901-F2-000115 & 47D02-2307-F2-001011 |
| 1/31/2024 | New Mexico - Lea Co. No. D-506-JQ-2021-05-LAK |
| 2/5/2024 | New Mexico - Lea Co. No. D-506-JQ-2023-20-LAK |
| 2/15/2024 | Illinois - Franklin Co. No. 2021-P-102/2023-AD-15/2012-OP-358 |
| 3/21/2024 | Florida - 14th Judicial Circuit Bay Co. Case No: 2021-DP-202 Div. B |
| 4/22/2024 | New Mexico - Lea Co. No. D-506-JQ-2024-01 |
| 5/8/2024 | California - San Luis Obispo Co. No. 15FS0132 |
| 5/16/2024 | New Mexico - Lea Co. No. D-506-JQ-2024-03 |
| 6/12/2024 | Mississippi - Cause No. 23,0181-CRC |
| 6/12/2024 | New Zealand - FAM-2020-009-001379 Davey v Watson |
| 6/15/2024 | New Mexico - Dona Ana Co. No. D-307-JQ-2024-00010 |
| 10/25/2024 | Oregon - Baker Co. No. 24JU04376 |
| 12/19/2024 | Virginia - Roanoke County Co. No. JJ034814-04-00 |
| 12/20/2024 | Colorado - Douglas Co. No. 24JV30042 |
| 12/23/2024 | Tennessee - Weakley Co. No. 25934 |
| 1/13/2025 | New Mexico - Lea Co. No. D-506-JQ-2024-23 |
| 1/28/2025 | Indiana - Lawrence Co. No. 47D02-2307-F5-001011 |
| 2/12/2025 | New Mexico - Lea Co. No. D-506-JQ-2024-25 |
| 2/17/2025 | New Mexico - Lea Co. No. D-506-JQ-2024-01 |
| 3/12/2025 | Ohio - Ottawa Co. No. 2024-JUV-G-241 |
| 4/1/2025 | New Mexico - Donna Ana Co. No. D-307-JQ-2023-00018 |
| 5/28/2025 | Iowa - Clay Co. No. JVJV004413/JVJV004414 |
| 6/4/2025 | Illinois - St. Clair Co. No.23-JA-239, 240, 242 |
| | |

ST-PLOOF-018291