# INDEX OF EXHIBITS

## TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

1.  Deposition Transcript of Jessica Ploof
2.  Nursing License of Brendi Ploof
3.  Deposition Transcript of Brendi Ploof
4.  DCS Case File: CSRA – Under Seal
5.  Deposition Transcript of Meagan Tafoya
6.  TDM Summary – Under Seal
7.  Temporary Custody Notice – Under Seal
8.  DCS Case File: Case Build – Under Seal
9.  Dependency Petition – Under Seal
10. First Amended Dependency Petition - Under Seal
11. Report to the Juvenile Court – 1/18/2017 – Under Seal
12. Report to the Juvenile Court – 11/24/2017 – Under Seal
13. Jessica Ploof TERROS Graduation and other Certificates
14. Jessica Ploof Testday Records – Full Set
15. Deposition Transcript of Nicholas Breeding
16. Intentionally Omitted
17. DCS Referral to Dr. Thal – Under Seal
18. DCS-Thal Service Contract – Under Seal
19. Deposition Transcript of Dr. Thal
20. DCS Case File: Assessments and Plans – Under Seal
21. Deposition Transcript of Paige Szymkowski (Woodridge)
22. Jessica Ploof Psych Eval – Under Seal
23. Original Psych Eval of Brendi – Under Seal
24. 1/24/2018 – Emails between Dr. Thal and Paige Szymkowski
25. 1/29/2018 – Letter from Dr. Thal to Claudia Hoff
26. 1/30/2018 – Dr. Thal's Notes re: Paige Szymkowski phone call
27. 3/14/2018 – Signed Letter from Dr. Thal to Claudia Hoff
28. Revised Psych Eval of Brendi – Under Seal
29. 2/2/2018 – Email Chain with Dr. Thal and Claudia Hoff re: Pagie Szymkowski's concerns
30. 2/7/2018 – Email from Dr. Thal to Claudia Hoff to shred Original Report of Brendi Ploof
31. Parent-Aide Discharge Summary – Under Seal
32. Deposition Transcript of Claudia Hoff
33. 3/6/2018 – DCS Question to Dr. Thal re: why two reports exist

34. Loyalty Oath – Under Seal
35. Oasis Bonding Assessment – Under Seal
36. 6/12/2018 – Claudia Hoff Emails to Dr. Bennett re: Barely Minimal
37. 6/21/2018 – Email to Dr. Bennett that he must testify because DCS is terminating parental rights
38. 9/20/2018 – Email between Claudia Hoff and Dr. Bennet re termination of parental rights.
39. Intentionally Omitted
40. DCS's Motion to Terminate Parental Rights – Under Seal
41. Second psych eval of Jessica Ploof by Dr. Thal
42. Intentionally Omitted
43. Dr. Underwood's Psych Eval of Jessica Ploof
44. Clark Expert Report
45. Deposition Transcript of Dr. Clark
46. Clark Rebuttal Report