# EXHIBIT 1



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jessica Ploof, an individual,

    Plaintiff,

v.                    Case No.: CV-21-00853-PHX-JJT

James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5,

    Defendants.

---

DEPOSITION OF

JESSICA PLOOF

TAKEN ON

WEDNESDAY, OCTOBER 30, 2024

9:47 A.M.

GILLESPIE SHIELDS AND TAYLOR

7319 NORTH 16TH STREET

PHOENIX, ARIZONA 85020




```
 1                     APPEARANCES
 2
 3   Appearing on behalf of the Plaintiff:
 4   THOMAS A. CONNELLY, ESQUIRE
 5   Mills and Woods Law PLLC
 6   5055 N. 12th Street, Suite 101
 7   Phoenix, AZ  85014
 8   (480) 999-4556
 9   tconnelly@millsandwoods.com
10
11   Appearing on behalf of Defendant State of Arizona:
12   JULIE RHODES, ESQUIRE
13   Arizona Attorney General's Office
14   2005 N. Central Avenue
15   Phoenix, AZ  85004
16   (602) 542-5025
17   julie.rhodes@azag.gov
18
19
20
21
22
23
24
25
```

```
 1                  APPEARANCES (CONT'D)
 2
 3   Appearing on behalf of Defendant James Thal:
 4   JEFFREY S. HUNTER, ESQUIRE
 5   Weinberg Wheeler Hudgins Gunn and Dial
 6   1 N. Central Avenue, Suite 900
 7   Phoenix, AZ  85004
 8   (602) 307-9900
 9   (602) 307-5853 (Fax)
10   jhunter@wwhgd.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    EXAMINATION INDEX
 2                                                   PAGE
 3
 4   EXAMINATION BY MR. HUNTER                          9
 5   EXAMINATION BY MS. RHODES                         48
 6   FURTHER EXAMINATION BY MR. HUNTER                 71
 7   EXAMINATION BY MR. CONNELLY                       73
 8   FURTHER EXAMINATION BY MS. RHODES                111
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    EXHIBIT INDEX
 2   EXHIBIT                                        PAGE
 3
 4                    (NONE MARKED)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1        A.    Mm-mm.
 2        Q.    No?
 3              THE REPORTER:  Is that a no?
 4              THE DEPONENT:  No.
 5   BY MR. HUNTER:
 6        Q.    Okay.  It's -- it's -- it's okay.  You're
 7   doing okay.  We'll just prompt you if you -- to give
 8   a verbal response.  No big deal.  Okay?
 9              Have you done anything in order -- say,
10   this year, have you done anything this year to
11   attempt to see your son?
12        A.    No.
13        Q.    How about last year?
14        A.    I don't know what to do or how to do that.
15        Q.    Okay.
16        A.    I mean, I'm sure, like, he could find me,
17   but --
18        Q.    Okay.
19        A.    -- yeah.
20        Q.    Okay.  Do you recall H      date of
21   birth?
22        A.    April 29, 2014.
23        Q.    When the Andersons cut you off from seeing
24   Hunter, did they give you any explanation or reason
25   why they weren't going to let you see Hunter?
```

```
 1       A.   Well, they didn't really say it.  It just
 2  kind of happened.
 3       Q.   Okay.  So in terms of -- of either Mr. or
 4  Mrs. Anderson giving you an explanation, they didn't
 5  give you any explanation?
 6       A.   No.
 7       Q.   Okay.  Did anybody from the State give you
 8  any type of explanation?
 9       A.   No.
10       Q.   Okay.  So as you sit here today, you --
11  you -- you don't know why you're not -- the
12  Andersons have cut you off from seeing your son;
13  correct?
14       A.   I -- I really honestly think it's -- they
15  -- they wanted to adopt him because he did have some
16  special needs, and I think CPS helped them, like,
17  get him.
18       Q.   All right.  When -- when H     was with
19  you, did he have special needs?
20       A.   Yeah.  He had -- we got him into, like,
21  therapies and stuff to, like, help with he has no
22  muscle tone when he was a baby, so we worked on,
23  like, like movements and stuff, like stretches and
24  stuff.  And I taught him sign language, like, you
25  know, just with, like, certain words or whatever,
```

```
 1  and he was really good at that.
 2      Q.   Did he have any learning disability?
 3      A.   I don't think he did.
 4      Q.   Okay.  So -- so from your recollection,
 5  his special need was related to the low muscle tone?
 6      A.   Yeah.
 7      Q.   Okay.  And then you received services from
 8  -- from the State to help him with that?
 9      A.   Yeah.  I was, like, very, very protective
10  and, like, I'm the one who wanted to get him, like,
11  the -- the speech therapy and stuff.  Like, when I
12  was pregnant, I was, like, super careful with
13  everything.
14      Q.   Okay.
15      A.   Like, I wouldn't eat sushi or anything,
16  like.
17      Q.   When you were pregnant with him, did you
18  drink?
19      A.   Uh-uh.  No.
20      Q.   Do any drugs?
21      A.   No.  I was, like, so careful.  Like, I
22  didn't want to go to anybody's house with a litter
23  box.  Wouldn't even eat lunch meat unless it's
24  cooked -- cooked because there's, you know,
25  something about lunch meat that is not good for
```

```
 1  ever come back and live with you?
 2       A.   No.
 3       Q.   Okay.  He was off with foster parents?
 4       A.   I had visitation and it was supervised and
 5  stuff, which I think is just -- I -- I didn't
 6  understand because there's people who get their
 7  kids, like, overnight and stuff.  They only gave me,
 8  like, four hours and stuff.
 9       Q.   Okay.  And -- and -- and when Hunter was
10  living with you when he was taken away, was that
11  with the Andersons?
12       A.   Yes.
13       Q.   Okay.  So for a while you had supervised
14  visitation with Hunter?
15       A.   Yes.
16       Q.   How long did that last?
17       A.   I don't actually know.  I think -- I have
18  no idea, actually.
19       Q.   Okay. That's fine.  That's fine.
20            When -- when H      was born and he was
21  living with you, were you living with your mom?
22       A.   Yes.
23       Q.   Okay.  And your mom is B
24       A.   Yes.
25       Q.   Okay.  And once H      was born up until
```

```
 1  H       was taken away from you, was -- were you
 2  always living with your mom?
 3       A.   Yes.
 4       Q.   Okay.  When H       was still with you,
 5  were -- were you smoking marijuana?
 6       A.   No.
 7       Q.   Taking meth?
 8       A.   No.
 9       Q.   Taking any drugs?
10       A.   No.
11       Q.   At any time?
12       A.   I just -- just want to say something.  I
13  did not like the way that the meth made me feel.
14  Like, I didn't get, like, hooked on it or anything,
15  like, addicted or anything.  It was just stupid.
16  Hanging out with the wrong crowd and stuff.
17       Q.   When H       was with you, you -- you --
18  you -- you did take meth; correct?
19       A.   Yes.
20       Q.   Yes?
21       A.   Yes.  But I didn't even really know what
22  it was or, like, I didn't really know much about
23  drugs.  It's just there was no weed at the time.  I
24  really didn't know any better.
25       Q.   How many -- how many times did you take
```