# EXHIBIT 2



THAL(PLOOF) 000102