# EXHIBIT 3

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jessica Ploof, an individual, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | No. |
|   vs. | ) | CV-21-00853-PHX-JJT |
| | ) | |
| State of Arizona, a government | ) | |
| entity; et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

DEPOSITION OF BRENDI PLOOF

Phoenix, Arizona
October 31, 2024

Prepared by:

Jody L. Lenschow, RMR, CRR
Certified Court Reporter
Certification No. 50192



Page 2

```
 1                    INDEX TO EXAMINATIONS
 2   WITNESS                                              PAGE
 3   BRENDI PLOOF
 4       EXAMINATION BY MR. HUNTER                        4
         EXAMINATION BY MS. RHODES                        75
 5       EXAMINATION BY MR. CONNELLY                      133
         RE-EXAMINATION BY MR. HUNTER                     155
 6       RE-EXAMINATION BY MR. CONNELLY                   156
         FURTHER EXAMINATION BY MR. HUNTER                158
 7

 8

 9

10

11                     INDEX TO EXHIBITS
12   NO.          DESCRIPTION                          IDENTIFIED
13   Exhibit 1    9/26/14 RISE Developmental               51
                  Evaluation
14
     Exhibit 2    6/27/2016 Individualized                 54
15                Family Service Plan

16   Exhibit 3    10/1/2015 Individualized                 58
                  Family Service Plan Outcome
17                for Child and Family

18   Exhibit 4    3/31/2016 6/27/2016                      60
                  Other Team Members' Feedback
19
     Exhibit 5    Handwritten Notes                        65
20
     Exhibit 6    Amazon listing                           155
21                "My Poetry Book"

22   Exhibit 7    "The Spirit Watcher"                     156

23

24

25
```



```
                                                              Page 3
 1               DEPOSITION OF BRENDI PLOOF
 2   was taken on October 31, 2024, commencing at 9:46 a.m.,
 3   at the offices of Gillespie, Shields & Taylor, 7319 N.
 4   16th Street, Phoenix, Arizona, before Jody L. Lenschow,
 5   RMR, CRR, Certified Reporter No. 50192 for the State of
 6   Arizona.
 7
 8                        *    *    *
 9   APPEARANCES:
10        For the Plaintiff:
             MILLS + WOODS LAW, P.L.L.C.
11           By:  Mr. Thomas A. Connelly
                  5055 N. 12th Street
12                Suite 101
                  Phoenix, Arizona  85014
13                480-999-4556
                  tconnelly@millsandwoods.com
14
15        For the Defendant Thal:
             WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
16           By:  Mr. Jeffrey S. Hunter
                  One N. Central Avenue
17                Suite 900
                  Phoenix, Arizona  85004-4417
18                602-307-9900
                  jhunter@wwhgd.com
19
20        For the State Defendants:
             OFFICE OF THE ARIZONA ATTORNEY GENERAL
21           By:  Ms. Julie Rhodes
                  2005 N. Central Avenue
22                Phoenix, Arizona  85004
                  602-542-5025
23                julie.rhodes@azag.gov
24
25
```



Page 46

```
 1      A.    Could you repeat that?
 2      Q.    Sure.
 3            There's some reports that Dr. Thal wrote
 4   regarding his evaluation of Jessica.  Have you ever read
 5   those?
 6      A.    Yes.
 7      Q.    And there's reports concerning his evaluation
 8   of you.  Have you read those?
 9      A.    I read my evaluation.
10      Q.    And then Dr. Bennett produced a report.  Have
11   you read his report?
12      A.    Yes.
13      Q.    And Dr. Underwood produced a report.  Have you
14   read his report?
15      A.    Yes.
16      Q.    Okay.  When was the last time you read any of
17   those reports?
18      A.    Within the last probably six months.
19      Q.    Okay.  You have some documents in front of you.
20   What do you have?
21      A.    Well, I was -- I have Jere O'Brien where they
22   were getting the RISE evaluation done, and it talks
23   about how H      was an adorable five-month-old baby.
24   Hunter was full term.  There was no medical issues prior
25   or during his birth.  He was referred to AZEP at the
```



Page 47

```
 1   pediatrician's request for low muscle tone.  And then it
 2   talks about how he was a little bit fussy, but Jessica
 3   was able to calm him down and attend to his needs.  And
 4   then...
 5        Q.    Okay.  What is the date of that note?
 6        A.    This is -- this is -- the date it was collected
 7   was on the 19th is when I got it.  I got this from DeeAn
 8   within my records.
 9        Q.    May I see that, please?
10              Thank you.
11              What's the next document that you have?
12        A.    All I have is I did services.  I did speech
13   therapy and occupational therapy for Hunter before, and
14   this was the services that he had gotten done for DDD
15   in-home services.
16        Q.    What's the next document that you have?
17              Okay, this document is titled Individualized
18   Family Service Plan, a date of June 27, 2016.  The prior
19   document that Ms. Ploof was referencing of speech
20   therapy is dated June 27, 2016.
21              You've got some other documents in front of
22   you.
23        A.    No.
24        Q.    What are those?
25        A.    Oh, these are just -- these are just my notes.
```



