# EXHIBIT 6
# UNDER SEAL