# EXHIBIT 7
# UNDER SEAL