# EXHIBIT 8
# UNDER SEAL