# EXHIBIT 9
# UNDER SEAL