# EXHIBIT 13




JESSICA PLOOF

Date:    09/19/2017

Dear JESSICA PLOOF,

We are writing to congratulate you on your completion of the Recovery Maintenance Program requirements at TERROS Families FIRST. Our records indicate that you have attended the required amount of group sessions and are approved to discontinue services. We hope our program has been beneficial in helping you deal with any problems you have experienced in recent months.

If we do not hear from you within ten (10) days of the receipt of this letter, we will assume you are no longer interested in services, and your file will be closed. If at a later date you feel the need for services and your CPS case is open, please contact your CPS Case Manager to request another referral to Families FIRST.

If you are seeing a TERROS doctor for medication and have not made arrangements to continue that service, you will need to seek this service from another agency once your file is closed. If you experience any urgent needs in the future, you may contact your local crisis hotline.

Sincerely,

*Josie May Dutcher BHT 1*

JESSIE MAY DUTCHER BHT

Case Manager

CC: PAIGE SZYMKOWSKI, CPS Case Manager

ST-PLOOF-001936

# Certificate of Completion
## Recovery Maintenance

**Continued Recovery Environment and Transitional Education**

This certificate of completion goes to

_Jesiella B_

This __19th__ Day of __August__ 2017



Tennos
Inspiring Change for Life.

_Joshua Guin, LASAC_  8/14/17
Recovery Maintenance Therapist    Date

_Jessie Dutcher_  8/14/17
Lead Facilitator    Date



Certificate (image rotated 90°):

ST-PLOOF-001929

# mesa PUBLIC SCHOOLS
# PARENT UNIVERSITY
## CERTIFICATE of PARTICIPATION

Jessica Ploof

**Participant**

Professional Development Activity

BUILDING RESILIENCE IN TEENS - Are you concerned that your child gives up too easily? Do they have the backbone to stand strong in the face of peer pressure and easy access to drugs and alcohol? "Bubble wrap" your teen with resiliency skills so they have what it takes to navigate the tough stuff in life. Each workshop is set up as an individual class so parents can attend the ones that work best for their schedule or come to all. Come join the conversation! Learn, laugh, and walk away with great tools for your parenting tool belt! - 2 HOUR CERTIFICATE FOR EACH CLASS

Date: Tuesday, March 21, 2017  Class: Rebellious Teens Good Choices    Date: Tuesday, March 28, 2017    Class: Teen Reactions
X Date: Tuesday, April 4, 2017    Class: Persistence                   X Date: Tuesday, April 11, 2017   Class: Risk-takers
                Date: Tuesday, April 18, 2017   Class: Push the Boundaries
Location: POSTON JR. HIGH MEDIA CENTER - 2433 E. Adobe Street   Mesa 85213

PRESENTED BY: _Eva Dwight_

ON THIS DAY: 08-17-2017    _Eva Dwight  April 11, 2017_

ST-PLOOF-001930



# mesa PARENT UNIVERSITY
**PUBLIC SCHOOLS**

## CERTIFICATE of PARTICIPATION

Jessica Ploof

**Participant**



Professional Development Activity

BUILDING RESILIENCE IN TEENS - Are you concerned that your child gives up too easily? Do they have the backbone to stand strong in the face of peer pressure and easy access to drugs and alcohol? "Bubble wrap" your teen with resiliency skills so they have what it takes to navigate the tough stuff in life. Each workshop is set up as an individual class so parents can attend the ones that work best for their schedule or come to all. Come join the conversation! Learn, laugh, and walk away with great tools for your parenting tool belt! - 2 HOUR CERTIFICATE FOR EACH CLASS

Date: Tuesday, March 21, 2017   Class: Rebellious Teens Good Choices   Date: Tuesday, March 28, 2017   Class: Teen Reactions
X Date: Tuesday, April 4, 2017   Class: Persistence                    X Date: Tuesday, April 11, 2017   Class: Risk-takers
                    Date: Tuesday, April 18, 2017   Class: Push the Boundaries
       Location: POSTON JR. HIGH MEDIA CENTER - 2433 E. Adobe Street   Mesa 85213

PRESENTED BY: _Eva Dwight_     Eva Dwight

ON THIS DAY: 08-10-2017     April 11, 2017

ST-PLOOF-001931



# mesa PUBLIC SCHOOLS
# PARENT UNIVERSITY
## CERTIFICATE of PARTICIPATION

**Participant:** Jessica Ploof

**Professional Development Activity**

**BUILDING RESILIENCE IN TEENS** - Are you concerned that your child gives up too easily? Do they have the backbone to stand strong in the face of peer pressure and easy access to drugs and alcohol? "Bubble wrap" your teen with resiliency skills so they have what it takes to navigate the tough stuff in life. Each workshop is set up as an individual class so parents can attend the ones that work best for their schedule or come to all. Come join the conversation! Learn, laugh, and walk away with great tools for your parenting tool belt! - 2 HOUR CERTIFICATE FOR EACH CLASS

_X_ Date: Tuesday, March 21, 2017   Class: Rebellious Teens Good Choices    Date: Tuesday, March 28, 2017    Class: Teen Reactions
_X_ Date: Tuesday, April 4, 2017    Class: Persistence    _X_ Date: Tuesday, April 11, 2017    Class: Risk-takers
            Date: Tuesday, April 18, 2017    Class: Push the Boundaries
    Location: POSTON JR. HIGH MEDIA CENTER - 2433 E. Adobe Street    Mesa 85213

