# EXHIBIT 14

**testday**   Compliance Report - Ploof, Jessica                                  ☐ = Non-Compliant

| Date Range | 02/01/2017 - 09/06/2017, 218 days | | | Current Enrollment Dates | 02/10/2017 - 11/03/2017 | | |
|---|---|---|---|---|---|---|---|
| Participant | Ploof, Jessica | | | D.O.B. | | ID# | 601396795 |
| Scheduled | 026 | Do Test | 024 | Do Not Test   175 | Did Not Call   015 | Positive Days   000 | Problem Collections   000 |

| Date | Scheduled | Call Time | Response | Called From | Confirm # | Test Results / Collections |
|---|---|---|---|---|---|---|
| 02/01/2017 | | | Did Not Call | | | |
| 02/02/2017 | | | Did Not Call | | | |
| 02/03/2017 | | | Did Not Call | | | |
| 02/04/2017 | | | Did Not Call | | | |
| 02/05/2017 | | | Did Not Call | | | |
| 02/06/2017 | | | Did Not Call | | | |
| 02/07/2017 | | | Did Not Call | | | |
| 02/08/2017 | | | Did Not Call | | | |
| 02/09/2017 | | | Did Not Call | | | |
| 02/10/2017 | Scheduled | | Did Not Call | | | |
| 02/11/2017 | | | Did Not Call | | | |
| 02/12/2017 | | | Did Not Call | | | |
| 02/13/2017 | Scheduled | | Did Not Call | | | |
| 02/14/2017 | | 03:45 pm | Do Not Test | | 2127 | |
| 02/15/2017 | | 09:17 am | Do Not Test | | 8956 | |
| 02/16/2017 | | 07:18 am | Do Not Test | | 4084 | |
| 02/17/2017 | Scheduled | 10:53 am | Do Test | | 8202 | 11 Panel Urine - Terros - Negative |
| 02/18/2017 | | 05:58 am | Do Not Test | | 5772 | |
| 02/19/2017 | | 07:51 am | Do Not Test | | 7999 | |
| 02/20/2017 | | 07:39 am | Do Not Test | | 8930 | |
| 02/21/2017 | Scheduled | 08:40 am | Do Test | | 8940 | 11 Panel Urine - Terros - Negative |
| 02/22/2017 | Scheduled | 08:01 am | Do Test | | 9262 | 11 Panel Urine - Terros - Negative |
| 02/23/2017 | | 10:58 am | Do Not Test | | 1868 | |
| 02/24/2017 | | 11:12 am | Do Not Test | | 2532 | |
| 02/25/2017 | | 07:13 am | Do Not Test | | 5856 | |
| 02/26/2017 | | 08:06 am | Do Not Test | | 2763 | |
| 02/27/2017 | | 07:38 am | Do Not Test | | 2285 | |
| 02/28/2017 | | 07:03 am | Do Not Test | | 6881 | |
| 03/01/2017 | Scheduled | 06:42 am | Do Test | | 5607 | 11 Panel Urine - Terros - Negative |
| 03/02/2017 | Scheduled | 07:14 am | Do Test | | 5683 | 11 Panel Urine - Terros - Negative |
| 03/03/2017 | | 08:07 am<br>03:09 pm | Do Not Test<br>Do Not Test | | 4612<br>3993 | |
| 03/04/2017 | | 04:13 am<br>07:26 am | Called Too Early<br>Do Not Test | | 6782<br>3160 | |
| 03/05/2017 | | 09:17 am | Do Not Test | | 3257 | |
| 03/06/2017 | Scheduled | 07:54 am | Do Test | | 6301 | 11 Panel Urine - Terros - Negative |

**testday**   Powered by TestDay, 505 W McDowell Rd, Phoenix AZ, 85003   09/06/2017 12:21pm
Phone: (602) 241-9000   Online: www.testday.com   page 1 / 6

