# EXHIBIT 25

**JAMES S. THAL, Ph.D.**
*Licensed Psychologist*
7315 N. 16th Street, Suite 202
Phoenix, AZ 85020
Tel (602) 263-8756
Fax (602) 263-8772

January 29, 2018

Claudia Hoff
Etc.
Etc.

Re: Ploof Family

Dear Ms. Hoff,

As you know I psychologically evaluated the mother, Jessica Ploof, and, more recently, the maternal grandmother, Brendi Ploof (see reports dated 7/18/2017 and 1/4/18, respectively). In discussing this case further with your predecessor, Paige Szymkowski, I would recommend further assessment regarding what is the best placement for Hunter, given his special needs and his relationships with the adults who have been primarily involved in his life. Therefore, I would recommend that you seek a bonding/best interest evaluation of the child and the parties involved. I propose an evaluator be selected to review the materials provided to me, the psychological assessments I completed, relevant records regarding Hunter's special needs, and other pertinent information which the evaluator might request.

I am therefore recommending a bonding/best interest evaluation to include Hunter, his maternal grandmother, his foster parents, and his mother. Bonding and attachment issues should be assessed along with an appraisal by the assigned psychologist as to who can best meet Hunter's specific needs. I appreciate the opportunity to supplement my recent report with this correspondence as I believe such additional assessment would aid your department and the court in making the best decision for Hunter. Please do not hesitate to contact me if you have any questions about what I am recommending.

Sincerely,

James S. Thal, Ph.D.
Psychologist

Cc: Paige Szymakowski(SP?)

THAL(PLOOF) 000358