EXHIBIT 2Î

*Emails regarding 10/10/18 —...*

James Thal, Ph.D. <jst@drthal.phxcoxmail.com>
Wednesday, January 24, 2018 2:39 PM
'Szymkowski, Paige A'

**To:**
**Subject:**      RE: Brendi Ploof

That still works. Can you initiate the call please. His number is 602-770-8180. Thanks!

Tami Kelly, Office Manager
James S. Thal, Ph.D.
7315 N. 16th Street, Suite 202
Phoenix, AZ 85020
602-263-8756
602-263-8772 (fax)

**From:** Szymkowski, Paige A [mailto:Paige.Szymkowski@AZDCS.GOV]
**Sent:** Wednesday, January 24, 2018 2:25 PM
**To:** James Thal, Ph.D. <jst@drthal.phxcoxmail.com>
**Subject:** RE: Brendi Ploof

Next Tuesday would be great, does that still work?

**Arizona**
**Department of Child Safety**

Paige Szymkowski
Program Supervisor
Department of Child Safety
3925 E. Broadway Rd.
Phoenix, AZ, 85040
p. 602-771-0640
f. 602-774-8384
Paige.Szymkowski@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** James Thal, Ph.D. [mailto:jst@drthal.phxcoxmail.com]
**Sent:** Wednesday, January 24, 2018 1:59 PM
**To:** Szymkowski, Paige A <Paige.Szymkowski@AZDCS.GOV>
**Subject:** RE: Brendi Ploof

Hi Paige –

Let's schedule a time for you to talk with Dr. Thal. Is next Tuesday or Wednesday at 4:30 OK?

Tami Kelly, Office Manager
James S. Thal, Ph.D.

1

7315 N. 16th Street, Suite 202
Phoenix, AZ 85020
602-263-8756
602-263-8772 (fax)

**From:** Szymkowski, Paige A [mailto:Paige.Szymkowski@AZDCS.GOV]
**Sent:** Wednesday, January 24, 2018 1:32 PM
**To:** James Thal, Ph.D. <jst@drthal.phxcoxmail.com>
**Subject:** RE: Brendi Ploof

Hi Dr. Thal,

Do you have time to discuss the below client?

Thanks,



*Arizona*
*Department of Child Safety*

**Paige Szymkowski**
Program Supervisor
Department of Child Safety
3925 E. Broadway Rd.
Phoenix, AZ, 85040
p. 602-771-0640
f. 602-774-8384
Paige.Szymkowski@azdcs.gov
AZDCS Website| Twitter| to report child abuse or neglect: 1-888-SOS-CHILD

**From:** James Thal, Ph.D. [mailto:jst@drthal.phxcoxmail.com]
**Sent:** Thursday, January 18, 2018 11:30 AM
**To:** Szymkowski, Paige A <Paige.Szymkowski@AZDCS.GOV>
**Subject:** Brendi Ploof

Attached is the psychological evaluation report regarding Ms. Ploof. Thank you for the referral.

Tami Kelly, Office Manager
James S. Thal, Ph.D.
7315 N. 16th Street, Suite 202
Phoenix, AZ 85020
602-263-8756
602-263-8772 (fax)

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further

2

THAL(PLOOF) 000743