# EXHIBIT 2J

| From: | Hoff, Claudia, E </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D7DF38F04F2A47DDAF89934372F67B6F-HOFF, CLAUD> |
|---|---|
| To: | Dr. James S.Thal |
| Sent: | 2/2/2018 9:38:59 AM |
| Subject: | RE: Brendi Ploof |

Hi,

Yes, since I recently received the case and I knew Paige had concerns, I was holding off. I did meet with Jessica and her mother last week. While Jessica has completed most of the services, she is so low functioning, I don't know that she could parent a child with special needs. Her mother…..something was off there. I couldn't exactly put my finger on it. But, their room-mate (owner of the house) cleared the background check and the home was clean and safe (I couldn't get into his bedroom's as they were locked). Ok, I will shred the report that was sent. Thanks and I hope you are feeling better…………..

claudia

**From:** Dr. James S.Thal [mailto:jst@drthal.phxcoxmail.com]
**Sent:** Friday, February 02, 2018 6:55 AM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Subject:** Re: Brendi Ploof

Hi Claudia,
I didn't realize that the report had not been distributed as yet. That being the case, I will re-work the recommendations to include the bonding assessment. I home sick today, so it maybe next week before I get the revised Brenda Ploof to you. In the interim, please shred any copies of the report Tami sent a few days ago.

Thanks,

Dr. Jim Thal

On Feb 1, 2018, at 3:02 PM, Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV> wrote:

Hi,

I am now the assigned CM for this case. I know that Dr. Thal had contact with previous CM Paige and I have not disclosed his report dated 1/4/2018. So, if there are changes that he feels need changing, he can just put the update in the report and scan it to me. I will then disclose.

Thanks,

Claudia hoff
'

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.
'

ST-PLOOF-016427

---

| | |
|---|---|
| **From:** | James Thal, Ph.D. <jst@drthal.phxcoxmail.com> |
| **To:** | Hoff, Claudia, E |
| **Sent:** | 2/7/2018 10:22:38 AM |
| **Subject:** | Brendi Ploof |
| **Attachments:** | Ploof, Brendi 1-4-18.pdf |

Claudia –

Attached is the psychological evaluation regarding Brendi Ploof.  Please be sure to shred the other report.  Thank you!

Tami Kelly, Office Manager
James S. Thal, Ph.D.
7315 N. 16th Street, Suite 202
Phoenix, AZ  85020
602-263-8756
602-263-8772 (fax)

**ST-PLOOF-016428**

---

| From: | Hoff, Claudia, E </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D7DF38F04F2A47DDAF89934372F67B6F-HOFF, CLAUD> |
|---|---|
| To: | James Thal, Ph.D. |
| Sent: | 2/7/2018 11:37:21 AM |
| Subject: | RE: Brendi Ploof |

Thanks!

**From:** James Thal, Ph.D. [mailto:jst@drthal.phxcoxmail.com]
**Sent:** Wednesday, February 07, 2018 10:23 AM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Subject:** Brendi Ploof

Claudia –

Attached is the psychological evaluation regarding Brendi Ploof.  Please be sure to shred the other report.  Thank you!

Tami Kelly, Office Manager
James S. Thal, Ph.D.
7315 N. 16th Street, Suite 202
Phoenix, AZ  85020
602-263-8756
602-263-8772 (fax)

ST-PLOOF-016429