# EXHIBIT AA

# James Thal, Ph.D.

**From:** James Thal, Ph.D. <jst@drthal.phxcoxmail.com>
**Sent:** Wednesday, February 7, 2018 10:23 AM
**To:** 'Hoff, Claudia, E'
**Subject:** Brendi Ploof
**Attachments:** Ploof, Brendi 1-4-18.pdf

Claudia –

Attached is the psychological evaluation regarding Brendi Ploof. Please be sure to shred the other report. Thank you!

Tami Kelly, Office Manager
James S. Thal, Ph.D.
7315 N. 16th Street, Suite 202
Phoenix, AZ 85020
602-263-8756
602-263-8772 (fax)