# EXHIBIT H

3/6/18

Claudia went to court yesterday regarding Ploof. It turns out that prior caseworker, Paige, had disclosed the first report you generated, so the attorneys caught that there were two different reports. Claudia explained that Paige asked you to consider additional info and that you had revised your report. Judge Ryan was okay with going with the second report, but the court would like to know:

Why did you recommend a bonding/best interest evaluation in your second version of the report and not in the first version? Please send Claudia Hoff an email addressing this question.

THAL(PLOOF) 000389