# EXHIBIT 34

ARIZONA STATE PERSON NEL SYSTEM

## LOYALTY OATH

A.R.S. §38-231. Officers and employees required to take loyalty oath; form; classification; definition

A. In order to ensure the statewide application of this section on a uniform basis, each board, commission, agency and independent office of this state, and of any of its political subdivisions, and of any county, city, town, municipal corporation, school district and public educational institution, shall completely reproduce this section so that the form of written oath or affirmation required in this section contains all of the provisions of this section for use by all officers and employees of all boards, commissions, agencies and independent offices.

B. Any officer or employee who fails to take and subscribe to the oath or affirmation provided by this section within the time limits prescribed by this section is not entitled to any compensation until the officer or employee does so take and subscribe to the form of oath or affirmation prescribed by this section.

C. Any officer or employee having taken the form of oath or affirmation prescribed by this section, and knowingly at the time of subscribing to the oath or affirmation, or at any time thereafter during the officer's or employee's term of office or employment, does commit or aid in the commission of any act to overthrow by force, violence or terrorism as defined in section 13-2301 the government of this state or of any of its political subdivisions, or advocates the overthrow by force, violence or terrorism as defined in section 13-2301 of the government of this state or of any of its political subdivisions, is guilty of a class 4 felony and, on conviction under this section, the officer or employee is deemed discharged from the office or employment and is not entitled to any additional compensation or any other emoluments or benefits which may have been incident or appurtenant to the office or employment.

D. Any of the persons referred to in article XVIII, section 10, Constitution of Arizona, as amended, relating to the employment of aliens, are exempted from any compliance with this section.

E. In addition to any other form of oath or affirmation specifically provided by law for an officer or employee, before any officer or employee enters upon the duties of the office or employment, the officer or employee shall take and subscribe the following oath or affirmation:

**State-ofrArizonar Countvof- MoHCOPfL 1,_____ Paige Sajmhowski__(employee name) do**

**solemnly swear (or affirm) that I will support the Constitution of the United States and the**

**Constitution and laws of the State of Arizona, that I will bear true faith and allegiance to the same and**

**defend them against all enemies, foreign and domestic, and that I will faithfully and impartially**

**discharge the duties of the office of _DCG -_ {agency name)**

**according to the best of my ability, so help me God (or so I do affirm).**

_____(Signature of officer or employee)

_____ v 7/7/14 _____ XDate)

F. For the purposes of this section, "officer or employee" means any person elected, appointed or employed, either on a part-time orfulLtime basis, by this state or any of its political subdivisions or any county, city, town, municipal corporation, school district, public educational institution or any board, commission or agency of any county, dty, town, municipal corporation, school district or public educational institution.

ASPS/HRD-FA5.06 10/12

ST-PLOOF-006061