# EXHIBIT 35
# UNDER SEAL