# EXHIBIT A

| | |
|---|---|
| **From:** | Dr. Bryce Bennett <drbennett@oasispsych.com> |
| **To:** | Hoff, Claudia, E |
| **Sent:** | 6/12/2018 12:40:05 PM |
| **Subject:** | RE: Ploof |

I was expecting some documents from you and had not seen them.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

***NOTICE:*** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Tuesday, June 12, 2018 12:36 PM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Subject:** Ploof

Hi,

Any chance I can get the bonding best interest evaluation? We have another hearing on Tuesday to address this issue.

Thanks so much!

Claudia hoff

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

ST-PLOOF-016118

---

| From: | Dr. Bryce Bennett <drbennett@oasispsych.com> |
|---|---|
| To: | Hoff, Claudia, E |
| Sent: | 6/12/2018 1:19:29 PM |
| Subject: | RE: Message from "RNP00267387C7FB" |

Thank you. I will see what I can do to complete both reports and get them to you by Monday.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

-----Original Message-----
From: Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
Sent: Tuesday, June 12, 2018 1:16 PM
To: Dr. Bryce Bennett <drbennett@oasispsych.com>
Subject: FW: Message from "RNP00267387C7FB"

Hi,

Here are the most current visits between Jessica, Brendy and H.P.

FYI, they missed the CFT on 6/8/2018. Brendy stated that she called in 5 times to Jewish Family, but there was no answer. Brendy has been provided a list of OT/PT/Speech providers in her neighborhood and developmental preschools to start contacting in case H.P. is sent home.

Last week, Jessica states that her taxi did not pick her up on 6/5/2018 and that she had no phone working to call the taxi service.

They are barely minimal..........

Thanks, claudia

-----Original Message-----
From: donotreply@mail.maricopa.gov [mailto:donotreply@mail.maricopa.gov]
Sent: Tuesday, June 12, 2018 2:11 PM
To: Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
Subject: Message from "RNP00267387C7FB"

This E-mail was sent from "RNP00267387C7FB" (Aficio MP 5002).

Scan Date: 06.12.2018 14:10:59 (-0700)
Queries to: donotreply@mail.maricopa.gov

'

---

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you

may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

ST-PLOOF-016120