# EXHIBIT A-17

| | |
|---|---|
| From: | Dr. Bryce Bennett <drbennett@oasispsych.com> |
| To: | Hoff, Claudia, E |
| Sent: | 6/21/2018 6:19:04 PM |
| Subject: | RE: bonding best interest for Ploof |

Thanks for the heads up!

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

**NOTICE:** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Thursday, June 21, 2018 4:04 PM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Subject:** RE: bonding best interest for Ploof

Thank you so much for the report. It was very detailed and you may be called to testify, as I believe we are going to attempt to terminate parental rights.

claudia

**From:** Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
**Sent:** Monday, June 18, 2018 4:13 PM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Cc:** Breeding, Nicholas A (Nick) <Nicholas.Breeding@AZDCS.GOV>
**Subject:** RE: bonding best interest for Ploof

Our office manager will fax it over.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

**NOTICE:** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL*

ST-PLOOF-016163

*information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Monday, June 18, 2018 3:59 PM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Cc:** Breeding, Nicholas A (Nick) <Nicholas.Breeding@AZDCS.GOV>
**Subject:** RE: bonding best interest for Ploof

Hi Nick,

Did you receive the encryption?

Thanks, claudia

**From:** Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
**Sent:** Monday, June 18, 2018 3:41 PM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Subject:** RE: bonding best interest for Ploof

I already sent them via encryption.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

**NOTICE:** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Monday, June 18, 2018 3:39 PM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Subject:** RE: bonding best interest for Ploof

Hi,

Can you send the reports to Nick.breeding@azdcs.gov

Thanks, Claudia

Or fax to 602-506-7455

ST-PLOOF-016164

**From:** Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
**Sent:** Monday, June 18, 2018 2:57 PM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Subject:** RE: bonding best interest for Ploof


Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

**NOTICE:** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Monday, June 18, 2018 2:56 PM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Subject:** RE: bonding best interest for Ploof

Nope, not there.  I can't open the PDF…………

**From:** Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
**Sent:** Monday, June 18, 2018 2:54 PM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Subject:** RE: bonding best interest for Ploof

I resent it again via our encryption service. It may be in your spam file.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

**NOTICE:** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

ST-PLOOF-016165

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Monday, June 18, 2018 2:53 PM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Subject:** RE: bonding best interest for Ploof

Hi,

I don't see an attachment……….

Thanks, claudia

**From:** Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
**Sent:** Monday, June 18, 2018 2:48 PM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Subject:** RE: bonding best interest for Ploof

Sent via our encryption service. Please let me know if you do not receive it.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

**NOTICE:** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Monday, June 18, 2018 11:39 AM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Subject:** RE: bonding best interest for Ploof

Great, thanks!

**From:** Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
**Sent:** Monday, June 18, 2018 11:27 AM
**To:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Subject:** RE: bonding best interest for Ploof

Yes. I am finalizing them both now.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP
Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.

ST-PLOOF-016166

1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

**NOTICE:** *This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.*

**From:** Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
**Sent:** Monday, June 18, 2018 11:26 AM
**To:** Dr. Bryce Bennett <drbennett@oasispsych.com>
**Subject:** bonding best interest for Ploof

Hi,

Is the report coming today?

Thanks, claudia

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail. and then delete the original e-mail. Thank you.

---

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail. and then delete the original e-mail. Thank you.

ST-PLOOF-016168