# EXHIBIT A-18

---

| | |
|---|---|
| From: | |
| To: | Dr. Bryce Bennett |
| Sent: | 9/20/2018 4:59:40 PM |
| Subject: | RE: Message from "RNP00267387C7FB" |

I can send you more case aide notes from the last report. We are terminating on mother.

-----Original Message-----
From: Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
Sent: Thursday, September 20, 2018 4:56 PM
To: Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
Subject: RE: Message from "RNP00267387C7FB"

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.


Any new records and any other recent updates.

Also, what is the deal with Mother? She isn't living at home so where did she go? Is she still engaged in case plan/ services?

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

-----Original Message-----
From: Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
Sent: Thursday, September 20, 2018 4:43 PM
To: Dr. Bryce Bennett <drbennett@oasispsych.com>
Subject: RE: Message from "RNP00267387C7FB"

Is there anything else that you need, that you don't have? We need the evaluation back quickly, as Dr. Thal doesn't want to see Brendi for another psych eval, until he sees your evaluation.

Thanks, claudia

-----Original Message-----
From: Dr. Bryce Bennett [mailto:drbennett@oasispsych.com]
Sent: Thursday, September 20, 2018 3:44 PM
To: Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
Subject: RE: Message from "RNP00267387C7FB"

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.


Thanks.

Thank you,

S. Bryce Bennett, Psy.D., CJSOTS, CSOTS, CATP, CCTP, CFTP Licensed Clinical Psychologist
Oasis Psychological Services, PLLC.
1930 South Alma School Road. STE A216
Phone: 480-282-4237
Fax: 623-900-7217

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

-----Original Message-----
From: Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
Sent: Thursday, September 20, 2018 3:42 PM
To: Dr. Bryce Bennett <drbennett@oasispsych.com>
Subject: FW: Message from "RNP0C267387C7FB"

Questions for best interest tomorrow for Ploof.

Thanks, claudia

-----Original Message-----
From: donotreply@mail.maricopa.gov [mailto:donotreply@mail.maricopa.gov]
Sent: Thursday, September 20, 2018 3:58 PM
To: Hoff, Claudia, E <Claudia.Hoff@AZDCS.GOV>
Subject: Message from "RNP00267387C7FB"

CAUTION: This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.


This E-mail was sent from "RNP0C267387C7FB" (Aficio MP 5002).

Scan Date: 09.20.2018 15:58:12 (-0700)
Queries to: donotreply@mail.maricopa.gov

_____

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.


_____

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

ST-PLOOF-016175