# EXHIBIT 40
# UNDER SEAL