# EXHIBIT 43
# UNDER SEAL