
EXHIBIT 15

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Jessica Ploof, an individual,

Plaintiff,

v.

State of Arizona, et al.,

Defendants.

Case No.2:21-CV-00853-PHX-JJT

DEPOSITION OF NICHOLAS BREEDING

Phoenix, Arizona
October 31, 2025
9:31 a.m.

CERTIFIED COPY

Reported by:
MICHELE KALEY, CSR, RPR
Certified Court Reporter
AZ CR No. 50512
CA CSR No.10993
TX CR No. 5512
Michele@michelekaley.com

CARRIE REPORTING, LLC
Certified Reporters
17505 North 79th Avenue
Suite 301-C
Glendale, Arizona 85308
(480) 429-7573

The DEPOSITION OF NICHOLAS BREEDING was taken on October 31, 2025, commencing at 9:31 a.m., at the law offices of Snell & Wilmer, located at One East Washington Street, Suite 2700, Phoenix, Arizona, 85004, before MICHELE KALEY, a Certified Reporter in the State of Arizona.

COUNSEL APPEARING:

For the Plaintiff:

Thomas A. Connelly
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

For the Defendants:

Julie Rhodes
Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004-2926

For Dr. Thal:

Jeff Hunter, counsel for Dr. Thal
WEINBERG WHEELER HUDGINS GUNN & DIAL
One North Central Avenue, Suite 900
Phoenix, Arizona 85004

Also Present:

Natalie Newell

I N D E X


| WITNESS | PAGE |
| --- | --- |
| NICHOLAS BREEDING | |
| BY MR. CONNELLY | 4 |
| BY MR. HUNTER | 115 |


* * *

E X H I B I T S

(No exhibits were marked.)

NICHOLAS BREEDING,

a witness herein, having been first duly sworn by the Certified Court Reporter to speak the truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MR. CONNELLY:

Q. Good morning, Mr. Breeding. My name is Tom Connelly. I represent Jessica Ploof in this case and will be asking you some questions about that case for a couple of hours today. I understand you have a hard stop time of, what is it, Julie, 2:00 today?

MS. RHODES: I don't remember exactly. That sounds about right.

MR. CONNELLY: 2:00 or 3:00 today. Hopefully, we will be done before then. It shouldn't take much longer than a couple of hours.

BY MR. CONNELLY:

Q. But why don't we start today with, first of all, you stating and spelling your name for the record so the court reporter gets it on the record correctly.

A. Yeah. My name is Nicholas Breeding. That's N-i-c-h-o-l-a-s, B-r-e-e-d-i-n-g.

Q. How old are you, Mr. Breeding?

Q. Now, are you aware that less than two weeks after receiving this report, that Paige had a conversation about this report with Dr. Thal?

A. I just -- I don't remember.

Q. And if Paige was going to have a conversation with Dr. Thal about his report, she would have to come and staff that with you before she did it, correct?

MS. RHODES: Form, foundation.

THE WITNESS: Yes.

BY MR. CONNELLY:

Q. And at this time, in January of 2018, Claudia had been assigned this case to replace Paige, right?

A. Right.

Q. And so if it was thought that there needed to be a conversation with Dr. Thal about this report, then would Claudia have also been part of that discussion?

A. Typically, I would think so.

Q. And so as you're sitting here today, do you have any recollection of having a conversation with Claudia and Paige about contacting Dr. Thal in relation to this report?

A. I just -- I just don't remember.

Q. Are there any policies and procedures at the department that you're aware of that approve of a

A. Every document we received was distributed to the Court, so --

Q. And --

A. That was our practice.

Q. Right. And then the parent aide report just showed a summary that would also be distributed to the attorney representing Jessica Ploof, correct?

A. Yes.

Q. Okay. And as you sit here today, you don't -- you don't have a recollection of communicating with Dr. Thal either in writing, email, text, phone call, in person, verbally, regarding his evaluations of Jessica and/or Brendi Ploof, true?

A. That is true. I do not recall anything.

MR. HUNTER: Okay. I have no more questions for you. Thank you, sir.

MR. CONNELLY: Thank you.

MS. RHODES: I don't have any questions for the witness today. We will read and sign.

(Deposition concluded at 1:12 p.m.)

__________________________

NICHOLAS BREEDING

STATE OF ARIZONA )
)
COUNTY OF MARICOPA )

BE IT KNOWN that the foregoing proceedings were taken by me, MICHELE KALEY, a Certified Reporter, in and for the County of Maricopa, State of Arizona; that the witness before testifying was duly sworn to testify to the whole truth; that the questions propounded to the witness and the answers of the witness thereto were taken down by me in shorthand and thereafter reduced to typewriting under my direction; that the foregoing pages are a true and correct transcript of all proceedings had, all done to the best of my skill and ability.

I CERTIFY that I am in no way related to any of the parties hereto, nor am I in any way interested in the outcome hereof.

[X] Review and signature was requested.
[ ] Review and signature was not requested.
[ ] Review and signature was waived.

I FURTHER CERTIFY that I have complied with the ethical obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206(J)(1)(g)(1) and (2). Dated at Phoenix, Arizona, this 11th day of November, 2025.

Michele Kaley

Michele Kaley, RPR
Arizona CR No. 50512

I CERTIFY that Carrie Reporting, LLC, has Complied with the ethical obligations set forth in ACJA 7-206. Dated at Phoenix, Arizona, this 17th day of November, 2025.

Michele Durrer

Carrie Reporting, LLC
Arizona RRF No. R1064