Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**Mills + Woods Law pllc**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**Gillespie, Shields & Taylor**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMITS**<br><br>(Hon. John J. Tuchi) |

　　　　Pursuant to LRCiv 7.2(e), Plaintiff, through counsel undersigned, hereby moves the Court for leave to exceed the seventeen (17) page limit for Plaintiff's Motion for Summary Judgment and the ten (10) page limit for Plaintiff's Statement of Facts in Support of Plaintiff's Motion for Summary Judgment.

　　　　Plaintiff's summary judgment motion is dispositive on liability for several claims and issues in this case, and for numerous Defendants. As filed, the motion totals 20 pages; however, excluding the caption and signature certification pages, totals 19 pages.

Plaintiff's Statement of Facts is just over 10 pages by 9 lines, but excluding the caption and signature certification pages it total 10 pages.

Considering the scope, complexity, importance of the issues, and facts discussed in the motion and the statement of facts, Plaintiff requests that the Court grant an enlargement of the page limit up to and including 20 pages for her motion for summary judgment and up to and including 11 pages for her statement of facts.

Plaintiff sought Defendants' positions on this motion. An auto-response from State Defendants' counsel indicated that she is out of the office. Defendant Thal's counsel did not response before this motion was filed.

**DATED** this 28th day of January 2026.

        **MILLS + WOODS LAW PLLC**

        By   */s/ Thomas A. Connelly*
            Thomas A. Connelly
            Robert T. Mills
            Sean A. Woods
            5055 North 12th Street, Suite 101
            Phoenix, AZ 85014

        **GILLESPIE, SHIELDS & TAYLOR**
            DeeAn Gillespie Strub
            Jenny D. Jansch
            7319 North 16th Street
            Phoenix, AZ 85020

        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record

    /s/ Thomas A. Connelly

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556