UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**ORDER**<br><br>(Hon. John J. Tuchi) |

　　This matter coming before the Court on Plaintiff's Motion for Leave to Exceed LRCiv.7.2(e) Page Limit for Plaintiff's Motion for Summary Judgment (Doc. ___) and Plaintiff's Statement of Facts in Support of Her Motion for Summary Judgment (Doc. ___), and good cause appearing therefore,

　　**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted.

　　**DATED** this ___ day of January 2026.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge