Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**Mills + Woods Law pllc**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**Gillespie, Shields &Taylor**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>            Plaintiff,<br>v.<br><br>State of Arizona, *et al.*,<br><br>           Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL**<br><br>(Hon. John J. Tuchi) |

Pursuant to LRCiv. 5.6, this Court's March 29, 2024, Protective Order (Doc. 46) and A.R.S. §§41-1959(A) and 8-208(F) regarding confidentiality of child-protective records, Plaintiff moves this Court for leave to file the following Confidential information under seal in support of Plaintiff's Motion for Summary Judgment and supporting Statement of Facts (Doc. __).

    1. **Exhibit 4** - Comprehensive Child Safety and Risk Assessment;

    2. **Exhibit 6 -** Team Decision Making (TDM) Summary Report;

3. **Exhibit 7** - Temporary Custody Notice (TCN);
4. **Exhibit 8** - Arizona Department of Child Safety -Case Build;
5. **Exhibit 9** - DCS' Dependency Petition;
6. **Exhibit 10** - DCS' [Amended] Dependency Petition;
7. **Exhibit 11** - DCS' Report to the Juvenile Court for Preliminary Protective Hrg.;
8. **Exhibit 12** - DCS' Report to the Juvenile Court for Preliminary Protective Hrg;
9. **Exhibit 17** - DCS' Referral for Psychological Evaluation;
10. **Exhibit 20** - DCS' Assessments and Plans;
11. **Exhibit 22** - Psychological Evaluation Report;
12. **Exhibit 23** - Psychological Evaluation Report;
13. **Exhibit 28** - Psychological Evaluation Report;
14. **Exhibit 31** - DCS's Parent Aide Discharge Summary;
15. **Exhibit 35** - Bonding Assessment
16. **Exhibit 41** - Psychological Evaluation Report;
17. **Exhibit 43** – Dr. Underwood's Psychological Evaluation Report;

Pursuant to LRCiv 5.6(b), Plaintiff sets forth a clear statement of the facts and legal authority to justify filing under seal. "The compelling reasons standard applies to a motion to seal an entire pleading or portions thereof." *Reeves v. Shinn*, No. CV-21-01183-PHX-DWL, 2022 WL 17490556 at *1 (D. Ariz. Oct. 19, 2022). "What constitutes a 'compelling reason' is 'best left to the sound discretion' of the trial court." *Id*., at *1 (citations omitted).

Here, the documents relate to confidential Arizona Department of Child Safety records that are subject to this Court's Protective Order. Therefore, Plaintiff respectfully request leave to file the Confidential Documents under seal.

**DATED** this 28th day of January 2026.

**MILLS + WOODS LAW PLLC**

By    /s/ Thomas A. Connelly
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record

    /s/ Thomas A. Connelly

3