# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br>　　　　　　Plaintiff,<br>v.<br>State of Arizona, et *al.*,<br>　　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br>**ORDER**<br>(Assigned to Hon. John J. Tuchi) |

Upon review of Plaintiffs' Motion for Leave to File Under Seal (Doc. \_\_\_), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Leave to File Under Seal (Doc. \_\_\_).

**IT IS FURTHER ORDERED** directing the Clerk to file under seal the documents currently lodged under seal at Documents Doc. \_\_\_ Exhibit 4, Exhibits 6-12, Exhibit 17, Exhibit 20, Exhibits 22-23, Exhibit 28, Exhibit 31, Exhibit 35, Exhibit 41, and Exhibit 43.

Dated this \_\_\_\_ day of January 2026

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge