# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Jessica Ploof, an individual,    )
                                 )
         Plaintiff,              )
                                 )
vs.                              )Case No.
                                 )2:21-cv-00853-JJT-PHX
State of Arizona, et al.,        )
                                 )
         Defendants.             )
_____)

DEPOSITION OF PAIGE WOOLDRIDGE

Phoenix, Arizona
September 12, 2025
10:25 a.m.

REPORTED BY:                          CARRIE REPORTING, LLC
Kristy A. Ceton, RPR, CRR             Certified Reporters
AZ CR No. 50200                       17505 N. 79th Avenue
                                      Suite 301-C
                                      Glendale, AZ 85308
 CERTIFIED COPY                       (480) 429-7573

5

                                Phoenix, Arizona
                                September 12, 2025
                                10:25 a.m.


                PAIGE WOOLDRIDGE,
called as a witness herein, having been first duly
sworn, was examined and testified as follows:


                    EXAMINATION
BY MR. CONNELLY:
    Q.   All right.  Please state and spell your
name for the record.
    A.   My name is Paige, P-a-i-g-e.  Last name
Wooldridge, W-o-o-l-d-r-i-d-g-e.
    Q.   And that's your married name, right?
    A.   Correct.
    Q.   What's your maiden name?
    A.   It's Szymkowski.
    Q.   Will you spell that, please?
    A.   Yes.  It's S-z-y-m-k-o-w-s-k-i.
    Q.   And you know why you're here today?
    A.   Yes.
    Q.   Case involving Jessica Ploof, right?
    A.   Yes.
    Q.   Do you remember Jessica at all?
    A.   A little bit.

20

1  school?
2       A.   In 2010, yes.
3       Q.   Yeah.
4            So you were at ASU from the fall of 2010
5  until the spring of 2014?
6       A.   That's correct.
7       Q.   And you have a bachelor's in family and
8  human development?
9       A.   Yes.
10      Q.   And a minor in psychology?
11      A.   Yes.
12      Q.   Do you have any certifications or
13 licenses?
14      A.   No.
15      Q.   According to your resume, at one time,
16 you were a certified nursing assistant.  Do you still
17 have that certification?
18      A.   No.
19      Q.   How long did you have that certification?
20      A.   I don't recall.  But it was a short
21 stint.
22      Q.   Was it only for the time that you were
23 working at Bayada Home Health Care?
24      A.   If I recall correctly, then yes.
25      Q.   Is that a certification that you have to

41

1          A.   For the City of Mesa.
2          Q.   How long have you been there?
3          A.   Two years.
4          Q.   So where did you go after you left the
5     department in 2021?
6          A.   I worked part-time in retail.  I had a
7     short stint where I was doing parent social work
8     through Maricopa County.
9          Q.   You were doing that part-time or
10    full-time?
11         A.   That was part-time.  It was contract.
12         Q.   Parent social work?
13         A.   Yes.
14         Q.   For Maricopa County?
15         A.   Yes.
16         Q.   Are you -- are you a licensed social
17    worker?
18         A.   No.
19         Q.   How long did you do that?
20         A.   I don't recall specifically.
21         Q.   Okay.  Was there any other position you
22    had before you started working for victim services?
23         A.   No.  Just that, and working part-time in
24    retail.
25         Q.   Okay.  So you worked -- so after you

```
                                                                      231
 1    STATE OF ARIZONA       )
                             ) ss.
 2    COUNTY OF MARICOPA     )

 3

 4              BE IT KNOWN that the foregoing
      proceedings were taken by me, KRISTY A. CETON, a
 5    Certified Reporter, in and for the County of
      Maricopa, State of Arizona; that the witness before
 6    testifying was duly sworn to testify to the whole
      truth; that the questions propounded to the witness
 7    and the answers of the witness thereto were taken
      down by me in shorthand and thereafter reduced to
 8    typewriting under my direction; that the witness
      requested reading and signing said deposition; that
 9    the foregoing pages are a true and correct transcript
      of all proceedings had, all done to the best of my
10    skill and ability.
                I FURTHER CERTIFY that I am in no way
11    related to any of the parties hereto, nor am I in any
      way interested in the outcome hereof.
12              I FURTHER CERTIFY that I have complied
      with the ethical obligations set forth in ACJA
13    7-206(J)(1)(g)(1) and (2).

14
      Kristy A. Ceton                              50200_____
15    Certified Reporter                           CR Number

16    _____
                                                   09-25-2025
17    Certified Reporter Signature                 Date

18
                I CERTIFY that this Registered Reporting
19    Firm has complied with the ethical obligations set
      forth in ACJA 7-206(J)(1)(g)(1) and (2).

20

21    Carrie Reporting, LLC                        R1064
      Registered Reporting Firm                    RRF No.
22
                                                   09-25-2025
23
      Registered Reporting Firm                    Date
24    Signature

25
```