# EXHIBIT 3

```
                UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF ARIZONA


Jessica Ploof, an individual,   )
                                )
        Plaintiff,              )
                                )
     vs.                        )   Case No.
                                )   2:21-cv-00853-JJT-PHX
 State of Arizona, et al.,      )
                                )
        Defendants.             )
                                )
                                )
_____)
```

### DEPOSITION OF CLAUDIA HOFF

Phoenix, Arizona
October 10, 2025
10:09 a.m.

**CERTIFIED COPY**

Reported by:

CARRIE A. CARIATI
AZ CR No. 50355
NM Certified CR No. 613
Certified Realtime Reporter
Registered Professional Reporter
carrie@carriereporting.com

CARRIE REPORTING, LLC
Certified Reporters
12725 W. Indian School Rd.
Suite F-100
Avondale, Arizona 85392
(480)429-7573

1                     CLAUDIA HOFF,
2 a witness herein, having been first duly sworn by the
3 Certified Court Reporter to speak the truth and nothing
4 but the truth, was examined and testified as follows:
5
6                     EXAMINATION
7 BY MR. CONNELLY:
8     *Q.*   So, Ms. Hoff, why don't you just state your name
9 again for the record, spelling your last name so we make
10 sure we have it right.
11     *A.*   Sure.  My name is Claudia.  My last name is
12 Hoff, H-o-f-f.
13     *Q.*   And you understand you are here for a deposition
14 in the matter of Jessica Ploof versus the State of
15 Arizona --
16     *A.*   Yes.
17     *Q.*   -- yourself and Paige and Dr. Thal, right?
18     *A.*   Correct.
19     *Q.*   Have you seen the complaint in this case?
20     *A.*   I have.
21     *Q.*   And when was that?  When was the last time you
22 looked at it?
23     *A.*   Last night.
24     *Q.*   I see you have got some documents in front of
25 you.  Are those documents you reviewed in preparation for

1  A.  Yeah. And three years in St. Louis.
2  Q.  Oh, okay. So when you said 31 years, you were
3  counting the time in St. Louis?
4  A.  Right.
5  Q.  And so it was three years in St. Louis, not two?
6  A.  Yes.
7  Q.  So you have been at the department -- what is
8  now the Department of Child Safety since 1991.
9       So you were there when it was still part of
10 the Department of Economic Security, right?
11 A.  Right.
12 Q.  And I saw that you graduated UW Oshkosh in 1977;
13 is that right?
14 A.  That's right.
15 Q.  With a Bachelor of Science in social work?
16 A.  Yes.
17 Q.  Do you have any master's degrees or any other
18 postgraduate degrees?
19 A.  No.
20 Q.  Do you have any certifications?
21 A.  No.
22 Q.  You are not a certified social worker or
23 anything like that?
24 A.  No.
25 Q.  When was it that you started in St. Louis as a

# CERTIFICATE

I HEREBY CERTIFY that the foregoing deposition was taken by me pursuant to notice; that I was then and there a Certified Court Reporter for the State of Arizona, and by virtue thereof authorized to administer an oath; that the witness before testifying was duly sworn by me to testify to the whole truth and nothing but the truth; pursuant to request, notification was provided that the deposition is available for review and signature; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed through computer-aided transcription under my direction, and that the foregoing typewritten pages contain a full, true, and accurate transcript of all proceedings had upon the taking of said deposition, all done to the best of my skill and ability.

I FURTHER CERTIFY that I am in no way related to nor employed by any of the parties hereto, nor am I in any way interested in the outcome hereof.

I FURTHER CERTIFY that I have complied with the ethical obligations set forth in ACJA Sections (J)(1)(g)(1) and (2).

DATED at Phoenix, Arizona, this 13th day of November, 2025.

_____
CARRIE A. CARIATI
Registered Professional Reporter
Certified Realtime Reporter
Certificate No. 50355


I CERTIFY that this Registered Reporting Firm has complied with the ethical obligations set forth in ACJA Sections (J)(1)(g)(1) and (2).

DATED at Phoenix, Arizona, this 13th day of November, 2025.

_____
Registered Reporting Firm R1064
CARRIE A. CARIATI, Owner