# EXHIBIT 4

```
            IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF ARIZONA


                              )
                              )
 Jessica Ploof, an            )
 individual,                  )
                              )
            Plaintiff,        ) Case No.2:21-CV-00853-PHX-JJT
 v.                           )
                              )
 State of Arizona,            )
 et al.,                      )
                              )
                              )
 Defendants.                  )
```

DEPOSITION OF NICHOLAS BREEDING

Phoenix, Arizona
October 31, 2025
9:31 a.m.

CERTIFIED COPY

Reported by:
MICHELE KALEY, CSR, RPR              CARRIE REPORTING, LLC
Certified Court Reporter             Certified Reporters
AZ CR No. 50512                      17505 North 79th Avenue
CA CSR No.10993                      Suite 301-C
TX CR No. 5512                       Glendale, Arizona 85308
Michele@michelekaley.com             (480) 429-7573

                                                                    4

1              NICHOLAS BREEDING,
2    a witness herein, having been first duly sworn by the
3    Certified Court Reporter to speak the truth and
4    nothing but the truth, was examined and testified as
5    follows:
6
7                      EXAMINATION
8    BY MR. CONNELLY:
9        Q.   Good morning, Mr. Breeding.  My name is Tom
10   Connelly.  I represent Jessica Ploof in this case and
11   will be asking you some questions about that case for
12   a couple of hours today.  I understand you have a hard
13   stop time of, what is it, Julie, 2:00 today?
14            MS. RHODES:  I don't remember exactly.  That
15   sounds about right.
16            MR. CONNELLY:  2:00 or 3:00 today.  Hopefully,
17   we will be done before then.  It shouldn't take much
18   longer than a couple of hours.
19   BY MR. CONNELLY:
20       Q.   But why don't we start today with, first of
21   all, you stating and spelling your name for the record
22   so the court reporter gets it on the record correctly.
23       A.   Yeah.  My name is Nicholas Breeding.  That's
24   N-i-c-h-o-l-a-s, B-r-e-e-d-i-n-g.
25       Q.   How old are you, Mr. Breeding?

9

1       A.    Yes.
2       Q.    Do you have any licenses like -- or
3  certifications?  Are you a certified social worker?
4       A.    No.
5       Q.    Have you ever been a certified social worker?
6       A.    No.
7       Q.    Do you have any -- hold any licenses that are
8  related to child welfare?
9       A.    No.
10      Q.    And is the job with the Arizona Department of
11 Child Safety the only one that you had that's related
12 in some way to your degree?
13      A.    I mean, I -- just the sociology degree; I
14 mean, with criminology, so --
15      Q.    Right.  So have you ever worked in law
16 enforcement?
17      A.    I have done internships with them.
18      Q.    Okay.  And that was the internship in Oklahoma
19 City?
20      A.    Yes.
21      Q.    Okay.  And beyond that, have you worked in the
22 law enforcement area in association with your degree?
23      A.    I mean, aside from the internship, that would
24 have been the only time.
25      Q.    Okay.  And is your work with the Arizona

```
                                                                    117
 1   STATE OF ARIZONA    )
                         )
 2   COUNTY OF MARICOPA  )

 3              BE IT KNOWN that the foregoing
     proceedings were taken by me, MICHELE KALEY, a
 4   Certified Reporter, in and for the County of Maricopa,
     State of Arizona; that the witness before testifying
 5   was duly sworn to testify to the whole truth; that the
     questions propounded to the witness and the answers of
 6   the witness thereto were taken down by me in shorthand
     and thereafter reduced to typewriting under my
 7   direction; that the foregoing pages are a true and
     correct transcript of all proceedings had, all done to
 8   the best of my skill and ability.

 9              I CERTIFY that I am in no way related to
     any of the parties hereto, nor am I in any way
10   interested in the outcome hereof.

11   [X] Review and signature was requested.
     [ ] Review and signature was not requested.
12   [ ] Review and signature was waived.

13              I FURTHER CERTIFY that I have complied
     with the ethical obligations set forth in ACJA
14   7-206(F)(3) and ACJA 7-206(J)(1)(g)(1) and (2).  Dated
     at Phoenix, Arizona, this 11th day of November, 2025.
15
                 [signature: Michele Kaley]
16   _____
            Michele Kaley, RPR
17          Arizona CR No. 50512

18
     I CERTIFY that Carrie Reporting, LLC, has
19   Complied with the ethical obligations set forth in
     ACJA 7-206. Dated at Phoenix, Arizona, this 17th day
20   of November, 2025.
              [signature: Michele Durrer]
21   _____

22   Carrie Reporting, LLC
     Arizona RRF No. R1064
23

24

25
```