KRISTIN K. MAYES
Attorney General

Deborah Garner (026161)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Phone: (602) 542-7612
Fax: (602) 542-3393
DefensePhx@azag.gov
Deborah.Garner@azag.gov
*Attorneys for DCS Defendants*

## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　Defendants. | Case No: 2:21-cv-00853-JJT<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR PENDING MOTIONS**<br><br>(Hon. John J. Tuchi) |

The parties, by and through their respective undersigned counsel, stipulate to a briefing schedule for multiple pending motions. The following motions are currently pending: (1) State Defendants' Motion to Exclude; (2) State Defendants' Motion for Summary Judgment; (3) Defendant Thal's Motion for Summary Judgment; (4) Plaintiff's Motion for Summary Judgment.

To simplify the briefing schedule and keep deadlines consistent across all pending motions, the parties have conferred and agree to the following:

| | |
|---|---|
| State Defendants' Reply in Support of Motion to Exclude | February 20, 2026 |
| All Responses to Motions for Summary Judgment | March 13, 2026 |
| All Replies to Motions for Summary Judgment | March 31, 2026 |

Good cause exists to grant the Parties' stipulated briefing schedule for the multiple pending motions. A proposed form of Order is lodged herein.

1

RESPECTFULLY SUBMITTED this 6th day of February, 2026.

        Kristin K. Mayes
        Attorney General

        By */s/ Deborah Garner*
           Deborah Garner
           Assistant Attorney General
           Attorneys for DCS Defendants

        MILLS & WOODS LAW PLLC

        By */s/ Thomas A. Connelly*
           Thomas A. Connelly
           Robert T. Mills
           Sean A. Woods
           5055 North 12th Street, Suite 101
           Phoenix, Arizona 85014

        GILLESPIE, SHIELDS & TAYLOR
        DeeAn Gillespie
        Jenny D. Jansch
        7319 North 16th Street
        Phoenix, Arizona 85020
        *Attorneys for Plaintiff Jessica Ploof*

        WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

        By */s/ Jeffrey S. Hunter*
           Jeffrey S. Hunter, Esq.
           1 North Central Avenue, Suite 900
           Phoenix, Arizona 85004
           *Counsel for Defendant James Thal*

## CERTIFICATE OF SERVICE

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, this 6th day of February, 2026:

| | |
|---|---|
| Thomas A. Connelly, Esq. | DeeAn Gillespie Strub, Esq. |
| Robert T. Mills, Esq. | Jenny D. Jansch, Esq. |
| Sean A. Woods, Esq. | GILLESPIE, SHIELDS & TAYLOR |
| MILLS + WOODS LAW, PLLC | dgillespie@gillaw.com |
| tconnelly@millsandwoods.com | jjansch@gillaw.com |
| rmills@millsandwoods.com | *Attorneys for Ploof* |
| swoods@millsandwoods.com | |
| *Attorneys for Ploof* | |

1  Jeffrey S. Hunter, Esq.
2  WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
3  jhunter@wwhgd.com
   *Attorney for Defendant Thal*
4

5  /s/ Sarah Wolfe
6  LMS20-0389