**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Ploof<br><br>       Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>       Defendants. | Case No: 2:21-cv-00853-JJT<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR PENDING MOTIONS**<br><br>(Hon. John J. Tuchi) |

On stipulation of the Parties and good cause appearing.

IT IS ORDERED that the Stipulation is **GRANTED.**

IT IS FURTHER ORDERED that the briefing deadlines for the Parties' current pending motions shall be as follows:

| | |
|---|---|
| State Defendants' Reply in Support of Motion to Exclude | February 20, 2026 |
| All Responses to Motions for Summary Judgment | March 13, 2026 |
| All Replies to Motions for Summary Judgment | March 31, 2026 |