# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof,<br><br>        Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>        Defendants. | No. CV-21-00853-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Stipulation Regarding Briefing Schedule for Pending Motions (Doc. 129). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 129).

**IT IS FURTHER ORDERED** that the briefing deadlines for the Parties' current pending motions shall be as follows:

| | |
|---|---|
| State Defendants' Reply in Support of Motion to Exclude (Doc. 109) | **February 20, 2026** |
| All Responses to Motions for Summary Judgment (Docs. 113, 121) | **March 13, 2026** |
| All Replies to Motions for Summary Judgment | **March 31, 2026** |

Dated this 9th day of February, 2026.

Honorable John J. Tuchi
United States District Judge