1  KRISTIN K. MAYES
   Attorney General
2
3  Deborah Garner (026161)
   Assistant Attorneys General
4  2005 North Central Avenue
   Phoenix, Arizona 85004-1592
5  Phone: (602) 542-8050
   Fax: (602) 542-3393
6  DefensePhx@azag.gov
   Deborah.Garner@azag.gov
7
   *Attorney for DCS Defendants*

8           **UNITED STATES DISTRICT COURT**

9           **IN AND FOR THE DISTRICT OF ARIZONA**

10 | Jessica Ploof,                        | Case No: CV21-00853-PHX-JJT

11 |                    Plaintiff,

12 | v.                                    | **DCS DEFENDANTS' MOTION TO**
                                            **FILE EXHIBITS IN SUPPORT OF**
13 | State of Arizona, et al.,             | **CONTROVERTED STATEMENT OF**
                                            **FACTS UNDER SEAL**
14 |                    Defendants.

15         Department of Child Safety ("DCS") Defendants Tafoya, Greenway, Szymkowski,

16 Hoff, and Breeding ("DCS Defendants"), through counsel, move this Court to order the

17 following exhibits to their Controverted Statement of Facts be filed under seal:

18         Exhibits 1-4.

19         The Exhibits contain information that is protected, including the first name of the

20 minor party and other sensitive information regarding the minor party and the parties

21 regarding the underlying dependency matter.   This Court previously protected this

22 information with its Protective Order (Doc. 46), filed March 22, 2024.  Among the state

23 and federal statutes and rules recognizing the confidentiality of these records is A.R.S. §

24 41-1959(A), which prohibits releasing "files that contain information related to

25 investigations conducted by child protective services."  Additionally, "records of . . .

26 dependency proceeding[s] shall not be open to public inspection."  A.R.S. § 8-208(F).

27 State laws that protect the confidentiality of records in child-protective cases provide

28 compelling reasons to grant a motion to seal in a related case brought in federal court.  *See*

*T.T. v. Cnty. of San Diego*, 2020 WL 6118781, at *1 (S.D. Cal. Oct. 16, 2020) (allowing juvenile court records to be sealed, which were statutorily protected by state law). Accordingly, these exhibits, which contain sensitive information and are records from the underlying dependency proceedings, should be filed under seal pursuant to L.R.Civ. 5.6.

For the reasons set forth above, DCS Defendants respectfully request this Court order Exhibits 1-4 to their Controverted Statement of Facts be filed under seal.

DATED this <u>13th</u> day of March, 2026.

Kristin K. Mayes
Attorney General


<u>s/Deborah Garner</u>
Deborah Garner
Assistant Attorney General
*Attorney for DCS Defendants*

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, this <u>13th</u> day of March, 2026:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW, PLLC
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Ploof*

DeeAn Gillespie Strub, Esq.
Jenny D. Jansch, Esq.
GILLESPIE, SHIELDS & TAYLOR
dgillespie@gillaw.com
jjansch@gillaw.com
*Attorneys for Ploof*

Jeffrey S. Hunter, Esq.
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
jhunter@wwhgd.com
*Attorney for Defendant Thal*


By: <u>s/Jill Lafornara</u>