**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Ploof, | Case No: CV21-00853-PHX-JJT |
| Plaintiff, | |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

This Court having considered DCS Defendants' Motion to File Exhibits in Support of Controverted Statement of Facts Under Seal and good cause appearing;

**IT IS ORDERED** granting DCS Defendants' Motion to File Exhibits in Support of Controverted Statement of Facts Under Seal (Doc. _____).

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file under seal the documents currently lodged under seal at Doc. _____.

1