# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br>　　　　　　Plaintiff,<br>v.<br>State of Arizona, et *al.*,<br>　　　　　　Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br>**ORDER**<br>(Assigned to Hon. John J. Tuchi) |

Upon review of Plaintiffs' Motion for Leave to File Under Seal (Doc. ___), and good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiffs' Motion for Leave to File Under Seal (Doc. ___).

**IT IS FURTHER ORDERED** directing the Clerk to file under seal the documents currently lodged under seal at Documents Doc. ___ Exhibits B-D, Exhibits F and G and Exhibits 1 and 2.

Dated this ____ day of March 2026

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　United States District Judge