# EXHIBIT E

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual, | ) |
| Plaintiff, | ) |
| vs. | ) No. CV-21-00853-PHX-JJT |
| State of Arizona, a government entity; et al., | ) |
| Defendants. | ) |

DEPOSITION OF BRENDI PLOOF

Phoenix, Arizona
October 31, 2024

Prepared by:

Jody L. Lenschow, RMR, CRR
Certified Court Reporter
Certification No. 50192



```
 1                DEPOSITION OF BRENDI PLOOF
 2   was taken on October 31, 2024, commencing at 9:46 a.m.,
 3   at the offices of Gillespie, Shields & Taylor, 7319 N.
 4   16th Street, Phoenix, Arizona, before Jody L. Lenschow,
 5   RMR, CRR, Certified Reporter No. 50192 for the State of
 6   Arizona.
 7
 8                        *    *    *
 9   APPEARANCES:
10        For the Plaintiff:
               MILLS + WOODS LAW, P.L.L.C.
11             By:  Mr. Thomas A. Connelly
                    5055 N. 12th Street
12                  Suite 101
                    Phoenix, Arizona  85014
13                  480-999-4556
                    tconnelly@millsandwoods.com
14
15        For the Defendant Thal:
               WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
16             By:  Mr. Jeffrey S. Hunter
                    One N. Central Avenue
17                  Suite 900
                    Phoenix, Arizona  85004-4417
18                  602-307-9900
                    jhunter@wwhgd.com
19
20        For the State Defendants:
               OFFICE OF THE ARIZONA ATTORNEY GENERAL
21             By:  Ms. Julie Rhodes
                    2005 N. Central Avenue
22                  Phoenix, Arizona  85004
                    602-542-5025
23                  julie.rhodes@azag.gov
24
25
```



```
 1      Q.    And then any of the handwriting under Early
 2   Intervention Service where it says Speech, Physical
 3   Therapy, Number of Sessions, and Dates, is that any of
 4   your handwriting in those boxes?
 5      A.    This is not.  Just this at the bottom.
 6      Q.    Okay.  The "I had ▮▮▮▮ originally enrolled in
 7   DDD services in my home," is that in your handwriting?
 8      A.    Yes, and then this.
 9      Q.    Underneath that it says, "He was receiving
10   speech, OT and physical therapy."  Is that your
11   handwriting?
12      A.    Yes.  This is all my handwriting.
13      Q.    And then underneath that it says, "Also I
14   enrolled him into a special needs Dev 1 school."
15      A.    It's a Head Start special needs developmental
16   preschool.
17      Q.    Is that in your handwriting?
18      A.    Yes, that's in my handwriting.
19      Q.    We'll mark this as Exhibit 2.
20            (Deposition Exhibit 2 was marked for
21   identification.)
22   BY MR. HUNTER:
23      Q.    Staying with Exhibit 2, which is -- you got
24   that document in front of you, right?
25      A.    Yes, sir.
```



```
                                                           Page 56
 1      Q.   Okay.  You wrote in your handwriting "I had
 2   ▆▆▆▆ originally enrolled in DDD services in my home,"
 3   correct?
 4      A.   Uh-huh.
 5      Q.   Yes?
 6      A.   Uh-huh.  Yes.
 7      Q.   Okay.  You are the one that got ▆▆▆▆ enrolled
 8   in DDD services, correct?
 9      A.   Jessica and I, yeah.  Yeah.
10      Q.   Well, who did it?  Did you do it or did Jessica
11   do it?
12           MR. CONNELLY:  Form and foundation.
13           Go ahead.
14           THE WITNESS:  I did the initial call to
15   get him services.
16   BY MR. HUNTER:
17      Q.   Okay.  And are you the one that determined that
18   ▆▆▆▆ needed DDD services?
19           MR. CONNELLY:  Form and foundation.
20           THE WITNESS:  No, that was his pediatric,
21   Jere O'Brien, determined that because of the low muscle
22   tone and floppy...
23   BY MR. HUNTER:
24      Q.   Okay.  So Dr. O'Brien told you --
25      A.   Jere O'Brien, yes.
```



