Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile: (602) 307-5853
*Counsel for Defendant James Thal*

jhunter@wwhgd.com
docketing-PHX@wwhgd.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, an individual,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, governmental entity; Meagan Tafoya, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Tafoya, her spouse; Sarah Greenway, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Greenway, her spouse; Paige Szymkowski, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Szymkowski, her spouse; Claudia Hoff, individually and as an employee with the State of Arizona Department of Child Safety, and John Doe Hoff, her spouse; Nick Breeding, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Breeding, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; James Thal, individually and as a services provider for the State of Arizona Department of Child Safety and Jane Doe Thal, his spouse, John and Jane Does 1-5; and Black Entities 1-5,<br><br>Defendants. | Case No.: CV-21-00853-PHX-JJT<br><br>**DEFENDANT THAL'S MOTION TO FILE EXHIBIT UNDER SEAL** |

1  Defendant James Thal, by and through counsel undersigned, hereby moves this Court to issue an Order and seal the following exhibit noted in his Response to Plaintiff's Motion for Summary Judgment and Controverting Statement of Facts:

Exhibit A

The above-noted exhibit contains protective information as set forth in the Protective Order filed by this Court on March 22, 2024 (Doc. 46).  In addition, there are state and federal statutes and rules that recognize the confidentiality of these records.  For instance, A.R.S. § 41-1953(A) prohibits releasing "files that contain information related to investigations conducted by child protective services."  Also, A.R.S. §8-208(F) states "Except as otherwise provided by law, the  records of … dependency proceeding shall not be open to public inspection."  State laws that protect the confidentiality of records in child-protective cases provide compelling reasons to grant a Motion to Seal in a related case in federal court.  See *T. T. v. Cnty. Of San Diego*, 2020 WL 6118781, at *1 (S.D. Cal. Oct. 16, 2020) (allowing juvenile court records to be sealed, which were statutorily protected by state law).  Accordingly, this exhibit which contain sensitive information from the underlying dependency proceeding should be filed under seal pursuant to L.R.Civ. 5.6.

For the reasons set forth above, Defendant James Thal respectfully requests this Court order that Exhibit A to his Response to Plaintiff's Motion for Summary Judgment and Defendant Thal's Controverting Statement of Facts be filed under seal.

Respectfully submitted this 13th day of March, 2026.

          WEINBERG, WHEELER, HUDGINS,
            GUNN & DIAL, LLC

          By *s/ Jeffrey S. Hunter*
            Jeffrey S. Hunter, Esq.
            1 North Central Avenue, Suite 900
            Phoenix, Arizona 85004
            *Counsel for Defendant James Thal*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of March, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 North 12th Street, Ste. 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

DeeAn Gillespie Strub
Mark Shields
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com

*Attorneys for Plaintiff*

Deborah Garner
Assistant Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004
*Attorneys for State Defendants*
deborah.garner@azag.gov

By *s/ Connie Traslavina*