1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE DISTRICT OF ARIZONA**

10   Jessica Ploof, an individual,                    Case No.: CV-21-00853-PHX-JJT

11                          Plaintiff,

12   v.

13   State of Arizona, a government entity;          **ORDER GRANTING MOTION TO**
     Arizona Department of Child Safety,             **FILE EXHIBIT UNDER SEAL**
14   governmental entity; Meagan Tafoya,
     individually and as an employee with the
15   State of Arizona Department of Child Safety
     and John Doe Tafoya, her spouse; Sarah
16   Greenway, individually and as an employee
     with the State of Arizona Department of
17   Child Safety and John Doe Greenway, her
     spouse; Paige Szymkowski, individually and
18   as an employee with the State of Arizona
     Department of Child Safety, and John Doe
19   Szymkowski, her spouse; Claudia Hoff,
     individually and as an employee with the
20   State of Arizona Department of Child
     Safety, and John Doe Hoff, her spouse; Nick
21   Breeding, individually and as an employee
     with the State of Arizona Department of
22   Child Safety, and Jane Doe Breeding, his
     spouse; Gregory Mckay, as former Director,
23   Arizona Department of Child Safety;
     Michael Faust, as Director, Arizona
24   Department of Child Safety; James Thal,
     individually and as a services provider for
25   the State of Arizona Department of Child
     Safety and Jane Doe Thal, his spouse, John
26   and Jane Does 1-5; and Black Entities 1-5,

27                          Defendants.

28

1    On review of Defendant James Thal's Motion to File Exhibit Under Seal and good

2  cause appearing.

3    IT IS ORDERED that Exhibit A to Defendant James Thal's Response to Plaintiff's

4  Motion for Summary Judgment and Defendant James Thal's Controverting Statement of

5  Facts shall be filed separately from the Motion and SEALED pursuant to L.R.Civ. 5.6.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28