Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS &TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>                    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMITS**<br><br>(Hon. John J. Tuchi) |

Pursuant to LRCiv 7.2(e), Plaintiff, through counsel undersigned, hereby moves the Court for leave to exceed the seventeen (17) page limit for *Plaintiff's Response in Opposition to DCS Defendants Motion for Summary Judgment* and *Plaintiff's Response in Opposition to Defendant James Thal's Motion for Summary Judgment*.

Plaintiff's Responses in Opposition to both Motions for Summary Judgment discusses several claims and issues in this case, and for numerous Defendants. As filed, both the Responses total 21 pages; however, excluding the caption and signature certification pages, totals 20 pages for both responses.

MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

Considering the scope, complexity, importance of the issues, and facts discussed in the both Responses to DCS Defendants and Thal's motion, Plaintiff requests that the Court grant an enlargement of the page limit up to and including 21 pages for her Response in Opposition to DCS Defendants Motion for Summary Judgment and Response in Opposition to Defendant James Thal's Motion for Summary Judgment.

Plaintiff sought Defendants' positions on this motion. At the time of this filing, no responses have been received. Plaintiffs therefore request that the Court accept the responses filed as documents # 138 and # 139.

**DATED** this 16th day of March 2026.

GILLESPIE, SHIELDS & TAYLOR

By      /s/ DeeAn Gillespie Strub
  DeeAn Gillespie Strub
  Jenny D. Jansch
  7319 North 16th Street
  Phoenix, AZ 85020

MILLS + WOODS LAW PLLC
  Thomas A. Connelly
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014

*Attorneys for Plaintiffs*

MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

1

2

**CERTIFICATE OF SERVICE**

3
    I hereby certify that on March 16, 2026, I electronically transmitted the foregoing

4
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5
Notice of Electronic Filing to all counsel of record

6
       */s/ DeeAn Gillespie Strub*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556