**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jesscia Ploof, an individual, | Case No.: 2:21-cv-00853-JJT-PHX |
| Plaintiff, | |
| v. | **ORDER** |
| | (Hon. John J. Tuchi) |
| State of Arizona, *et al.*, | |
| Defendants. | |

This matter coming before the Court on Plaintiff's Motion for Leave to Exceed LRCiv.7.2(e) Page Limit for Plaintiff's Response in Opposition to DCS Defendants Motion for Summary Judgment (Doc. ___) and Plaintiff's Response in Opposition to Defendant James Thal's Motion for Summary Judgment (Doc. ___), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted.

**DATED** this ___ day of March 2026.

_____
Honorable John J. Tuchi
United States District Judge