Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS &TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>State of Arizona, *et al.*,<br><br>                    Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**MOTION FOR LEAVE TO EXCEED LRCiv 7.2(e) PAGE LIMIT**<br><br>(Hon. John J. Tuchi) |

Pursuant to LRCiv 7.2(e), Plaintiff, through counsel undersigned, hereby motion the Court for leave to exceed the eleven (11) page limit for Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment.

Plaintiff's Reply in Support of Plaintiff's Summary Judgment addresses both DCS Defendants and Defendant Thal's Response to Plaintiff's Motion for Summary Judgment and is dispositive on liability for several claims and issues in this case. As filed, the motion totals 14 pages; however, excluding the caption and signature certification pages, totals 12 pages.

Considering the scope, complexity, importance of the issues, and facts discussed in the Reply, Plaintiff request that the Court grant an enlargement of the page limit up to and including 14 pages for her Reply in Support of Plaintiff's Motion for Summary Judgment.

Plaintiff sought Defendants' positions on this motion. DCS Defendants have no objection. Defendant Thal's counsel did not respond before this motions was filed.

**DATED** this 31st day of March 2026.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By     /s/ Jenny D. Jansch

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record

/s/    *Jenny D. Jansch*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556