**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jesscia Ploof, an individual,<br><br>        Plaintiff,<br><br>     v.<br><br>State of Arizona, *et al.*,<br><br>        Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br><br>**ORDER**<br><br>(Hon. John J. Tuchi) |

This matter coming before the Court on Plaintiff's Motion for Leave to Exceed LRCiv.7.2(e) Page Limit for Plaintiff's Reply in Support of Plaintiff's Motion for Summary Judgment (Doc. ___), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to Exceed LRCiv 7.2(e) Page Limit is granted.

**DATED** this ___ day of March 2026.

_____
Honorable John J. Tuchi
United States District Judge