**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jessica Ploof, | No. CV-21-00853-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Leave to Exceed LRCiv.7.2(e) Page Limit (Doc. 146) which the Court will grant. However, for any future motions to exceed page limits, the Court instructs the Parties to file any such motion well in advance of filing the motion and to lodge their proposed over-length motion as opposed to filing it simultaneously. *See* Electronic Case Filing Administrative Policies and Procedures Manual in the United States District Court for the District of Arizona II.H.

**IT IS HEREBY ORDERED** granting Plaintiff's Motion for Leave to Exceed LRCiv.7.2(e) Page Limit (Doc. 146). The Court will accept Plaintiff's over-page Response in Opposition to Defendant James Thal's Motion for Summary Judgment and Plaintiff's Response in Opposition to DCS Defendants' Motion for Summary Judgment which are filed at Docs. 138 and 139.

Dated this 31st day of March, 2026.

Honorable John J. Tuchi
United States District Judge