# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Ploof, | No. CV-21-00853-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

At issue is Plaintiff's Motion for Leave to Exceed LRCiv 7.2(e) Page Limit (Doc. 153). Upon review and good cause appearing,

**IT IS ORDERED** granting Plaintiff's Motion for Leave to Exceed LRCiv 7.2(e) Page Limit (Doc. 153). Plaintiff may file the Reply in Support of Plaintiff's Motion for Summary Judgment eleven pages over the page limit.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to file the Reply in Support of Plaintiff's Motion for Summary Judgment for Plaintiff lodged at Document 154.

Dated this 15th day of April, 2026.

Honorable John J. Tuchi
United States District Judge