## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Jessica Ploof,

        Plaintiff,

v.

State of Arizona, et al.,

        Defendants.

**NO. CV-21-00853-PHX-JJT**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed August 14, 2026, which granted Defendants' Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Daniel R. McAllister
District Court Executive/Clerk of Court

August 14, 2026

s/ Rebecca Kobza
By  Deputy Clerk