Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiff*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jesscia Ploof, an individual,<br>Plaintiff,<br>v.<br>State of Arizona, et *al.*,<br>Defendants. | Case No.: 2:21-cv-00853-JJT-PHX<br>**NOTICE OF APPEAL**<br>(Assigned to Hon. John J. Tuchi) |

Pursuant to Federal Rule of Appellate Procedure 4, Plaintiff hereby gives notice of her appeal to the United States Court of Appeals for the Ninth Circuit from the August 14, 2026, entry of Judgment in favor of Defendants (Doc. 161), and from the district court's August 14, 2026, order (Doc. 160) denying Plaintiff's motion for summary judgment (Doc. 121) and granting State Defendants' motion for summary judgment (Doc. 106) and Defendant Thal's motion for summary judgment (Doc. 113).

**DATED** this 11th day of September 2026.

**MILLS + WOODS LAW PLLC**

By *_/s/ Thomas A. Connelly_*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

**GILLESPIE, SHIELDS, & TAYLOR**
DeeAn Gillespie
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiff Jessica Ploof*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*