Page 48

```
 1       Q.     Okay.
 2       A.     Oh, this one is also saying how he would -- we
 3   were teaching him basic sign language, like help him
 4   communicate, because we were going to add speech to his
 5   services.
 6       Q.     This next document provided --
 7       A.     Those were services that we had him involved
 8   in.
 9       Q.     The next document provided is titled
10   Individualized Family Service Plan Outcome for Child and
11   Family.  There's a date handwritten on the right side
12   and it says October 1, 2015.
13              MS. RHODES:  When you're done with those,
14   Jeff, may I see them?
15              MR. HUNTER:  Hmm?
16              MS. RHODES:  When you're done, may I see
17   them quickly?
18              MR. CONNELLY:  We can take a break and
19   make copies.
20              MR. HUNTER:  I'm just going through the
21   documents and I was going to take a break so we can make
22   copies of them.
23              MS. RHODES:  Okay.  Perfect.  Thank you.
24   BY MR. HUNTER:
25       Q.     And then may I see your handwritten notes,
```



Page 142

```
 1   BY MR. CONNELLY:
 2       Q.    Now, you said that the doctor didn't note any
 3   issues until the five-month visit.  What issue was noted
 4   at the five-month visit?
 5       A.    That he had low muscle tone and she said he
 6   seemed floppy.
 7       Q.    Okay.  And that's when she -- that was
 8   Dr. O'Brien, right, it's a she?
 9       A.    Jere O'Brien.
10       Q.    What's her first name?
11       A.    Jere, J-E-R-I, and then O and then Brien.
12       Q.    Okay.  Right.  Okay.
13             And that's when she suggested that you get DDD
14   services, right?
15       A.    Yes.
16             MR. HUNTER:  Form, foundation.
17             MS. RHODES:  Form and foundation.
18   BY MR. CONNELLY:
19       Q.    And what did you do?  Did you get DDD
20   services?
21       A.    That's what we did.  We got --
22             MR. HUNTER:  Form, foundation.
23             THE WITNESS:  We even got him into the
24   Head Start preschool, you know, in addition to helping
25   her --
```



```
 1   BY MR. CONNELLY:
 2       Q.    Okay, and that --
 3       A.    -- with the DDD services.
 4       Q.    Was the Head Start preschool something that
 5   you did on your own or something that the doctor
 6   suggested?
 7       A.    I'm thinking she suggested it, because I didn't
 8   know that they had -- I didn't know you could have your
 9   kid go to preschool at two, you know.
10       Q.    Okay.
11       A.    But, yeah, she suggested that, that we should
12   do that, and we did.
13       Q.    And Ms. Rhodes asked you, Julie asked you
14   questions about the neuro appointment or neuro -- or
15   referral for --
16       A.    Neurology.
17       Q.    -- neurology testing.
18             Do you remember those questions?
19       A.    Yes.
20       Q.    And the referral was made before Hunter was
21   taken, right?
22       A.    Right.
23             MR. HUNTER:  Form, foundation.
24   BY MR. CONNELLY:
25       Q.    And can you tell us why you didn't make the
```



```
                                                      Page 159
 1   further.  Thank you.
 2              MR. CONNELLY:  All right.  Thank you.
 3   She'll read and sign.
 4              THE COURT REPORTER:  Anybody need a copy,
 5   Mr. Connelly or Ms. Rhodes?
 6              MR. CONNELLY:  Yes, please.
 7              MS. RHODES:  Yes, please.
 8              (The deposition concluded at 12:46 p.m.)
 9
10
11
                         _____
12
                              BRENDI PLOOF
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1   STATE OF ARIZONA    )
 2   COUNTY OF MARICOPA  )
 3
 4              BE IT KNOWN that the foregoing proceedings
 5   were taken before me; that the witness before testifying
 6   was duly sworn by me to testify to the whole truth; that
 7   the foregoing pages are a full, true, and accurate
 8   record of the proceedings, all done to the best of my
 9   skill and ability; that the proceedings were taken down
10   by me in shorthand and thereafter reduced to print under
11   my direction.
12              I CERTIFY that I am in no way related to
13   any of the parties hereto, nor am I in any way
14   interested in the outcome hereof.
15         [X] Review and signature was requested.
16         [ ] Review and signature was waived.
17         [ ] Review and signature was not requested.
18              I CERTIFY that I have complied with the
19   ethical obligations set forth in ACJA 7-206(F)(3) and
20   ACJA 7-206 (J)(1)(g)(1) and (2).  Dated at Phoenix,
21   Arizona, this 12th day of November, 2024.
22   _____
23              JODY L. LENSCHOW, RMR, CRR
24                  Certified Reporter
25               Arizona CR No. 50192
```