**PRESENTED BY:** Eva Dwight

**ON THIS DAY:** 05-03-2017    April 11, 2017

ST-PLOOF-001932

# mesa PUBLIC SCHOOLS
# PARENT UNIVERSITY
## CERTIFICATE of PARTICIPATION

Jessica Ploof

**Participant**

Professional Development Activity

**BUILDING RESILIENCE IN TEENS** - Are you concerned that your child gives up too easily? Do they have the backbone to stand strong in the face of peer pressure and easy access to drugs and alcohol? "Bubble wrap" your teen with resiliency skills so they have what it takes to navigate the tough stuff in life. Each workshop is set up as an individual class so parents can attend the ones that work best for their schedule or come to all. Come join the conversation! Learn, laugh, and walk away with great tools for your parenting tool belt! - 2 HOUR CERTIFICATE FOR EACH CLASS

- Date: Tuesday, March 21, 2017   Class: Rebellious Teens Good Choices   Date: Tuesday, March 28, 2017   Class: Teen Reactions
- Date: Tuesday, April 4, 2017   Class: Persistence   Date: Tuesday, April 11, 2017   Class: Risk-takers
- Date: Tuesday, April 18, 2017   Class: Push the Boundaries

Location: POSTON JR. HIGH MEDIA CENTER - 2433 E. Adobe Street   Mesa 85213

PRESENTED BY: Eva Dwight   _Eva Dwight_

ON THIS DAY: 7-5-2017

Case 2:21-cv-00853-JJT   Document 122-14   Filed 01/28/26   Page 8 of 10

ST-PLOOF-001933



# mesa PARENT UNIVERSITY
## PUBLIC SCHOOLS
# CERTIFICATE of PARTICIPATION

Participant

**Professional Development Activity**

**BUILDING RESILIENCE IN TEENS** - Are you concerned that your child gives up too easily? Do they have the backbone to stand strong in the face of peer pressure and easy access to drugs and alcohol? "Bubble wrap" your teen with resiliency skills so they have what it takes to navigate the tough stuff in life. Each workshop is set up as an individual class so parents can attend the ones that work best for their schedule or come join the conversation! Learn, laugh, and walk away with great tools for your parenting tool belt! - 2 HOUR CERTIFICATES FOR EACH CLASS
Date: Tuesday, March 21, 2017  Class: Rebellious Teens Good Choices   Date: Tuesday, March 28, 2017   Class: Teen Reactions
Date: Tuesday, April 4, 2017   Class: Persistence    Date: Tuesday, April 11, 2017   Class: Risk-takers
             Date: Tuesday, April 18, 2017   Class: Push the Boundaries
Location: POSTON JR. HIGH MEDIA CENTER - 2433 E. Adobe Street  Mesa 85213

PRESENTED BY: _Eve Dwight_    Eva Dwight

ON THIS DAY: 7-12-2017



ST-PLOOF-001934



# mesa PARENT UNIVERSITY
## PUBLIC SCHOOLS

# CERTIFICATE of PARTICIPATION

**Participant**

**Professional Development Activity**

BUILDING RESILIENCE IN TEENS - Are you concerned that your child gives up too easily? Do they have the backbone to stand strong in the face of peer pressure and easy access to drugs and alcohol? "Bubble wrap" your teen with resiliency skills so they have what it takes to navigate the tough stuff in life. Each workshop is set up as an individual class so parents can attend the ones that work best for their schedule or come to all. Come join the conversation! Learn, laugh, and walk away with great tools for your parenting tool belt! - 2 HOUR CERTIFICATE FOR EACH CLASS

____ Date: Tuesday, March 21, 2017   Class: Rebellious Teens Good Choices  ____ Date: Tuesday, March 28, 2017   Class: Teen Reactions
____ Date: Tuesday, April 4, 2017   Class: Persistence  ____ Date: Tuesday, April 11, 2017   Class: Risk-takers
   ____ Date: Tuesday, April 18, 2017   Class: Push the Boundaries
   Location: POSTON JR. HIGH MEDIA CENTER - 2433 E. Adobe Street   Mesa 85213

PRESENTED BY: _Eva Dwight_    Eva Dwight

ON THIS DAY: 7-19-2017

Case 2:21-cv-00853-JJT   Document 122-14   Filed 01/28/26   Page 10 of 10

ST-PLOOF-001935

# mesa PARENT UNIVERSITY
### PUBLIC SCHOOLS

## CERTIFICATE of PARTICIPATION



**Participant**

Professional Development Activity

**BUILDING RESILIENCE IN TEENS** - Are you concerned that your child gives up too easily? Do they have the backbone to stand strong in the face of peer pressure and easy access to drugs and alcohol? "Bubble wrap" your teen with resiliency skills so they have what it takes to navigate the tough stuff in life. Each workshop is set up as an individual class so parents can attend the ones that work best for their schedule or come to all. Come join the conversation! Learn, laugh, and walk away with great tools for your parenting tool belt! - 2 HOUR CERTIFICATE FOR EACH CLASS

Date: Tuesday, March 21, 2017   Class: Rebellious Teens Good Choices   Date: Tuesday, March 28, 2017   Class: Teen Reactions
Date: Tuesday, April 4, 2017   Class: Persistence   Date: Tuesday, April 11, 2017   Class: Risk-takers
Date: Tuesday, April 18, 2017   Class: Push the Boundaries
Location: POSTON JR. HIGH MEDIA CENTER - 2433 E. Adobe Street   Mesa 85213

PRESENTED BY: _Eva Dwight_   Eva Dwight

ON THIS DAY: _7-27-2017_