ST-PLOOF-002062

Compliance Report - Ploof, Jessica

| Date | Scheduled | Call Time | Response | Called From | Confirm # | Test Results / Collections |
|---|---|---|---|---|---|---|
| 03/07/2017 | Scheduled | 07:07 am | Do Test | | 7181 | 11 Panel Urine - Terros - Negative |
| 03/08/2017 | | 07:28 am | Do Not Test | | 4320 | |
| 03/09/2017 | | 06:52 am | Do Not Test | | 6205 | |
| 03/10/2017 | | 06:53 am | Do Not Test | | 1208 | |
| 03/11/2017 | | 07:32 am | Do Not Test | (480) 580-5120 | 5473 | |
| 03/12/2017 | | 07:12 am | Do Not Test | (480) 469-6727 | 9388 | |
| 03/13/2017 | | 07:04 am | Do Not Test | | 6022 | |
| 03/14/2017 | | 08:12 am | Do Not Test | | 3599 | |
| 03/15/2017 | | 10:16 am | Do Not Test | | 5250 | |
| 03/16/2017 | Scheduled | 07:18 am | Do Test | | 5269 | 11 Panel Urine - Terros - Negative |
| 03/17/2017 | Scheduled | 11:43 am | Do Test | | 7279 | 11 Panel Urine - Terros - Negative |
| 03/18/2017 | | 08:11 am | Do Not Test | | 4739 | |
| 03/19/2017 | | 07:46 am | Do Not Test | (480) 580-5120 | 8874 | |
| 03/20/2017 | Scheduled | 07:46 am | Do Test | | 7987 | 11 Panel Urine - Terros - Negative |
| 03/21/2017 | | 07:16 am | Do Not Test | | 1163 | |
| 03/22/2017 | | 06:42 am | Do Not Test | (480) 580-5120 | 1326 | |
| 03/23/2017 | Scheduled | 08:02 am | Do Test | | 8928 | 11 Panel Urine - Terros - Negative |
| 03/24/2017 | | 07:44 am | Do Not Test | (480) 580-5120 | 4499 | |
| 03/25/2017 | | 01:46 pm | Do Not Test | | 5438 | |
| 03/26/2017 | | 07:13 am | Do Not Test | | 3414 | |
| 03/27/2017 | | 08:42 am | Do Not Test | | 6638 | |
| 03/28/2017 | Scheduled | 07:53 am | Do Test | | 2697 | 11 Panel Urine - Terros - Negative |
| 03/29/2017 | | 07:24 am | Do Not Test | | 6761 | |
| 03/30/2017 | | 07:45 am | Do Not Test | | 8668 | |
| 03/31/2017 | Scheduled | 07:07 am | Do Test | | 5606 | 11 Panel Urine - Terros - Negative |
| 04/01/2017 | | 08:31 am | Do Not Test | | 8213 | |
| 04/02/2017 | | 07:42 am | Do Not Test | | 1303 | |
| 04/03/2017 | Scheduled | 06:54 am | Do Test | | 4485 | 11 Panel Urine - Terros - Negative |
| 04/04/2017 | | 07:30 am | Do Not Test | | 5611 | |
| 04/05/2017 | | 07:29 am | Do Not Test | | 9531 | |
| 04/06/2017 | Scheduled | 07:29 am | Do Test | | 1684 | 11 Panel Urine - Terros - Negative |
| 04/07/2017 | | 07:48 am | Do Not Test | | 4492 | |
| 04/08/2017 | | 07:06 am | Do Not Test | | 3585 | |
| 04/09/2017 | | | Did Not Call | | | |
| 04/10/2017 | Scheduled | 06:30 am | Do Test | | 3836 | 11 Panel Urine - Terros - Negative |
| 04/11/2017 | | 07:01 am | Do Not Test | | 5191 | |
| 04/12/2017 | | 06:03 am | Do Not Test | | 8989 | |
| 04/13/2017 | | 06:26 am | Do Not Test | | 2999 | |

testday   Powered by TestDay, 505 W McDowell Rd, Phoenix AZ, 85003   09/06/2017 12:21pm
Phone: (602) 241-9000   Online: www.testday.com   page 2 / 6