Page 57

```
 1      Q.    Dr. O'Brien told you.  Then you called DDD
 2   to --
 3      A.    Set it up.
 4      Q.    -- initiate the services?
 5      A.    Yes.
 6      Q.    Okay.  You wrote "He was receiving speech, OT
 7   and physical therapy."  Was the speech therapy part of
 8   the DDD services or separate?
 9      A.    They were part of the services.  He had
10   occupational and physical therapy.  Then his speech was
11   added later because of excessive drooling and him not
12   articulating his words.
13      Q.    But that was through DDD?
14      A.    That was through DDD, yes, sir.
15      Q.    Okay.  Thank you.
16            And then you wrote "I enrolled him into a
17   special needs --"
18      A.    It's a Head Start special needs preschool.
19      Q.    Okay.  And are you the one that enrolled him in
20   Head Start?
21            MR. CONNELLY:  Form and foundation.
22            THE WITNESS:  Yes.
23   BY MR. HUNTER:
24      Q.    And how did you determine that special needs
25   such as Head Start would be good for him?
```



```
                                                           Page 58
 1      A.     It was recommended to me for ████ to have
 2   those services.
 3      Q.     And who made that recommendation?
 4      A.     Well, his pediatrician is the one that
 5   originally said to get him in there because of him being
 6   floppy and, you know, that that would give him a head
 7   start, you know, and give him skills for like
 8   kindergarten and getting him ready and helping him reach
 9   his potential.
10      Q.     By pediatrician, you mean O'Brien?
11      A.     Jere O'Brien.
12      Q.     Okay.  Thank you.
13             Ma'am, let's go to the next document, which at
14   the top it says Individualized Family Service Plan,
15   dated October 1, 2015.  It's got some handwriting on the
16   top right that says "Proof he was receiving DDD
17   services."
18             Okay, do you have that document in front of
19   you?
20      A.     Yes.
21      Q.     Okay.  And the whole thing is handwritten, but
22   let me ask you this.  The handwriting that says, quote,
23   Proof was receiving DDD services --
24      A.     In home.
25      Q.     -- in home, is that your handwriting?
```



Page 59

```
 1      A.      Yes.
 2      Q.      Okay.  And then there's some handwriting that
 3   says "Also --"
 4      A.      "Refers to Jessica learning sign language for
 5   communication with            ."
 6      Q.      Is that your handwriting?
 7      A.      Yes, and then the one at the bottom.
 8      Q.      Read it.
 9      A.      Because of the divorce and moving around these
10   services were originally in the home, but then changed
11   to his school.  They gave him services at his school.
12      Q.      Okay.  And that's your handwriting, correct?
13      A.      Yes.
14      Q.      The rest of the handwriting on this document is
15   someone else's handwriting?
16      A.      Correct.
17      Q.      Thank you.  And that will be Exhibit 3.
18              (Deposition Exhibit 3 was marked for
19   identification.)
20              THE WITNESS:  These are just one of many
21   services that, you know, of meetings that we were
22   working on with him.
23   BY MR. HUNTER:
24      Q.      The next document I have, at the top on the
25   left it says "Member's Name,            ," and then the
```



Page 159

```
 1   further.  Thank you.
 2              MR. CONNELLY:  All right.  Thank you.
 3   She'll read and sign.
 4              THE COURT REPORTER:  Anybody need a copy,
 5   Mr. Connelly or Ms. Rhodes?
 6              MR. CONNELLY:  Yes, please.
 7              MS. RHODES:  Yes, please.
 8              (The deposition concluded at 12:46 p.m.)
 9
10
11
                    _____
12
                              BRENDI PLOOF
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
1   STATE OF ARIZONA     )
2   COUNTY OF MARICOPA   )
3
4            BE IT KNOWN that the foregoing proceedings
5   were taken before me; that the witness before testifying
6   was duly sworn by me to testify to the whole truth; that
7   the foregoing pages are a full, true, and accurate
8   record of the proceedings, all done to the best of my
9   skill and ability; that the proceedings were taken down
10  by me in shorthand and thereafter reduced to print under
11  my direction.
12           I CERTIFY that I am in no way related to
13  any of the parties hereto, nor am I in any way
14  interested in the outcome hereof.
15          [X] Review and signature was requested.
16          [ ] Review and signature was waived.
17          [ ] Review and signature was not requested.
18           I CERTIFY that I have complied with the
19  ethical obligations set forth in ACJA 7-206(F)(3) and
20  ACJA 7-206 (J)(1)(g)(1) and (2).  Dated at Phoenix,
21  Arizona, this 12th day of November, 2024.
22          _____
23              JODY L. LENSCHOW, RMR, CRR
24                   Certified Reporter
25                 Arizona CR No. 50192
```

```
 1         I CERTIFY that MAGNA LEGAL SERVICES, LLC has
 2   complied with the ethical obligations set forth in ACJA
 3   7-206 (J)(1)(g)(1) through (6).
 4
 5
 6                  _____
 7                       MAGNA LEGAL SERVICES, LLC
 8                        Registered Reporting Firm
 9                         Arizona RRF No. R1102
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```