ST-PLOOF-002063

Compliance Report - Ploof, Jessica

| Date | Scheduled | Call Time | Response | Called From | Confirm # | Test Results / Collections |
|---|---|---|---|---|---|---|
| 04/14/2017 | | 07:32 am | Do Not Test | | 1969 | |
| 04/15/2017 | | 07:25 am | Do Not Test | | 5346 | |
| 04/16/2017 | | 07:51 am | Do Not Test | | 3716 | |
| 04/17/2017 | | 07:35 am | Do Not Test | | 6129 | |
| 04/18/2017 | | 07:15 am | Do Not Test | | 2699 | |
| 04/19/2017 | | 07:59 am | Do Not Test | | 8220 | |
| 04/20/2017 | | 07:14 am | Do Not Test | | 2361 | |
| 04/21/2017 | | 07:31 am | Do Not Test | | 8476 | |
| 04/22/2017 | | 08:11 am | Do Not Test | | 9210 | |
| 04/23/2017 | | 07:15 am | Do Not Test | | 3940 | |
| 04/24/2017 | | 06:51 am | Do Not Test | | 8485 | |
| 04/25/2017 | | 07:09 am | Do Not Test | | 9274 | |
| 04/26/2017 | | 06:35 am | Do Not Test | | 2185 | |
| 04/27/2017 | | 06:17 am | Do Not Test | | 4995 | |
| 04/28/2017 | | 06:13 am | Do Not Test | | 5884 | |
| 04/29/2017 | | 07:28 am | Do Not Test | | 5192 | |
| 04/30/2017 | | 07:02 am | Do Not Test | | 9934 | |
| 05/01/2017 | | 06:19 am | Do Not Test | | 5699 | |
| 05/02/2017 | | 06:55 am | Do Not Test | | 3107 | |
| 05/03/2017 | Scheduled | 08:13 am | Do Test | | 4337 | 11 Panel Urine - Terros - Negative |
| 05/04/2017 | | 07:40 am | Do Not Test | | 9866 | |
| 05/05/2017 | | 09:00 am | Do Not Test | | 9392 | |
| 05/06/2017 | | 09:17 am | Do Not Test | | 9230 | |
| 05/07/2017 | | 09:14 am | Do Not Test | | 5249 | |
| 05/08/2017 | | 07:18 am | Do Not Test | | 9278 | |
| 05/09/2017 | | 07:58 am | Do Not Test | | 7017 | |
| 05/10/2017 | | 08:08 am | Do Not Test | | 2739 | |
| 05/11/2017 | | 08:55 am | Do Not Test | | 1343 | |
| 05/12/2017 | | 08:24 am | Do Not Test | | 9350 | |
| 05/13/2017 | | 11:25 am | Do Not Test | | 9598 | |
| 05/14/2017 | | 09:48 am | Do Not Test | | 1580 | |
| 05/15/2017 | | 05:37 am | Do Not Test | | 4785 | |
| 05/16/2017 | | 07:43 am | Do Not Test | | 6928 | |
| 05/17/2017 | | 08:17 am | Do Not Test | | 7058 | |
| 05/18/2017 | | 07:22 am | Do Not Test | | 2669 | |
| 05/19/2017 | | 08:29 am | Do Not Test | | 1678 | |
| 05/20/2017 | | 09:22 am | Do Not Test | | 3153 | |
| 05/21/2017 | | 08:46 am | Do Not Test | | 5551 | |
| 05/22/2017 | | 07:26 am | Do Not Test | | 1789 | |
| 05/23/2017 | | 08:29 am | Do Not Test | | 2576 | |
| 05/24/2017 | | 08:51 am | Do Not Test | | 3804 | |
| 05/25/2017 | | 09:30 am | Do Not Test | | 2822 | |
| 05/26/2017 | Scheduled | 08:55 am | Do Test | | 3574 | 11 Panel Urine - Terros - Negative |
| 05/27/2017 | | 07:37 am | Do Not Test | | 3592 | |
| 05/28/2017 | | | Did Not Call | | | |
| 05/29/2017 | | 09:26 am | Blackout Date | | 2210 | |

Compliance Report - Ploof, Jessica

| Date | Scheduled | Call Time | Response | Called From | Confirm # | Test Results / Collections |
|---|---|---|---|---|---|---|
| 05/30/2017 | | 08:15 am | Do Not Test | | 1640 | |
| 05/31/2017 | | 07:06 am | Do Not Test | | 7760 | |
| 06/01/2017 | | 08:24 pm | Called Too Late | | 1929 | |
| 06/02/2017 | Scheduled | 06:49 am | Do Test | | 9629 | 11 Panel Urine - Terros<br>- Negative |
| 06/03/2017 | | 06:44 am | Do Not Test | | 9130 | |
| 06/04/2017 | | 07:08 am | Do Not Test | | 9399 | |
| 06/05/2017 | | 08:07 am | Do Not Test | | 7409 | |
| 06/06/2017 | | 08:16 am | Do Not Test | | 1597 | |
| 06/07/2017 | | 06:42 am | Do Not Test | | 2944 | |
| 06/08/2017 | | 07:39 am | Do Not Test | | 3166 | |
| 06/09/2017 | | 08:50 am | Do Not Test | | 2538 | |
| 06/10/2017 | | 08:21 am | Do Not Test | | 4559 | |
| 06/11/2017 | | 07:05 am | Do Not Test | | 8212 | |
| 06/12/2017 | | 07:07 am | Do Not Test | | 9475 | |
| 06/13/2017 | Scheduled | 06:59 am | Do Test | | 4663 | 11 Panel Urine - Terros<br>- Negative |
| 06/14/2017 | | 07:10 am | Do Not Test | | 6430 | |
| 06/15/2017 | | 08:03 am | Do Not Test | | 8077 | |
| 06/16/2017 | | 06:14 am | Do Not Test | | 8062 | |
| 06/17/2017 | | 06:54 am | Do Not Test | | 7811 | |
| 06/18/2017 | | 08:36 am | Do Not Test | | 2855 | |
| 06/19/2017 | | 06:34 am | Do Not Test | | 5484 | |
| 06/20/2017 | | 08:34 am | Do Not Test | | 9453 | |
| 06/21/2017 | | 07:07 am | Do Not Test | | 8933 | |
| 06/22/2017 | | 07:42 am | Do Not Test | | 6395 | |
| 06/23/2017 | | 08:20 am | Do Not Test | | 2902 | |
| 06/24/2017 | | 07:27 am | Do Not Test | | 7071 | |
| 06/25/2017 | | 08:39 am | Do Not Test | | 5096 | |
| 06/26/2017 | | 07:18 am<br>08:47 am | Do Not Test<br>Do Not Test | | 3907<br>5453 | |
| 06/27/2017 | | 07:01 am | Do Not Test | | 5101 | |
| 06/28/2017 | | 09:11 am | Do Not Test | | 3546 | |
| 06/29/2017 | | 07:07 am | Do Not Test | | 4761 | |
| 06/30/2017 | | 07:27 am | Do Not Test | | 9460 | |
| 07/01/2017 | | 08:30 am | Do Not Test | | 3106 | |
| 07/02/2017 | | 07:29 am | Do Not Test | | 2673 | |
| 07/03/2017 | | 07:46 am | Do Not Test | | 5876 | |
| 07/04/2017 | | 06:29 am | Blackout Date | | 1712 | |
| 07/05/2017 | Scheduled | 06:06 am | Do Test | | 8525 | 11 Panel Urine - Terros<br>- Negative<br>- Specimen Dilute<br>(see result report) |
| 07/06/2017 | | 06:50 am | Do Not Test | | 3393 | |
| 07/07/2017 | | 07:59 am | Do Not Test | | 4096 | |
| 07/08/2017 | | 06:04 am<br>06:53 am<br>06:55 am | Do Not Test<br>Do Not Test<br>Do Not Test | | 3995<br>9948<br>1070 | |

testday   Powered by TestDay, 505 W McDowell Rd, Phoenix AZ, 85003   Phone: (602) 241-9000   Online: www.testday.com   09/06/2017 12:21pm   page 4 / 6

ST-PLOOF-002065

Compliance Report - Ploof, Jessica

| Date | Scheduled | Call Time | Response | Called From | Confirm # | Test Results / Collections |
|---|---|---|---|---|---|---|
| 07/09/2017 | | 11:28 am | Do Not Test | | 5585 | |
| 07/10/2017 | | 07:30 am | Do Not Test | | 6358 | |
| 07/11/2017 | | 05:36 am | Do Not Test | | 8669 | |
| 07/12/2017 | | 07:13 am | Do Not Test | | 5259 | |
| | | 07:14 am | Do Not Test | | 8946 | |
| 07/13/2017 | Scheduled | 07:50 am | Do Test | | 2031 | 11 Panel Urine - Terros<br>   - Negative |
| 07/14/2017 | | 07:33 am | Do Not Test | | 5077 | |
| 07/15/2017 | | 06:45 am | Do Not Test | | 3333 | |
| 07/16/2017 | | 01:12 pm | Do Not Test | | 4914 | |
| 07/17/2017 | | 07:23 am | Do Not Test | | 5035 | |
| 07/18/2017 | | 07:49 am | Do Not Test | | 9116 | |
| 07/19/2017 | | 06:39 am | Do Not Test | | 2011 | |
| 07/20/2017 | | 06:11 am | Do Not Test | | 3550 | |
| 07/21/2017 | | 05:59 am | Do Not Test | | 3436 | |
| | | 06:24 am | Do Not Test | | 9243 | |
| 07/22/2017 | | 05:24 am | Do Not Test | | 8630 | |
| 07/23/2017 | | 08:28 am | Do Not Test | | 8103 | |
| 07/24/2017 | | 06:56 am | Do Not Test | | 5474 | |
| 07/25/2017 | | 06:47 am | Do Not Test | | 4824 | |
| 07/26/2017 | | 06:55 am | Do Not Test | | 3030 | |
| 07/27/2017 | | 07:34 am | Do Not Test | | 3603 | |
| 07/28/2017 | | 08:33 am | Do Not Test | | 1638 | |
| 07/29/2017 | | 07:37 am | Do Not Test | | 1770 | |
| 07/30/2017 | | 07:23 am | Do Not Test | | 9224 | |
| 07/31/2017 | | 06:40 am | Do Not Test | | 9527 | |
| 08/01/2017 | | 07:38 am | Do Not Test | | 2933 | |
| 08/02/2017 | | 06:40 am | Do Not Test | | 4108 | |
| 08/03/2017 | | 07:35 am | Do Not Test | | 8677 | |
| 08/04/2017 | | 08:11 am | Do Not Test | | 6318 | |
| 08/05/2017 | | 08:00 am | Do Not Test | | 7297 | |
| 08/06/2017 | | 07:42 am | Do Not Test | | 4144 | |
| 08/07/2017 | | 06:31 am | Do Not Test | | 4474 | |
| 08/08/2017 | | 06:52 am | Do Not Test | | 3288 | |
| | | 08:47 am | Do Not Test | | 6754 | |
| 08/09/2017 | | 08:15 am | Do Not Test | | 8867 | |
| 08/10/2017 | | 08:31 am | Do Not Test | | 9625 | |
| 08/11/2017 | | 07:46 am | Do Not Test | | 9632 | |
| 08/12/2017 | | 07:49 am | Do Not Test | | 6340 | |
| 08/13/2017 | | 09:00 am | Do Not Test | | 8583 | |
| 08/14/2017 | Scheduled | 07:51 am | Do Test | | 7582 | 11 Panel Urine - Terros<br>   - Negative<br>   - Specimen Dilute<br>      (see result report) |
| 08/15/2017 | | 07:28 am | Do Not Test | | 5375 | |
| 08/16/2017 | | 07:06 am | Do Not Test | | 3645 | |
| 08/17/2017 | | 07:29 am | Do Not Test | | 7445 | |
| 08/18/2017 | | 07:40 am | Do Not Test | | 4636 | |

Compliance Report - Ploof, Jessica

| Date | Scheduled | Call Time | Response | Called From | Confirm # | Test Results / Collections |
|---|---|---|---|---|---|---|
| 08/19/2017 | | 06:55 am | Do Not Test | | 9467 | |
| 08/20/2017 | | 07:35 am | Do Not Test | | 9621 | |
| 08/21/2017 | | 06:56 am | Do Not Test | | 2102 | |
| 08/22/2017 | | 08:34 am | Do Not Test | | 7601 | |
| 08/23/2017 | | 07:30 am | Do Not Test | | 7727 | |
| 08/24/2017 | | 07:16 am | Do Not Test | | 2026 | |
| 08/25/2017 | | 06:23 am | Do Not Test | | 8601 | |
| 08/26/2017 | | 06:35 am | Do Not Test | | 9425 | |
| 08/27/2017 | | 07:47 am | Do Not Test | | 3332 | |
| 08/28/2017 | | 06:51 am | Do Not Test | | 6525 | |
| 08/29/2017 | | 06:47 am | Do Not Test | | 7083 | |
| 08/30/2017 | | 06:59 am | Do Not Test | | 2070 | |
| 08/31/2017 | Scheduled | 07:02 am | Do Test | | 5563 | 11 Panel Urine - Terros - Negative |
| 09/01/2017 | | 07:45 am | Do Not Test | | 4317 | |
| 09/02/2017 | | 07:55 am | Do Not Test | | 2512 | |
| 09/03/2017 | | 07:47 am | Do Not Test | | 7229 | |
| 09/04/2017 | | 06:47 am | Blackout Date | | 1744 | |
| 09/05/2017 | | 07:06 am | Do Not Test | | 9885 | |
| 09/06/2017 | | 08:06 am | Do Not Test | | 1007 | |